TYPE SUR                SHERIFF'S OFFICE OF DUPAGE COUNTY, ILLINOIS

DOCKET #: 32009-090-085006      CASE #: 09-CV-00309-001      ORIGIN NUMBER: 999
DATE FILED 02/13/09  DATE RECEIVED 03/31/09   SUSPENDS 04/13/09   # OF WORKSHEETS:

DEFENDANT CYGAN, RENEE

                                                                   1 of 3
             HOME ADDRESS              WORK ADDRESS                3-443
    329 N CORNELL AVE
    #D                                                             OPERATOR I
    VILLA PARK                                                     716
    IL

PLAINTIFF SHELL, SUZANNE
  SERVICE  OUT OF STATE SUMMONS
  INFO     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

************************************************************************************
(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

____ 1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.

  X  2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE
       DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT
       PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS HAS MAILED TO
       THE DEFENDANT AT THE ABOVE ADDRESS. DATE 4-8-09  INITIALS CMS

____ 3 SERVICE ON: CORPORATION____ COMPANY____ BUSINESS____ PARTNERSHIP____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE REGISTERED AGENT,
       AUTHORIZED PERSON, OR PARTNER OF THE DEFENDANT.

(B) JOHN E. ZARUBA, SHERIFF, BY: Robert Whitacre #443 DEPUTY

  1 SEX M M/F  RACE WI  AGE 40  HT 6'2"  WT 200
  2 WRIT SERVED ON MARK CYGAN  RELATION HUSBAND

  THIS 3RD DAY OF APRIL, 2009  TIME 2:00  AM/(PM)

  ADDITIONAL
  COMMENTS   _____

************************************************************************************
                      ATTEMPTED SERVICES:  DATE       TIME    AM/PM  DEPUTY
                                          4-01-09    11:20   AM

THE NAMED DEFENDANT WAS NOT SERVED.
        REASON NOT SERVED:

____ 01 MOVED             ____ 06 NO SUCH ADDRESS       "OFFICIAL SEAL"
____ 02 NO CONTACT        ____ 07 EMPLOYER REFUSAL      CATHERINE M. SOCHA
____ 03 AVOIDING:         ____ 08 RETURNED BY ATTY      Notary Public, State of Illinois
        SEE COMMENTS      ____ 09 DECEASED              My Commission Expires 07/07/09
____ 04 NOT LISTED        ____ 10 NO LONGER EMPLOYED
____ 05 WRONG ADDRESS     ____ 11 OTHER: SEE            Catherine M. Socha
                                 COMMENTS ABOVE         4/9/09

AMOUNT RECEIVED   106.00   CK