A            IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

    Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION,
WILLIAM O. TOWER,
ANN TOWER,
LEONARD HENDERSON,
SUSAN ADAMS JACKSON a/k/a SUSAN WOLVERTON,
CLETUS KIEFER,
FAMILIES AT RISK DEFNESE ALLIANCE,
MARK CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
DOROTHY KERNAGHAN-BAEZ,
GEORGIA FAMILY RIGHTS, INC.,
DENNIS HINGER,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
AIMEE DUTKIEWICZ,
THOMAS DUTKIEWICZ,
CONNECTICUT DCF WATCH,
WILLIAM WISEMAN,
WISEMAN STUDIOS,
ANN DURAND,
BRENDA SWALLOW,
KATHY TILLEY,
DEE CONTRERAS
RANDALL BLAIR,
LLOYD PHILLIPS,
RINGO KAMENS,
CHERYL BARNES,
CPSWATCH, INC.,

DESERE' CLABO aka HOWARD
SARAH THOMPSON and
Unknown defendants Doe 1-15,

      Defendants.

## **AMENDED** ORDER

This matter is before the court on a review of the file. On March 24, 2009, an Answer to the Complaint was filed on behalf of Defendant National Association of Family Advocates (Doc. No. 16.) The Answer was signed by Dorothy Kernaghan-Baez, appearing *pro se*.

It is a "long-standing rule that a corporation must be represented by an attorney to appear in federal court." *Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006) (footnote and citations omitted). A corporation cannot appear through a non-attorney corporate officer appearing *pro se*. *Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001). Thus, pleadings filed by a non-attorney officer appearing *pro se* are not properly before the court and must be stricken. Accordingly, it is

ORDERED that the Answer of Defendant National Association of Family Advocates (Doc. No. 16.) is STRICKEN. Defendant National Association of Family Advocates shall obtain counsel no later than May 15, 2009. Ms. Kernaghan-Baez is advised she may not appear on behalf of the corporation at the scheduling conference set for May 19, 2009. It is further

ORDERED that Plaintiff's "Motion to Strike Parts of NAFA's Answer [16] Filed on 3/24/200, and to Deem Matters Not Denied as Admitted" (Doc. No. 29) is DENIED as moot.

Dated this 16th day of April, 2009.

                                              **BY THE COURT:**

                                              Kathleen M. Tafoya
                                              United States Magistrate Judge