**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Civil Action no. 09CV00309 -msk-kmt

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 - 2009

GREGORY C. LANGHAM
CLERK

SUZANNE SHELL
Plaintiff

v.

AFRA, et al

## RESPONSE TO PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT

**I, Leonard Henderson swear before God all I say is true and factual.**

**Paragraph 1-** Leonard Henderson (sometimes hereafter "I" or "me") does not know whether Suzanne Shell is the name of an individual or a corporate pseudonym such as "Betty Crocker".

**Paragraph 2-** The *American Family Rights Association* (AFRA) lists member groups and individuals as a function of the **ASSOCIATION.** Shell was once listed as one of MANY MEMBERS of the **ASSOCIATION.** AFRA has NO "headquarters". NOBODY "owns" the AFRA Board of Directors. Only one named AFRA defendant is in Colorado, whom Leonard Henderson only recently became acquainted with **because of her listing in Shell's "complaint".**

Leonard Henderson denies that AFRA advertises ANYTHING. AFRA does not offer support "services", nor information "services", nor do we have "products", nor do we "solicit membership". AFRA is not a business, and does not advertise. Not being a business, AFRA has no business to conduct.

AFRA operates WITHOUT money. AFRA receives no membership fees, has no bank account, has no employees, pays no salaries, compensates no Association officers, nor ANY ONE in any way. **AFRA is entirely a group of benevolent VOLUNTEERS.** The only thing AFRA has ever said about money can be found at-

http://familyrightsassociation.com/departments/afra_legal_disclaimer.htm#MONEY

### ~ABOUT MONEY~

AFRA (the national association) does NOT seek donations or membership fees of any kind. If you want to help Families, we recommend you to contribute your local/state support group. **Independent state/ local groups may charge membership fees and/or seek donations.** (See NOTE A below)

If you want to help, we recommend you to print large quantities of our **Family Survival Info brochure** and distribute them widely in your locale to prepare young families for "The Visit"

No Family Rights supporter under the AFRA umbrella charges you for help. **You may feel free to help financially, but you are NOT required to do so.** (See NOTE A below).

Some of AFRA's member groups may have 501 (c)(3) Non-profit Tax Free status Many do not, and must not represent that donations to them are "Tax Free".

American Family Rights Association does NOT have a 501(c)(3)

And we don't want one because we refuse to have our political activities hand-cuffed.

*"An IRC Section 501(c)(3) organization may not engage in carrying on propaganda, or otherwise attempting, to influence legislation as a substantial part of its activities."*

> **NOTE A-** These lines were inserted in the original statement, in deference to <u>CO-FOUNDER of AFRA</u> Suzanne Shell (See Paragraph 55), **because she DID charge for her goods and products,** which was a sticky PROBLEM right from the beginning, because Shell's only interest in the Association was to **PROMOTE AND ADVERTIZE HER OWN NAME, GOODS AND PRODUCTS NATIONALLY TO A "MARKET"** she hoped the Association would create for HER.

AFRA did promote Shell's books, websites, and seminars, up until Shell DEMANDED that all mention of her book, website, and seminars be removed from the AFRA website **(See Exhibit 1)**, in **RETALIATION** for Leonard Henderson's refusal in 2003 to endorse and publish on the AFRA website, Shell's original, **pre-AFRA Vendetta List ("Advocate Warning"-** Exhibit 7) of her **personal enemies** which later became her bizarre, slanderous and libelous "Bad Advocates" website. **Shell felt that I had "shamed and embarrassed her in public" by my opposition to, and refusal to publish that "Advocate Warning".**

> Leonard Henderson's refusal to endorse and publish that "Advocate Warning" at AFRA is <u>THE ORIGINAL CAUSE</u> of Shell's DISAFFECTION from AFRA and <u>HER SUBSEQUENT BEHAVIOR</u> as an INTERNET TROLL, STALKER, and CYBERBULLY that she has now contrived into this <u>Tinfoil Hat Conspiracy Theory</u> of a "complaint".

**Paragraph 3-** Leonard Henderson states that the "familyrightsassociation.com" and "oregonfamilyrights.com" website domain names were originally registered with "Network Solutions" by Leonard Henderson in 2002, not by Bill Tower as Shell **deceitfully** represents. Leonard Henderson paid for the Registrations and hosting fees from his Social Security Disability Checks and now Bill Tower pays for the Registration renewals and hosting fees from HIS Social Security Disability checks.

> **Shell, as a <u>CO-FOUNDER of AFRA</u>** (See Paragraph 55), **knows perfectly well that Bill Tower was completely unknown to any of us in 2002.** Leonard Henderson transferred ownership of the domain names to Bill Tower in 2006, when Leonard Henderson's health was rapidly failing. Tower was given the "job" after **Attorney Gregory Hession RESIGNED** because of Hession's attempts to broker a "peace" with Shell. Shell's implacable, absurd, and childish demands were completely unacceptable to the AFRA Board of Directors, and Hession could NOT bear up under being in the middle of it. (See Paragraphs 105-106 and Paragraph 111g)
>
> **As a <u>CO-FOUNDER of AFRA</u>,** Shell knows perfectly well that AFRA **is not a "business" or "enterprise" as she now attempts to contrive NUMEROUS TIMES in her "Complaint".** Because of the drubbing Shell received in her nearly identical *Internet Archive* case in her attempt to fabricate a RICO against them, Shell now profusely sprinkles this "Complaint" with the words "Enterprise", "business", "agent".
>
> **As a <u>CO-FOUNDER of AFRA</u>, Shell certainly would NOT have participated in the creation of a COMPETITOR as she now attempts to contrive NUMEROUS TIMES in her "Complaint".** Her mere disaffection from the Association does not automatically render the Association or it's members as her "competitor" or enemy, except in her mind..

If there are any "deficiencies" in the structure of AFRA, Shell as a **CO-FOUNDER of AFRA** is **complicit** in CREATING those alleged "deficiencies" that **she now attempts to fabricate an exploit**.

Leonard Henderson denies that neither AFRA, nor it's principals, nor our members have EVER been a "competitor" of Suzanne Shell or ANYBODY. Bill Tower merely owns and pays for the domain names and hosting costs. Otherwise, there is NOTHING to "own" other than websites that I, the webmaster could make DISAPPEAR in 30 seconds. To argue that "owning" the AFRA website or that "owning" yahoogroups has monetary value- is ABSURD.

**Paragraph 4-** Leonard Henderson denies Anne Tower is an "agent" of AFRA, as **AFRA has NO "agents"**. Leonard Henderson is unaware of anything Anne Tower has ever "contributed" to AFRA or participated in an AFRA yahoogroup. Leonard Henderson is mystified why Ann Tower is even named.

**Paragraph 5-** Leonard Henderson states that he was quite ill at the time, but believes that Dennis Hinger was removed due to his egregious behavior. Hinger was also extremely ill and his thought processes apparently deteriorated. Leonard Henderson denies that Hinger was ever an "agent" of AFRA. **Henderson denies that AFRA or anybody in AFRA is participating in a "market"**.

**Paragraph 6-** Leonard Henderson acknowledges that Shell's statements in this paragraph are **unusually accurate**, except Leonard Henderson has never been a member of the AFRA Board of Directors.

**Paragraph 7-** Leonard Henderson does not know if Susan Jackson's address is correct. Leonard Henderson denies that Susan Jackson is an "agent" of AFRA.

**Paragraph 8-** Leonard Henderson does not know if Cletus Kiefer's address is correct. Leonard Henderson denies that Cletus Kiefer is an "agent" of AFRA. Leonard Henderson does not know (but highly doubts) whether Cletus Kiefer *"colluded with and enticed Wiseman dba Wiseman Studios to publish "thetruthistold.com"* as alleged.

**Paragraph 9-** Leonard Henderson states that Rene Cygan's membership in AFRA was removed in approximately 2003 due to her behavior ALLEGED by "double-agent" Kay Henson, **which was the very beginning and cause of Suzanne Shell's vendetta against AFRA.** Leonard Henderson denies that Rene Cygan was ever an "agent" of AFRA.

**Paragraph 10-** Leonard Henderson believes that Mark Cygan's membership in AFRA was also removed at about the same time as Rene Cygan's was. Leonard Henderson denies that Mark Cygan was ever an "agent" of AFRA.

**Paragraph 11-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraph 11 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraph 12-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraph 12 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations. Leonard Henderson denies that Dorothy Kernaghan-Baez was ever an "agent" of AFRA.

**Paragraphs 13-14-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraphs 13-14 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraph 15-** Leonard Henderson states that Aimee Dutkewitcz' membership in AFRA was removed after she and Shell got into a raging cat fight on Aimee's NEPAN yahoogroup, which **was a continuation of the  Internet Troll behavior of Shell.** Time frame was about the same as Cygans above. Henderson denies that Aimee Dutkewitcz was ever an "agent" of AFRA.

**Paragraphs 16-17-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraphs 16-17 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations. Henderson denies that Thomas Dutkewitcz was ever an "agent" of AFRA.

**Paragraph 18-** Leonard Henderson observes that Billy Wiseman's membership in AFRA groups was apparently discontinued sometime in 2006. Wiseman absolutely operates on his own and I, Leonard Henderson have begged and pleaded with him to take his website down for years. Leonard Henderson strenuously denies that Billy Wiseman is, or ever was *"exploited by the defendants to front many of their wrongful acts"*. Leonard Henderson strenuously denies that Billy Wiseman's website is, or ever was an *"unofficial AFRA ad hoc web site"*. Leonard Henderson observes that Billy Wiseman apparently positions his website as presenting "Anti-Stalking" information about the egregious activities of Suzanne Shell and her colluding actors. Leonard Henderson denies and specifically reiterates that at no time has Billy Wiseman ever been an "agent" for AFRA.

**Paragraphs 19-20-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraphs 19-20 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations. Leonard Henderson denies that Ann Durand was ever an "agent" of AFRA.

**Paragraph 21-** Leonard Henderson states that Brenda Swallow was Suzanne Shell's agent, who joined Suzanne Shell's organization, received Suzanne Shell's training, who turned against Suzanne Shell for whatever reason Leonard Henderson does not recall, or if I ever knew. At that time of Swallow's disaffection from Shell's organization, AFRA Board Member (and Shell "double-agent") Kay Henson gave me the "heads up" and I put Swallow on "Moderated'. Swallow then DID send scathing emails about Shell to the AFRA CenCom yahoogroup, which were captured in the "Moderate" bin, which emails Leonard Henderson happily deleted. Swallow's participation on the AFRA groups was banned because she proceeded to launch a WAR against Shell and intended to utilize the various AFRA yahoogroups to do her flaming. Leonard Henderson specifically denies that Brenda Swallow was ever an "agent" of AFRA.

**Paragraph 22-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraph 22 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations. Leonard Henderson denies that Dee Contreras was ever an "agent" of AFRA.

**Paragraph 23-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraphs 23 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations. Leonard Henderson denies that Kathy Tilley, was ever an "agent" of AFRA.

**Paragraph 24-** Leonard Henderson believes that Randal Blair's membership was removed in 2006 due to his involvement in some sort of yahoogroup flame war. Leonard Henderson specifically denies that Randal Blair was ever an "agent" of AFRA.

**Paragraphs 25-31-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraphs 25-31 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraphs 32-37-** Leonard Henderson does not have sufficient knowledge of the allegations or CLAIMS asserted in paragraphs 32-37 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations or CLAIMS.

**Paragraphs 38- 40-** To the best of Leonard Henderson's knowledge, only one named AFRA defendant is in Colorado, which Leonard Henderson knows only because of her listing in Shell's "complaint". AFRA otherwise has no current associates in Colorado. AFRA has certainly NOT *"maintained systematic and general business contacts"* in Colorado, especially not since Shell's **pretentious disaffection** from AFRA. I am unaware of any *"conduct and connection with Colorado are such that they should reasonably anticipate being haled into court"* in Colorado.

AFRA has NOT *"purposely availed themselves of the privilege of acting in Colorado or of causing important consequences"* in Colorado. Plaintiff Shell operates nationally, where she did indeed avail herself of the privilege of acting in number of States, such as Florida, Arizona, and Wisconsin, were Henderson personally helped Plaintiff Shell get out of jail for filming inside the Walworth County Courthouse- which assistance Shell denies happened, due to her inordinate pride. **AFRA has committed no tortious acts anywhere, let alone in Colorado.**

**Paragraph 41-** Leonard Henderson believes that None of the alleged events giving rise to Shell's claims occurred in Colorado. The actual location of our involvement and Shell's entire **"Tin Foil Hat Conspiracy Theory"** arises from is "yahoogroups" on THE INTERNET, where her participation in it was as a TROLL, STALKER, and CYBERBULLY.

**Paragraph 42-** Leonard Henderson states that AFRA does absolutely no advertising, provides no goods, nor services. AFRA does have several members who are lawyers who offer their professional services, who are listed on our "<u>Legal Page</u>" by their authorization.

**Paragraph 43-** Leonard Henderson is unaware of any advertising done by Shell at any time. AFRA did promote Shell's books and websites, up until Shell DEMANDED that all mention of her books and websites be removed from the AFRA website (See Exhibit 1), **in response to my, Leonard Henderson's refusal in 2003 to endorse and publish on the AFRA website, Shell's original, pre-AFRA vendetta list ("Advocate Warning") which later became the bizarre, slanderous and libelous "<u>Bad Advocates</u>" website. My refusal is <u>THE ORIGINAL CAUSE</u> of Shell's PRETENTIOUS DISAFFECTION from AFRA and THIS continuing <u>Internet Troll</u> behavior by Shell.**

**Paragraph 44-** Leonard Henderson is unaware of any goods or services Shell offers that at any time have every had value to CPS or their contractors.

**Paragraph 45-** Leonard Henderson is confused what Shell's "market" is. If her "market" is selling books, then the "favored medium" to promote that would be Internet Sites such as Barnes and Noble or Amazon. The term "the Internet" is rather vague and non-specific. The Internet is a system for transportation of digitized data between computers, not a "market".

**Paragraph 46-** Leonard Henderson, having been a businessman most of his life, is confused by Shell's identification of venues for the advertising and promotion of her "business". Shell's identified advertising by *"ownership of and* participation with and input to various online groups and forums dedicated to this issue" is called **TRAWLING**, and it's really in BAD TASTE.

**Paragraph 47-** Leonard Henderson observes that Shell's appraisal of "goods and services' varying in quality is her subjective and rather self-serving opinion. I am still confused by her repeated use of the word "market". **Exactly WHO might be "literally dangerous" is also highly subjective.**

**Paragraphs 48-50-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraphs 48-50 of Plaintiff's Complaint to be able to respond.

**Referring to Shell's note "1"**, Leonard Henderson wonders, considering Shell's definitions, why Shell fails to include in her "complaint" **numerous** other "competitors" in her alleged "market" who merely have not had the misfortune of crossing her path.

**Paragraph 51-** Shell's statement- *"By 2001, I was suffering wholesale copyright infringement, plagiarism and other intellectual property violations by individuals, online groups, web sites and organizations."* **begs notice that AFRA did not begin until 2002, WHICH SHE CO-FOUNDED** (See Paragraph 55), **and finally disaffected from on February 17, 2005** (Exhibit 6), which disaffection had nothing whatsoever to do with "copyright infringement".

**Paragraph 52-** Leonard Henderson highly doubts Shell's assertion and considers it as part of her **Tinfoil Hat Conspiracy Theory**. Should Shell accuse Leonard Henderson of this, Leonard Henderson strenuously denies the allegation of Paragraph 52.

**Paragraph 53-** Leonard Henderson states that when he refused to endorse and publish Shell's Original **"Advocate Warning"** (Exhibit 7) , Shell DEMANDED that every reference to her materials be removed and DEMANDED that we STOP promoting her materials and her website. Which DEMANDS I happily complied with. She ASSISTED me in the complete sanitization of the AFRA website of ANY reference to her website or use of her materials. Shell agreed that every known scrap of hers had been removed from the AFRA website. **(See Exhibit 1)** At no time since, has Leonard Henderson knowingly used anything that Shell claimed ownership of, which Henderson would have considered an EXTREMELY FOOLISH thing to do. **Shell's allegation that AFRA retaliated against her is an absolute fabrication and calumny.** (See Exhibit 8)

**Paragraph 54-** Leonard Henderson states that apparently Shell's "consumers" are who we in AFRA refer to as "CPS Victims", who have ALREADY been *"vulnerable to exploitation and abuse"* by CPS. Leonard Henderson believes that Shell's identification of them as "consumers" in her "business market" to SELL her so-called "goods and services" is **remarkably calloused,** especially considering that most of these people were in abject poverty to begin with *(hence their CPS cases for "neglect" because of their poverty)*. Leonard Henderson also finds, having been victimized by CPS himself, that even if a parent may be making a decent income, by the time the CPS case is advanced, the CPS victim loses his job, marriage, employability, and whatever savings the family might have had. Nor is it uncommon for people being run through the CPS meat grinder to lose their health, which happened to Leonard Henderson.

**Paragraph 55-** Leonard Henderson agrees that Suzanne Shell was a co-founder of AFRA in 2002. As a co-founder of AFRA, Shell knows perfectly well that AFRA is not a "business" or "enterprise" as she now attempts to **contrive**. As a CO-FOUNDER, Shell certainly would NOT have participated in the creation of a COMPETITOR. If there are any "deficiencies" in the structure of AFRA, Shell as a CO-FOUNDER is **complicit** in CREATING those alleged "deficiencies" that **she now attempts to fabricate an exploit.**

**Paragraph 56-** Leonard Henderson states that Shell's given excuse for withdrawing from AFRA had nothing whatsoever to do with her alleged "reasons". Shell disaffected from AFRA because Leonard Henderson refused to endorse and publish her personal Vendetta List- **"Advocate**

**Warning"** (which later became her bizarre, slanderous and libelous **"Bad Advocate List"**) of her chosen enemies going back at to least "Parents March '98" (allegedly ©Suzanne Shell), long before AFRA existed. (Which original names she seems to have long forgotten). AFRA did NO advertising, let alone false advertising. Leonard Henderson states that upon Shell's departure, Shell assisted Plaintiff Henderson in removing everything that Shell had given to AFRA, <u>to her satisfaction and agreement</u>. **See Exhibit 1.**

**Shell deliberately prevaricates in citing the 2003 date.** See Exhibit 12- Screen Shot of Shell's profane-justice.org website on May 2, 2004, wherein Shell is stating she is a member of AFRA. Shell's May 2003 date, if significant at all, likely would have been when I refused to publish her Vendetta List. **Shell finally disaffected from AFRA on February 17, 2005.** (Exhibit 6 and Exhibit 10)

Shell's membership in AFRA CenCom was revoked by Shell "double-agent" Kay Henson on February 18, 2005-

| Date | Member | Activity |
|---|---|---|
| 02/18/05 12:06 PM | suzanne_shell <dsshell@ix.netcom.com> | Removed by moderator by halacha77 <kay@familyrightsassociation.com> via web |

**Paragraph 57-** Leonard Henderson observes that Shell put her materials on her websites into Adobe PDF format files with the password "I agree", which password Shell prominently displays and severely warns that by typing *"I agree"* the reader is agreeing to her **malevolent** agreement for use. **My quotation of the words from her website, *"I agree"* here may constitute a violation of Shell's stated copyright.**

**Paragraph 58-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in Paragraph 58 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations. **Leonard Henderson does note Shell's assertion that she *"withheld releasing any new intellectual property during this time."*** (See Paragraph 73) Shell also states on her "Improvement Project" yahoogroup in message #4899 on May 15, 2008 that-

> *This group has been in operation for 2 years, now. It hardly seems that long, does it? During that time, I have refrained from any participation in advocacy or training and withheld my information from dissemination...*(Exhibit 11)

**So between 2002 and 2005, Shell was a principal in AFRA and after her disaffection, she released nothing new, and REFRAINED from doing advocacy or training. Shell now brings the allegation that AFRA stole her copyrighted materials ON HER WATCH, that she alleges had already been stolen by 2001, before AFRA existed, which she did NOTHING about, released NOTHING new after her disaffection, and claims AFRA prevented her from doing advocacy or seminars, which Shell states SHE REFRAINED FROM DOING. Also see Exhibit 13- "Beyond Contempt" by Alan Prendergast, published on February 10, 2005 in Village Voice Media, wherein we read about Shell's infamy, bad reputation and numerous other contradictions to Shell's claims in this "Complaint".**

**Paragraph 59-** Leonard Henderson notes that so far as he knows, Shell's *"certification program"* springs from **her own self-certification** and Shell's term *"quality assurance oversight"* alludes to her pathological need to be the "boss of the universe". Leonard Henderson does not know what this proclaimed *"trade secrets and proprietary information"* is, but apparently it's what many of us stumbled upon on our own as a result of own own experiences with the system, massive self-study and learning curve. The knowledge Leonard Henderson utilizes springs from Pamela Gaston's "Sui Juris" research and from Roger Weidner's "Weidner Method", both of which were

absolutely and irrefutably independent from Suzanne Shell, whom Gaston and Weidner regarded as a misguided "wanna be" and source of endless trouble. Shell's claim to *"extensive and unique information which was not employed by or known to my competitors"* is rather ambiguous, amorphous, indeterminate, undefined, unspecified, and contemptuous.

**Paragraph 60-** Leonard Henderson agrees that **if** Shell does possess *"trade secrets and proprietary information"* that there indeed would be a "market" for *"training and information products"* to people who want to be *"family advocates"*. If Shell's assertion is true, her error is in not understanding how to run, promote, and advertise a BUSINESS. Shell making the claim that everybody is stealing her stuff and fighting with everybody on earth is a poor business model. Shell's assertions ignores the fact that **SHE herself is a *"non-trained, non-certified, self-professed family advocate"*.**

**Paragraph 61-** Leonard Henderson observes that Shell's assertion of "advertised" means she put it on her rarely-visited website, which is to this day hardly found by the usual Internet Search criteria people are looking for. Which would be HOW somebody trying to conduct BUSINESS on the internet would be found. Leonard Henderson has just now checked the HTML source code on Shell's **http://profane-justice.org** website and finds NO "**meta tags**" directing search engine robots to index her material for searchers. **Additionally, had Shell KNOWN anything about robots, she could have <u>directed the robots NOT to index her site</u>, and thus her suit against Internet Archive should NOT have had any merit. Like this "complaint", that complaint was frivolous and vexatious, and Leonard Henderson regrets that court didn't hand her her head over it.** Leonard Henderson is rather dumbfounded that Shell claims to "advertise" "via the internet". Shell completely fails to do the learning curve to learn how, but yet sues the Internet Archive for it's robots finding and archiving her website. Which "being found" and indexed by search engines is EXACTLY HOW you promote your website "via the internet". This could be a description of the definition of "<u>schizophrenia</u>".

**Paragraph 62-** Leonard Henderson does not have sufficient knowledge of the assertions in paragraph 62 of Plaintiff's Complaint to be able to respond, and therefore, denies such assertions.

**Paragraph 63-** Leonard Henderson does not know whether her alleged CLE classes were actually accredited anywhere. Leonard Henderson HIGHLY doubts her assertion that her CLE classes were of value to **JUDGES**. It seems that Shell would supply evidence for her incredible and probably mendacious assertions.

**Paragraph 64-** Leonard Henderson asserts that AFRA advertises NOTHING. The "oversight" we specify at **http://familyrights.us/join/join.html** is-

> **You must agree to the following single condition-**
>
> **No race supremacist, flaming men or women as a group, etc. Nothing of a "hate" nature.**

**Paragraph 65-** Leonard Henderson states that we list the state groups, which were almost all started by individuals and owned by those individuals. **We list those groups as THE function of our ASSOCIATION. This is NOT "advertising".**

**Paragraph 66-** Leonard Henderson states once again that listing groups is **THE function of our ASSOCIATION. This is NOT "advertising".**

**Paragraph 67-** Leonard Henderson states that he has checked the AFRA Oklahoma members listing, and cannot find anything such as "advertising" Wiseman's stuff.

**Paragraph 68-** Leonard Henderson re-denies everything in the preceding paragraphs of this Complaint already denied, and further denies Shell's assertion that she has stated *"facts"*, except those previously assented to by Leonard Henderson.

**Paragraph 69-** Leonard Henderson has no idea who Lloyd Phillips and Ringo Kamens are.

**Paragraph 70-** Leonard Henderson states that Shell *merely alleges* she possesses *"trade secrets or confidential information"* or *"proprietary content"*, which Henderson does not know whether she possesses such or whether she ever actually conducted a BUSINESS. Leonard Henderson denies being a "competitor" of Shell. Leonard Henderson highly questions Shell's assertion that *"the defendants, who did not possess such knowledge or information and were not able, legitimately and within a reasonable time frame, to obtain it otherwise"* as she does not define the time frame. Since Leonard Henderson does not know Shell's alleged top secret information, Henderson has no basis to compare what he has learned through the years, or had learned from Gastons and Weidner prior to Leonard Henderson knowing Suzanne Shell existed.

**Paragraph 71-** Leonard Henderson does not know Shell's "trade secrets" or whether she actually possesses such as she asserts. Leonard Henderson denies the allegations in Paragraph 71.

**Paragraph 72-** Leonard Henderson denies the allegations in Paragraph 72.

**Paragraph 73-** Leonard Henderson states that in Paragraph 51 of this complaint, Shell claims

> *"By 2001, I was suffering wholesale copyright infringement, plagiarism and other intellectual property violations by individuals, online groups, web sites and organizations."*

This was BEFORE AFRA EXISTED (As established in Paragraph 3). **Had these events already occurred as Shell alleges, THERE WOULD BE NO "trade secrets and proprietary information" to seek. As Shell stated in Paragraph 58-** *"I withheld releasing any new intellectual property during this time."* Leonard Henderson denies the assertions and allegations in Paragraph 73.

**Paragraph 74-** Leonard Henderson denies the assertions and allegations in Paragraph 74.

**Paragraph 75-** Leonard Henderson acknowledges that he was **HIGHLY aware** of Shell's intent to **belligerently** assert copyright claims. Leonard Henderson denies ever knowingly violating Shell's copyright, which Henderson considered to be an **EXTREMELY FOOLISH** thing for anybody to do. **(See Exhibit 1)**

**Paragraph 76-** Leonard Henderson states that he has checked the AFRA Directors messages for August 26, 2004. I find messages #1247 through #1257. There are no missing messages, and there is NOTHING said about anything based on anything of Shell's.

**Paragraphs 77-82-** Leonard Henderson does not have sufficient knowledge of the assertions in paragraphs 77-82 of Plaintiff's Complaint to be able to respond, and therefore, denies such assertions.

**Paragraphs 83-90-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraphs 83-90 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraph 91-** Leonard Henderson re-denies everything in the preceding paragraphs of this Complaint already denied, and further deny Shell's assertion that she has stated *"facts"*, except those previously assented to by Leonard Henderson.

**Paragraph 92-** Leonard Henderson denies that he is *"liable for this cause of action"*. Leonard Henderson has no idea who Lloyd Phillips is.

**Paragraph 93-** Leonard Henderson denies having done anything in Shell's definitions.

**Paragraph 94-**

    a. Shell herein provides the evidence **(Attached to her "Complaint"- TXu1-364-413, June 7, 2007)** that **puts the lie** to her continuous denial of owning, or controlling the **bizarre, slanderous and libelous content** on the ***Badadvocates"*** website and **threats to sue anybody who alleged she did.** (See Exhibit 2)

**Paragraph 95-** Leonard Henderson denies the allegations in Paragraph 95. We PROMOTE the works of others, highly credited and linked to the original sources. We have always wanted people to know we weren't making up our case against CPS operations in our own heads, and HIGHLY RECOMMEND people go see the ORIGINAL SOURCES. Additionally, we plainly and prominently display at our About Copyrights page- http://familyrights.us/copyrights/index.html

    *"In accordance with Title 17 U.S.C. Section 107, any copyrighted work on this website is distributed under fair use without profit or payment for non-profit research and educational purposes only. **We ENCOURAGE you to go to the original sources to read the WHOLE STORY.** Read all about Copyright & Fair Use at- http://fairuse.stanford.edu/"*

    **See Exhibit 9- Suzanne Shell's Mar 10, 2004 advice to AFRA about "fair use".**

**Paragraph 96-** Leonard Henderson denies that AFRA has ever had such policy or attitude about *"anything on the internet is public domain"*.

**Paragraph 97-** Leonard Henderson observes that Shell's assertion is rather non-specific who, what, where. Leonard Henderson denies the assertions and allegations in Paragraph 97.

**Paragraph 98-** Leonard Henderson is unaware of when or who might have provided instructions on copying entire websites, but this information is widely available on the internet.

**Paragraph 99-** Leonard Henderson states that AFRA most certainly DOES publish HEADLINES and LINKS to prominent news stories on the front page of AFRA and at AFRA News, which we disbelieve that we are required to obtain permission from those sources to PROMOTE public awareness of their stories. Other studies and reports we compile, which have been produced funded by government grants ARE Public Domain, and we carefully and fully give attribution to the author(s). Some of the White Papers and reports, THE AUTHORS ask us to publish. Recently, on November 17, 2008, Oregon CPS worker Rich Rigney ASKED US to publish his white paper *"Child (or agency) Protection?"*. On April 10, 2009, we published AT HIS REQUEST, a white paper by William G. White, MSW, LMSW entitled *"Keeping It Simple"*.

**Paragraph 100-** Leonard Henderson denies the assertions and allegations in Paragraph 100.

**Paragraph 101-** Suzanne Shell has been banned from all AFRA yahoogroups because she is arrogant, caustic, insolent, self-aggrandizing. Psychiatrists might describe her as a **predatory psychopath** - a smart, charming liar with **"a preposterously grand superiority complex, a revulsion for authority and an excruciating need for control."** Shell meets all the definitions of INTERNET TROLL, STALKER, and CYBERBULLY and does nothing but start flame wars. Only in her own mind does she imagine that we talk about her or her stuff. Shell imagines that the world is all about her, and we couldn't possibly be doing anything but talk about her and plot against her. **Psychiatrists have many terms to describe this pathology.**

**Paragraph 102-** Leonard Henderson states that to the best of his knowledge, no "infringements" are occurring. **See Exhibit 1**

**Paragraph 103-** Going back through the archives, Leonard Henderson finds for July 31, 2004, I find no such message.

**Paragraph 104-** Leonard Henderson cannot find any such message at AFRA Cencom or AFRA Talkline as Plaintiff Shell alleges as having originated from T Dutkewitcz.

**Paragraphs 105-106 -** Leonard Henderson does not know what the detail of this alleged "deal" was, as I was extremely ill at the time. I do recall expressing to Hession the pointlessness of trying to make a "deal" with Shell, as she was **implacable, psychotic, irrational, and her allegations were spurious and deceitful.** I was terribly disappointed in Hession's resignation over it, when I plainly told him to begin with that trying to "make peace" with Shell was pointless, because she was never anything but a sandbox bully, FLAME WARRIOR, STALKER, and internet TROLL. **See Exhibit 3**

**Paragraph 107-** Leonard Henderson appointed William Tower as President of AFRA, because I was a VERY ILL man, completely unable to handle AFRA any longer. At the time, my test for suitability was *"If I get better, will you give it back to me?"* This question was because of the **pervasive existence of self-aggrandizing "wanna-be's" who wanted to "make a big name for themselves", just like Shell, and I had seen plenty of them over the years.** Tower said Yes he would.

**Paragraph 108-** Leonard Henderson cannot find any such thing as Shell alleges occurred on April 25, 2006.

**Paragraphs 109-110-** Leonard Henderson observes that Shells' reading comprehension isn't so good. Or Shell is a deliberate prevaricator. **See Exhibit 4**

**Paragraph 111-** Leonard Henderson states-

a- This message is gone, and it is unknown when. The logs do not find anything about Message #1481. I suspect that probably I nuked it at Shell's demand at the time.

b- Leonard Henderson visited http://www.geocities.com/family_rights_wv/?sample_letters.html on February 20, 2009 at 8:37pm PST and find no such document. Leonard Henderson further denies that Christy Amtower is an "agent" of AFRA.

c- I have no idea what this alleged 4th Amendment letter is.

d- I cannot find any such thing as *"Letter to Lawyer"* on the AFRA website.

e- I have no idea what goes on at the Child Protection Reform yahoogroup, which is not an AFRA group. A Google Search of the entire AFRA website does not produce any such thing as "cha/kwaina" or "chakwaina".

f- I have no knowledge of what Kiefer might have done with a radio show.

g- Leonard Henderson states- I have examined the AFRA Cencom archives for March 14, 2006, beginning with message #11867 and ending with message #11937. All messages occur sequentially with no missing messages. I find Wiseman produced announcements of a Shell Seminar. I find no such thing as copyrighted work.

**I did find this interesting message-**

Message #12016 of 17750

http://groups.yahoo.com/group/AFRA_CenCom/message/12016

Thu Mar 16, 2006 5:11 am
"Gregory A. Hession" <hession@crocker.com>

Shell

***No talk. No bash. No mention. No opinion. Either by friend or foe. Suzanne has made it clear that any thought she has put on paper is copyrighted and its repetition will be met with vicious threats of lawsuits. She has also made it clear that anyone expressing opinions about her will be met with vicious attacks. Therefore, no words of hers should be repeated, and no opinions about her should be stated here, by friend or foe. Because even when friend (Kay) does it, others want to comment. So, the rule is NOTHING.***

GAH
============

h- I have no idea what to look for, as Shell's description *"verbatim content from an article on my copyrighted website"* is rather vague.

i- I have no idea what did or did not happen with Wiseman.

j- I, Henderson have absolutely no idea what Shell is referring to as a *"a discrete article and/or document from my web site"*. **I, Henderson, of ALL PEOPLE in the universe have absolutely NO INTEREST WHATSOEVER in publishing anything of Shell's.**

k- I have absolutely no idea whether Lisa Smith was an AFRA member or not, what state of the United States she is in, nor do I have any idea what this *"entire article from my web site"* might be that Shell alludes to.

l- I have searched the AFRA groups, and Google Searched the entire World Wide Web for *"hdt.pdf"* and find no such thing relating to Family Advocacy anywhere on the earth.

m- No knowledge

n- No knowledge

o- No knowledge

p- This was a dubious claim originating many years ago.

**Paragraphs 112-116-** Leonard Henderson denies the allegations contained in paragraphs 112-116.

**Paragraph 117-** Leonard Henderson re-denies everything in the preceding paragraphs of this Complaint already denied, and further denies Shell's assertion that she has stated *"facts"*, except those previously assented to by Leonard Henderson.

**Paragraphs 117-124-** Leonard Henderson denies the allegations contained in paragraphs 117-124

**Paragraph 125-** Leonard Henderson re-denies everything in the preceding paragraphs of this Complaint already denied, and further denies Shell's assertion that she has stated *"facts"*, except those previously assented to by Leonard Henderson.

**Paragraphs 126-129-** Leonard Henderson denies the allegations contained in paragraphs 126-129

**Paragraph 130-** Leonard Henderson re-denies everything in the preceding paragraphs of this Complaint already denied, and further denies Shell's assertion that she has stated *"facts"*, except those previously assented to by Leonard Henderson.

**Paragraph 131-** Leonard Henderson denies the allegations contained in paragraph 131.

**Paragraphs 132-139-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraphs 132 – 139 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraph 140-** Leonard Henderson does not know what this *"4th amendment letter"* is, can find no such letter in the AFRA website archives and therefore, denies same.

**Paragraph 141-** Leonard Henderson does not know what this *"Letter to Lawyer"* is, and can find no such letter in the AFRA website archives and therefore, denies same.

**Paragraphs 142-143-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraphs 142–143 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraph 144-** Leonard Henderson finds 4 instances of a Shell Seminar Announcement on the AFRA CenCom yahoogroup. Shell claims in Paragraph 61 that the internet is how she advertises her "business", so Leonard Henderson is mystified how promoting Shell's "business" advertising is a copyright infringement.

**Paragraph 145 -** Leonard Henderson cannot imagine what Shell is referring to as *"verbatim content from an article on my copyrighted website"* and therefore, denies same.

**Paragraph 146 -** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraph 146 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraph 147-** Leonard Henderson cannot imagine what Shell is referring to as *"a discrete article and/or document from my web site"* and therefore, denies same.

**Paragraph 148-150-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraph 148-150 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraph 151-** Leonard Henderson denies the allegations contained in paragraph 151

**Paragraph 152 -** Leonard Henderson re-denies everything in the preceding paragraphs of this Complaint already denied, and further denies Shell's assertion that she has stated *"facts"*, except those previously assented to by Leonard Henderson.

**Paragraph 153-** Leonard Henderson denies the allegations contained in paragraph 153.

**Paragraphs 154-160** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraph 154-160 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraph 161-** Leonard Henderson re-denies everything in the preceding paragraphs of this Complaint already denied, and further denies Shell's assertion that she has stated *"facts"*, except those previously assented to by Leonard Henderson.

**Paragraphs 162-163-** Leonard Henderson denies the allegations contained in paragraphs 162-163.

**Paragraph 164-** Leonard Henderson does not operate or manage an "enterprise", and does not directly or indirectly conduct the affairs of any such "enterprise", particularly not through a pattern of "racketeering activity" and therefore, denies the allegations contained in paragraph 164.

**Paragraphs 165-167-** Leonard Henderson denies the allegations contained in paragraphs 165-167, whatever they are.

**Paragraphs 168-175-** Leonard Henderson denies that AFRA is an "Enterprise" by any definition, especially not as a business enterprise. Leonard Henderson denies the allegations contained in paragraphs 168-175.

**Paragraph 176-** Leonard Henderson re-denies everything in the preceding paragraphs of this Complaint already denied, and further denies Shell's assertion that she has stated *"facts"*, except those previously assented to by Leonard Henderson.

**Paragraphs 177-182-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraph 177-182 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraph 183-** Leonard Henderson states that the messages on AFRA Cencom for September 13, 2004 begin at #8246 consecutively through #8255, with none missing. The only message there by Leonard Henderson was #8255, which was announcement of the AFRA *Shock & Awe* campaign *"Bring Michelle Bassett Home"* certainly not having anything whatsoever to do with Shell.

**Paragraph 184-** Leonard Henderson cannot imagine what this *"entire document from my web site in the files section of the AFRA website"* is, and therefore, denies same. **I can categorically state that I WOULD NOT HAVE BEEN SO FOOLISH.**

**Paragraph 185-** Leonard Henderson denies "The Enterprise" exists. Everything we do, because WHAT WE DO- is in FULL SUNSHINE. Shell has repeatedly fabricated allegations of "copyright infringement" from whole cloth, and to cast a blanket allegation such as *"I do not know the full scope of their criminal copyright infringements against me over the years"* is the epitome of her **Tinfoil Hat Conspiracy Theory.**

**Paragraph 186-** "Financial Gain" From the front page of the AFRA website, which statement has been there for many years- *"~We Promise~ AFRA will never sell anything for profit and we never charge for our information. AFRA leadership supports this site as a service from our families to yours. If you are helped, PAY IT FORWARD by helping families in YOUR locale."* Therefore, Leonard Henderson denies the allegations contained in paragraph 186.

**Paragraphs 187-190-** Leonard Henderson denies the allegations contained in paragraphs 187-190

**Paragraphs 190-192-** Leonard Henderson may accede that he is a "person" "Sui Juris". Leonard Henderson does not accede to whatever definitions Shell attempts to assign him. Leonard Henderson denies that he is participating in an "enterprise" or conspiracy of any sort. Otherwise Leonard Henderson denies the allegations contained in paragraphs 190-192.

**Paragraphs 193-202-** Leonard Henderson denies the allegations contained in paragraphs 193-202

**Paragraphs 203-204-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraphs 203-204 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraphs 205-210-** Leonard Henderson denies the allegations contained in paragraphs 205-210.

**Paragraphs 211-214-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraphs 211-214 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraph 215-** Leonard Henderson denies the allegations contained in paragraph 215

**Paragraph 216-** Leonard Henderson re-denies everything in the preceding paragraphs of this Complaint already denied, and further denies Shell's assertion that she has stated *"facts"*, except those previously assented to by Leonard Henderson.

**Paragraphs 217-241-** Leonard Henderson denies the allegations contained in paragraphs 217-241

**Paragraph 242-** Shell details in her book **"Profane Justice"** allowing her husband Dennis to use a "Martinet" which is some sort of a whipping tool. This incidentally is where I stopped reading her book, which she had sent me free of charge to read and RECOMMEND.

**Paragraph 243-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraph 243 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraph 244-** Leonard Henderson observes that Shell's certification as a "Family Advocate" is

**a self-certification**, and suspects her "Press Pass" was also of her own creation.

**Paragraphs 245-250-** Leonard Henderson does not have sufficient knowledge of the allegations asserted in paragraph 245-250 of Plaintiff's Complaint to be able to respond, and therefore, denies such allegations.

**Paragraph 251-** Leonard Henderson does know that Brenda Swallow, named in this Complaint **WAS part of Shell's "group" and WAS "trained and certified" by her.** See Paragraph 21.

**Paragraph 252-** Obviously Shell WAS and **IS, even NOW** stalking the defendants See Paragraph 101. Leonard Henderson believes Shell is OBSESSED with her **Tinfoil Hat Conspiracy Theory** that AFRA is to blame for all her woes, real or imagined.

**Paragraphs 253-255-** Leonard Henderson denies the allegations contained in paragraphs 253-255.

**Paragraph 256-** Leonard Henderson did confidentially ask Kay Henson some time in 2003 if Shell might be developing Alzheimer's Disease because of her inability to "get along" and apparent wild mood swings, temper tantrums, and belligerent manners that I had not seen before. I asked this question as Shell's concerned friend, not made disparagingly. Which Kay Henson foolishly passed on to Shell, who reacted violently and threateningly. The judge in this case is in a position to order Shell to have a Psychological Examination to prove or disprove those allegations made by many who know her.

**Paragraph 257-** Leonard Henderson has referred to Shell for at least the past 4 years as a "Frivolous and Vexatious Litigant", and Paper Terrorist. Which Shell's history corroborates.

**Paragraphs 258-262-** Leonard Henderson denies the allegations contained in paragraphs 258-262.

**Paragraph 263-** Shell has vociferously threatened people with lawsuits ever since I came to know her in 1999. I, Leonard Henderson have warned people countless times through the years not to "take her on" because she IS dangerous. As evidenced by this Complaint, which is the culmination of and "trying to make good on" at least 10 years of threats.

**Paragraphs 264-268-** Leonard Henderson denies the allegations contained in paragraphs 264-268.

**Paragraph 269-** Shell has made several "statements" in this Complaint that are not consistent with the **facts**, which I, Leonard Henderson Do counter.

**Paragraphs 270-** Leonard Henderson denies the allegations contained in paragraph 270.

**Paragraph 271-** See Video *"Susan Shell Part 5"* at http://www.youtube.com/watch?v=0jpN5HnSzlQ

**Paragraphs 272-273-** Leonard Henderson denies the allegations contained in paragraphs 272-273.

**Paragraph 274-** The judges hearing this complaint are qualified to determine whether **THIS COMPLAINT is *Perjury*.**

**Paragraphs 275-276-** The judges hearing this complaint are qualified to determine if these statements are the CRUX of the on-going problem anybody has who has the misfortune to come into contact with Shell.

**Paragraphs 277-281-** Leonard Henderson denies the allegations contained in paragraphs 277-281.

**Paragraph 282-** The judges hearing this complaint are qualified to determine if Shell's filing of this COMPLAINT seems to be the work of a "mentally healthy" individual.

**Paragraphs 283-284-** Leonard Henderson denies the allegations contained in paragraphs 283-284.

**Paragraph 285-** Leonard Henderson refers to the list of **"AFRA's Lawyer Friends"** at http://familyrights.us/info/law/ who are listed AT THEIR REQUEST. Also see "How to Help Your Lawyer" at http://familyrights.us/educate/help_lawyer/

**Paragraphs 286-290-** Leonard Henderson denies the allegations contained in paragraphs 286-290.

**Paragraph 291-** Leonard Henderson re-denies everything in the preceding paragraphs of this Complaint already denied, and further denies Shell's assertion that she has stated *"facts"*, except those previously assented to by Leonard Henderson.

**Paragraphs 292-316-** Leonard Henderson denies the allegations contained in paragraphs 286-316.

**Paragraph 317-** Leonard Henderson states this is ABSOLUTELY, patently false. Shell was a willing CO-FOUNDER of AFRA. Shell eventually disaffected from AFRA because I, Leonard Henderson refused to endorse and publish her original, pre-AFRA vendetta list, which evolved into her "Bad Advocate List", which soon included ME, Leonard Henderson for refusing to endorse and publish it. Everything that has happened since is her evolving **"Tinfoil Hat Conspiracy Theory"** that has grown wilder and wilder, until it came to "fruition" as THIS COMPLAINT. Prior to that time, we were PROMOTING AND ADVERTISING HER BUSINESS. To say she was **coerced** and retaliated against is absurd. **(See Exhibit 8)** Shell herself is the retaliatory party.

**Paragraphs 318-323-** Leonard Henderson denies the allegations contained in paragraphs 318-323.

**Paragraph 324-** I HAVE repeatedly tried to get her bizarre, slanderous and libelous "**Bad Advocates List**" website taken down. Her webhost has advised me to "get a court order". Hopefully, this court WILL order http://badadvocates.com taken down due to it's bizarre, slanderous and libelous content, which unknown "the editors" claim is "parody" or "entertainment".

**Paragraphs 325-327-** Leonard Henderson denies the allegations contained in paragraphs 325-327.

**Paragraph 328-** Leonard Henderson re-denies everything in the preceding paragraphs of this Complaint already denied, and further denies Shell's assertion that she has stated *"facts"*, except those previously assented to by Leonard Henderson.

**Paragraphs 329-331-** Leonard Henderson denies the allegations contained in paragraphs 329-331

**Paragraph 332-** Leonard Henderson states that **AFRA did not exist before 2002**. Which AFRA, **Shell was a CO-FOUNDER** and participated in AFRA until her final disaffection on or about February 17, 2005 **(Exhibit 6)** because I, Leonard Henderson refused to endorse and publish her original **"Advocate Warning"**.

**Paragraph 333-** Leonard Henderson denies the allegations contained in paragraph 333

**Paragraph 334-** Leonard Henderson cannot decipher what this paragraph says. Therefore, Leonard Henderson denies the allegation or whatever it is in Paragraph 334.

**Paragraphs 335-339-** Leonard Henderson denies the allegations contained in paragraphs 335-339.

**Paragraph 340-** Leonard Henderson re-denies everything in the preceding paragraphs of this Complaint already denied, and further denies Shell's assertion that she has stated *"facts"*, except those previously assented to by Leonard Henderson.

**Paragraphs 341-342-** Leonard Henderson denies the allegations contained in paragraphs 341-342

**Paragraphs 343-344-** Leonard Henderson affirms these statements, except for the description of *"goods and services"* and *"products"*. **We see the assertion of *"free"* here in Paragraphs 343-344 contradicting Shell's allegations that we receive *"financial gain"*. Shell herself, being a CO-FOUNDER of AFRA was part of the determination that information should be free.**

**Paragraphs 345-350-** Leonard Henderson denies the allegations contained in paragraphs 345-350.

# RELIEF

Leonard Henderson states that with respect to Plaintiffs' Prayer for Relief,

1- Leonard Henderson denies that Shell is entitled to any damages, as there was no contract nor breach of contract, much as Shell attempted to strong-arm Leonard Henderson into a Contract. **See Exhibit 5**

2- No preliminary or permanent injunction nor equitable relief is available to Shell because of the absence of clean hands on behalf of Shell and her absurd conduct in this matter.

3- Leonard Henderson was not enriched in any way by Shell's alleged copyrighted materials or "intellectual property".

4- Shell is not entitled to any compensation or damages from Leonard Henderson.

5- Shell is not entitled to any alleged "per copyrighted work" damages, because Leonard Henderson **absolutely did not violate** Shell's alleged copyrights, neither deliberately or unknowingly.

6- Shell is not entitled to any damages under 17 U.S.C. § 505, nor is she entitled to recover any pre-judgment interest or attorneys fees.

7- Shell is not entitled to any further relief whatsoever.

8- If Leonard Henderson has missed any of the **multitude of TRAPS** Shell has set in this "Complaint" to deny, address, respond to, or comprehend, **Henderson BLANKET DENIES** anything not specifically denied. **Further-** anything Shell might call a "fact" is NOT a FACT, unless Henderson has specifically assented to them in this ANSWER. If there are legal-entrapments Henderson does not comprehend in Shell's complaint, Henderson reserves the right to address and correct those with assistance of Court Appointed counsel at a later date.

Leonard Henderson respectfully requests relief from the court as follows:

1- Order Donna Suzanne Shell to cease and desist harassing, stalking, threating, defaming me and others in all mediums, by phone, email, postings to her "Family Rights Advocacy IMPROVEMENT Project" yahoogroup and "Bad Advocates" website.

2- Order http://badadvocates.com taken down due to it's bizarre, slanderous and libelous content where I have been portrayed as a pervert, accused of abusing my wife and children, and vile character assassination.

3- Order http://groups.yahoo.com/group/FamilyRightsAdvocacyIMPROVEMENTProject taken down due to it's bizarre, slanderous and libelous content.

4- That the court finds Donna Suzanne Shell as a **frivolous and vexatious litigant** in light of this complaint, a virtually identical complaint filed against us in November 2008 in California, and virtually identical complaints against others-

*Shell v. Devries*, No. 06-318, 2007 WL 324592 D. Colo. Jan. 31, 2007, and,

Internet Archive, et al. v. Suzanne Shell, No. 06-cv-01726-LTB-CBS, D. Colo.

**5-** Bar Donna Suzanne Shell from threatening to, or filing complaints or lawsuits against anybody, anywhere, ever again.

**6-** Order Donna Suzanne Shell to bear all costs associated with her litigations.

**7-** To award other relief as the court deems just and equitable.


**All statements herein are truthful, sworn testimony, before God, as stated.**


April 20, 2009

*J Leonard Henderson*

James Leonard Henderson, Sui Juris, Pro Se
4773 Salmon River Hwy
Otis, Oregon 97368


Exhibits attached, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13

**Exhibit 1**

**Email exchange between
Leonard Henderson and Suzanne Shell in October 2008**

**From:** Leonard Henderson
**To:** Suzanne Shell
**Cc:** AFRA_Directors@yahoogroups.com
**Sent:** Sunday, October 05, 2008 7:17 AM
**Subject:** What is it now?


*SIGH*

On the page http://users.wildblue.net/dsshell/html/problems.html (I note that this same page at http://profane-justice.org/ seems to be missing) you say-

**"AFRA leadership and membership would also use the contents of this site and claim credit and authorship- refusing to give credit to the true author!".**

So what is AFRA using that you claim ownership of?

Years ago, you DEMANDED that every reference to your materials be removed and you DEMANDED that we STOP promoting your materials and your website. Which DEMANDS I happily complied with. You assisted me in the complete sanitization of the AFRA website of ANY reference to your website or use of your materials.

I certainly do NOT knowingly use any information that you could possibly claim ownership of. **In the years since, you have not made me aware of any item that you claim ownership of on the AFRA website .**

Please inform me of any such material, or withdraw your assertion.


Leonard Henderson, co-founder
American Family Rights Association
http://familyrights.us
Until Every Child Comes Home ©
The Voice of America's Families ©

Have you checked AFRA News lately?
http://familyrights.us/news

**From:** Suzanne Shell
**To:** Leonard Henderson
**Sent:** Sunday, October 05, 2008 11:32 AM
**Subject:** Re: What is it now?

Take a reading comprehension class, Leonard. The grammatic structure of the subject sentence expressly puts the context into past tense. However, I will point out that the **last broadcast by AFRA leadership on this subject includes statements exhorting members to infringe my copyrights. . .as an official policy of AFRA.** I have continuously suffered injury by people implementing this policy. This constitutes ongoing contributory and vicarious copyright infringement liability on the part of AFRA.

Are you SURE you want to go there with me? You and AFRA are NOT innocent victims here. You are tortfeasors and all I need is a tiny reason to do something about it.

AFRA's past injurious acts against me and others have not been sanitized. They have not been

corrected. They are not being stopped. AFRA earned this reputation all by itself and I have no intention of being silent about it. As I warned you years ago, you should have left me alone. You just didn't get it. I don't see how that is my problem.

Suzanne

**From:** Leonard Henderson
**To:** Suzanne Shell
**Cc:** AFRA_Directors@yahoogroups.com
**Sent:** Sunday, October 05, 2008 3:05 PM
**Subject:** Re: What is it now?

You bet it's past tense. Because it was done a long time ago, and nothing new has been put on since that you had anything to do with.

Your information that HAD been on the AFRA website (2002 to 2004?) WAS there with YOUR PERMISSION, and every bit of it WAS removed per your demand, and to YOUR satisfaction AT THAT TIME.

I am in charge of OFFICIAL AFRA broadcasting. I am unaware of any such"broadcast"as you allege.

**The AFRA website at http://familyrights.us (shortened from http://www.familyrightsassociation.com which still works too) is the only dissemination point of OFFICIAL statements of AFRA.**

**There is no other, and never has been. If it isn't on the AFRA website above, it's not official AFRA. No place else is "unofficial AFRA", nor "satire", nor condoned by AFRA, nor have our tacit approval.**

AFRA is not infringing on your "copyrights", never has infringed on your copyrights, and certainly does NOT encourage others to infringe your copyrights.

**Your disaffection from AFRA leadership was your own decision. I most certainly chose to "leave you alone" and recommended others to "leave you alone".**

AFRA has not injured you in any way. I know of nobody "injuring" you now. Your allegations are spurious and imaginary. AFRA is not your problem, and never has been. AFRA has never opposed your advocacy and seminars. AFRA is not your enemy.

AFRA's reputation is in great shape. I have always chosen to overcome my difficulties and move forward. Why don't you?

By the way, that's tortfeasor, which I certainly am not.

**Once again, please inform me of any information on the AFRA website that you claim ownership of so I can investigate and REMOVE it, which is the reason I wrote to you to begin with.**

Leonard

From: Suzanne Shell
To: Leonard Henderson
Sent: Sunday, October 05, 2008 4:49 PM
Subject: Re: What is it now?

Stop lecturing me about irrelevant bullshit. You can't really be that stupid. It's gone way beyond what you think it is. Just because YOU don't recognize the torts and harms committed by AFRA against me and others, doesn't mean they didn't occur. **I have the broadcast emails (broadcast to ALL AFRA and some non-AFRA groups) by an AFRA BOD inciting copyright infringement against me**. You phucked up, Leonard, when you trusted Hinger, Tower, Kiefer, et. al. Now, they will take you down with them.

You had better hope and pray I win my appeal against Tower this month, or my counterclaims will bring in AFRA. He sued me for attempting to invoke a disciplinary proceeding about his and AFRA's copyright infringement and theft of intellectual property. . .so, if I lose my appeal, I get to countersue him and file a cross complaint to pull his accessories into that counterclaim for that infringement and associated acts that caused me to submit that complaint He's president of AFRA. He acted on behalf of AFRA. The dumbass has gotten the entire AFRA board of directors incriminated in HIS lawsuit and nobody figured that out. Too bad for you. But, even if I win. . .I can still sue you all. Why?

Because, there is NOTHING on AFRA's web site or on the groups **condemning, expelling, or otherwise correcting** what Tower Hinger, Kiefer or any AFRA member *(I have the membership lists at the time of each tort)* did with my intellectual property including but not limited to sending a person in to STEAL MY TRADE SECRETS and incite BREACH OF CONTRACT aka interference with contractual relationship *(Leonard, Tower sent a buddy to my training to steal my handout and disseminate it to AFRA and publish it on the Internet in violation of a non-disclosure, non-compete agreement signed by that buddy. Do you know how I found this out? Tower INCLUDED THE PROOF OF this conspiracy IN ONE OF HIS PLEADINGS, the dumbass)*, or with copyright infringement or anything else that will be detailed in the complaint. It's already written. Silence implies consent to the conduct of any BOD or member, including but not limited to the conduct of the duly appointed President. You did not frame AFRA's mission statement very well from the legal liability perspective. *And your lame disavowals do not insulate you or AFRA from liability. I already checked.*

Leonard, if you know nothing else, you know I am brilliant. I nailed CPS agents by thinking outside the box. I cam up with elegant and simple strategies that were foolproof. I have been stopped form that very important work to which God called me, by you and AFRA. I could no longer do that work because AFRA members stalked and harassed and defamed me on line and in the real world, and AFRA endorsed it. . . so I did the only logical thing. I turned tmy stunning talents against you and AFRA. I am endlessly patient. . .and I think you are beginning to see that I have you and AFRA so boxed in that only one thing will save your collective hides. You and AFRA make nice and settle this ongoing, UGLY dispute, complete with a **contract**. IMMEDIATELY. These are VERY generous terms considering the hot water you all are in.

If you don't, you can't say, "I didn't know what Tower/Hinger/Billy/Cletus/members were doing," because in California, the home of AFRA, unincorporated associations and their memberships are liable for the acts of their officers and members. And the acts were very publicly broadcast on AFRA groups. And if the online evidence disappears, I still have it and can tell the court that the counterclaim defendants destroyed the online and private computer evidence knowing legal action was imminent in an attempt to cost me redress of my grievances which is grounds for sanctions including finding against you all. . .and, after all, ignorance of the law is no excuse. And you all have been VERY ignorant of the law, even when I so kindly pointed out the torts being committed by AFRA leadership and membership.

You all have been focusing on irrelevant issues and taking the advise of complete morons, while I have been laughing and boxing you in on the really important facts you chose to ignore and even mock me about.

God called me to this work in 1991. He will protect me in doing it. You must know how He treats anyone who disobeys Him or interferes with His servants. . .I suggest you start with yourself, if for no other reason than to protect your @$$. Let the others take care of themselves. . .they've destroyed AFRA already, I'm just sweeping up. This will be your only opportunity to distance yourself from the consequences. Otherwise, I intend to be ruthless.

Suzanne
Who took on five attorneys from a high-powered law firm, pro se, and won a motion to transfer the case to Colorado and survived a motion to dismiss. Read the press release on my website. Read between the lines. Then think long and hard about **negotiating a contract** to resolve this dispute between us. I am sure you would welcome the peace it would bring.

**From:** Leonard Henderson
To: Suzanne Shell
**Sent:** Sunday, October 05, 2008 5:13 PM
**Subject:** Re: What is it now?

I don't know why you cannot answer a simple question that I asked nicely. I have asked twice.

So I gather, there is none of your stuff on the AFRA website.

If it wouldn't be too much bother, please send me a copy of that "broadcast" email.

Leonard

**From:** Suzanne Shell
To: Leonard Henderson ; Kay Henson
**Sent:** Monday, October 06, 2008 1:14 PM
**Subject:** Re: What is it now?

I bet to differ. You did NOT ask nicely. You were pushy and rude and demanding, as if I owed you something important. I don't.

Your attempts to obfuscate the content of my publications with YOUR interpretation of the issue will not fly with me. If you take issue with my publication, sue me. But it would be a grave error to make any erroneous ASSumptions about me or anything about me. You always get it wrong and get yourself into deeper trouble.

**As for sending you that broadcast email, I'm busy. I am not your beck and call girl. I'm not responsible for what you or your friends and associates do with your resources that you make available to them. You are. Find it yourself. . .or you can wait until you get served. I'll attach a copy to the Summons and Complaint.**

Suzanne

See attached screen shot of AFRA website front page-

**"This website is the only dissemination point of OFFICIAL statements of AFRA. Items appearing elsewhere are not official, nor have tacit approval."**

Leonard,

This is a pathetic disavowal. It is non-specific. **It is too little, too late.** It is also very incriminating because it is too little, too late. Leo, you are NOT a legal genius, you are making it worse for yourself.

Let me 'splain. . .

IF you *(you means AFRA leadership. . .one who has control or authority to define and enforce policy and practice. Do YOU have that authority?)* find that

- the conduct of any leader of member **conflicts with the official policies and accepted practices of AFRA,** or is otherwise inconsistent with AFRA's accepted practices or official policies, or violates existing law,
- who engaged in that conduct as a part of the business or practice associated with AFRA or used AFRA resources (i.e. groups, web sites, etc.) or colluded with AFRA members or leaders to commit that conduct,
- and that conduct causes or has the potential to cause harm or injury to someone else (oh, say, like a consumer or a competitor),
- and you do NOTHING to impose any sanction against the persons or organizations who committed that conduct such as removing them from groups, removing them from AFRA membership, or otherwise distancing AFRA from their conduct,

- and you do not refute, condemn or otherwise distance AFRA from that offending conduct in the SAME PUBLIC FORUMS that the inappropriate conduct was performed and in all venues where that conduct was impacted,
- **AT THE TIME THE CONDUCT happened**

then AFRA, AFRA leadership and AFRA membership are liable for the damages associated with that conduct. . .

OR

IF you *(in this scenario,* **you** *means AFRA member, supporter, or other status indicated by participation in or with AFRA business and endorsement of AFRA business) do not have the authority to make decisions about official policy or accepted practices)* find that any conduct by AFRA leadership or membership, or conducted with the use of AFRA resources, including but not limited to AFRA groups, AFRA membership lists, AFRA members, AFRA web site, etc., would tend to cause anyone harm and you do not either make a public demand that AFRA leadership use their authority to impose sanctions on the offending actors and if AFRA fails to take appropriate action, then to remove yourself from AFRA membership, then you are also liable for the conduct that occurred and the resultant damages (this is specific to California law-and since Tower dragged ME into California courts, I get to drag everyone else there with me).

Simply put, when the dirty deed was done by anyone associated with AFRA, or with the use of AFRA resources, AFRA had a legal duty to take action to correct that dirty deed and prevent future dirty deeds. If AFRA did not take that action at the time of the dirty deed, AFRA consented to the dirty deed, contributed to the dirty deed and is liable for the dirty deed.

AFRA had actual,constructive, direct, fair, and implied notice of the dirty deeds committed against me, Kay, Effie, Christine, and others. AFRA and AFRA members did nothing to correct or prevent the dirty deeds. I warned you, Leonard.

Here is the "I told you so" part:
- I TOLD **you** not to let AFRA forums to be used by members to bash me. You argued with me and refused to establish and enforce a policy regarding bashing me or my profession. (Look up anything to do with business law, false and misleading advertising, consumer rights. Consider this actual and constructive notice.)
- I TOLD **you** that AFRA members were using AFRA forums and groups to infringe my copyright and IP. You argued with me and refused to establish and enforce a policy protecting everyone's Intellectual Property Rights. In so doing, AFRA profited *(legal term of art)* from my IP. (Look up contributory and vicarious copyright infringement, reverse palming off, trade secret AND criminal copyright infringement as a predicate act to RICO. Consider this actual and constructive notice ).
- I TOLD **you** to stop 'helping' me and stop publishing your misleading rhetoric about me. You refused. I am taking that personally.

Your puny efforts to shine your rusted halo with these meaningless disavowals are more harmful than helpful from the perspective you your legal liability. I offered you a way to get out of this ugliness and save face, and you are too proud to take it. You want to posture hollowly. Whether you believe it or not, I can convince a jury that you started all of this Leonard. You encouraged and incited AFRA membership against me. Then YOU bailed. Now you try a resurrection? To do what. . .continue the Anti-Suzanne Campaign you started?

The is a much less painful option. . .Negotiate a contract resolving this issue between us, Leonard, just to save your own @$$. You don't owe AFRA, Tower, Hinger, Kiefer anything because they don't care who they dragged into this legal abyss, including dirtying AFRA's legacy. You can come out looking like a hero - you can take credit for taking positive action to insure that aggrieved families again have access to quality goods and services by finding a way that I can start my CLE training for attorneys and judges again safe from the kind of interference with it caused by AFRA dirty deeds. I don't care if you take some credit for getting my work back on track.

If you don't want to settle, I just don't think you can match legal wits with me. . .you never even detected when you were being boxed in by me, when I gave you opportunities to do the right thing or escalate by doing the wrong thing. You still don't. Let me make this crystal clear. . .I was following a plan of action. . .and you fulfilled every prediction I made. This wasn't accidental, Leonard. People can only be who they are. It seems I know you much better than you know me.

You've dug a deeper hole every time you try to bully me into backing down. If you haven't figured it out by now, I don't back down to bullies. So let's make nice, let's get it in writing. You and me. Not AFRA and me (unless you control AFRA?). . .YOU and me. Leave AFRA to self-destruct. . .Effie and I can handle sweeping up that mess just fine by ourselves.


Suzanne

---

**From:** Leonard Henderson
**To:** Suzanne Shell
**Sent:** Saturday, October 18, 2008 9:12 PM
**Subject:** In writing?

**Get what in writing?**


Leonard

---

**From:** Suzanne Shell
**To:** Leonard Henderson ; Kay Henson
**Sent:** Tuesday, October 21, 2008 5:43 PM
**Subject:** Re: In writing?

Why, Leonard. I thought you took exception to some things you allege I have done You know I take excepting to certain things you have done. . . . don't you want to negotiate a truce? with terms? in writing? If you don't want to end this war, just say so. This is merely an attempt to reach a settlement prior to taking other action. People often do this to avoid litigation. Yeah, I know, Tower didn't, but he's unreasonable and a complete ass. It will play out in court with him. . .just like he wanted. I am attempting to avoid some unnecessary ugliness as well as giving you the opportunity to salvage what is left of AFRA before it gets dragged into the ugliness. But, not to worry, if you want ugliness, so be it.

Oh. . .this is confidential between you and me. . .I know you've already approached Tower with my overture, he blabbed it in oral arguments today. You tell Tower anything about this and all negotiations are off. My offer is good for 24 hours.


Suzanne

The 24 hours expired........... I told the Board of Directors, too.

Notice how she can't answer a simple question? Just throws out threats. Lots of them.

Here's how she spun the above exchange-

http://groups.yahoo.com/group/FamilyRightsAdvocacyIMPROVEMENTProject/message/4987
Thu Oct 16, 2008 10:42 am

Leonard Henderson has been contacting me recently with back channel comments about my publications. I have taken the opportunities to attempt to forge a resolution to the ongoing dispute with AFRA.

Leonard has been adamantly opposed to negotiating a truce. So has Tower, for that matter.

Just so the record is clear as to who is being unreasonable and unwilling to be professional and work out the dispute.

**I want readers to remember this is the fifth time I tried and AFRA was UNWILLING to even talk about it. It seems they WANT this war, after all, AFRA declared it.**

Suzanne

**Exhibit 2**

**From:** noreply@willselfdestruct.com
**To:** leonard@familyrights.us
**Sent:** Friday, July 11, 2008 7:03 PM
**Subject:** Suzanne: In response to "How about this?"

**Suzanne** has sent you a secure e-mail.
**To view the message please click here.**

If the above link does not work, you can paste the following address into your browser:

**http://www.willselfdestruct.com/secure/slcyc554**

You may view this message **only once** for **42 second(s)**, after which it **will self-destruct**.

If you leave this page or refresh the page the message **will self-destruct**.

**Will Self-Destruct** has forwarded this message on behalf of the author. We do not send our own messages nor do we store the message or your email after your message has been viewed.

If you would like to no longer receive mails from Will Self-Destruct please click the following link
http://www.willselfdestruct.com/secure/block?email=leonard@familyrights.us



**WILL SELF-DESTRUCT**

This message will self-destruct in **34 second(s)**. If you leave this page or refresh the message will be destroyed.

| | |
|---|---|
| **From:** | Suzanne |
| **To:** | leonard@familyrights.us |
| **Subject:** | In response to "How about this?" |

**Message:**

Oh, by the way, I was invited to Kansas. The organizers sent out press releases. I was required by contract to attend to the media requests and to appear at their events. Sorry if it bites your butt you weren"t invited. Might have something to do with credibility.

Can"t do seminars any more, AFRA keeps sabotaging them and attacking the sponsors of the seminars . . .or have you forgotten that conduct that YOU instigated and nurtured under your leadership. AFRA is obviously opposed to the training I present.

Ms. Shell does not own the Bad Advocate list. . .care to risk litigation over this one? It will have nothing to do with libel. . .I assure you. As for my operation, you don"t know for sure what my "operation" consists of, so you should be careful about how you, as a competitor, advertise my business, lest it be actionable. Wexler"s was disclosed in his IRS 990 form, so I know for a fact. Besides, I"ve met him in person twice and we have gotten along just fine. You should take your own advice. . .about how intelligent I am. It would have been better not to make an enemy of me, don"t you think? Thank god I have the entire history archived. Think of what I can do with that. . .I am a writer after all, and writers usually get the last word. I do have a hell of a story to tell, don"t you think? And all the time I have on my hands now that AFRA destroyed my seminars, my work, everything and I have nothing else to do. Maybe YOU should do something to start righting the wrongs done to me and my associations by you and your associates.

As for the Internet Archive case, while I cannot disclose the terms, I can say I am satisfied with the settlement. :-) Remember, I was pro se and IA was represented by 5 lawyers from a high-powered law firm. This lawsuit did get me a Wiki entry which I never expected and which, incidentally, AFRA keeps vandalizing. Jealous?

**Shell had the intention that this email would "self destruct". And it did. But she forgot about "Print Screen"**

**Exhibit 3**

**AFRA CenCom messages beginning Mar 17, 2006-**

http://groups.yahoo.com/group/AFRA_CenCom/message/12065
**William Tower <sureshot50@sbcglobal.net>**
Message #12065 of 17750 < Prev | Next >
Well I got an e-mail that told me to look at the "Bad Advocates" list. So I took the advice and
went and took a peek. and just as the e-mail said, I have now been added to her list of people
that she does not like. (Due to the fact that I will not follow her?) and she is telling me that I
"must pick a Side?" Just what in the hell is that????? due in fact that I wont kiss her butt??? I
have never taken sides in the little kids pissing contests here. but as for her making threats at
me and what I may be doing she can go to hell before I take her side now on anything. so go
on ms shell do your best but make it good as it might come back and bite you.

The one trend I have noticed here. That if she accuses you of it, she is guilty of doing it.
(sounds like caseworker material to me)

Here is what she has Posted:

iiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiii
Can you spell A-N-T-I (-) T-R-U-S-T? Smart Dutkiewicz allies (sorry for the oxymoron) might
want to distance themselves lest they be investigated as co-conspirators. (Now, a word of
caution. . .AIMEE has a big mouth and has named many of their co-conspirators in her
emails.) We will consider that you have dissassociated yourself ONLY if:

1. You avail yourself of the U.S. Department of Justice amnesty programs for anti-trust or
2. You advise us you have disassociated with the Dutkiewicz'a and tell us everything about
their anti-trust activities against us. Time on this offers expires February 24. 2006.

Like I said before folks, amateur hour is over. . .you are operating in the real business world
and can't play dirty without getting in trouble for breaking the law. Supporters include (dare I
say 'rabid' supporters?): Susana Jackson, Scott Steele (reportedly young, reportedly not
stupid and a real go-getter. . .yet 'taken' by Aimee's 'charms?' ..obviously he's not too smart.),
Sue Vogan, Christina Amtower (Christi in WV - a bad advocate in her own right.), Brenda
Swallow, Bill Tower (Sorry Bill, pick a side. You can't balance in the middle any more once
they broke the law - what will this do to your upcoming law license?)
iiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiiii

I will treat this as a threat. Just who does she think she is to threaten me for anything?
Because I will not "PICK A SIDE"? What is this a school kids game? And what does she
mean, " What will this do to my upcoming law license?" Is she accusing me of wrong doing
because I won't pick a side? Is she accusing me of breaking any laws? Or any wrong doing?

I now will tell her to get my name off her list. As I don't want anything to do with her and
anything that she is doing or involved in due to her little kids actions. So Ms. Shell do as you
will, but be careful.

**"Gregory A. Hession" <hession@crocker.com>**
Shell

Hello everybody:

I have spent a lot of time this weekend meeting in person with Suzanne Shell, Kay Henson, Christine Korn, and others, to see if we can work out things between Suzanne Shell and AFRA, and come to some mutually beneficial agreements. I have a preliminary agreement that Suzanne will get rid of the bad advocates list and institute some other key reforms. I am leaving now for another meeting to review all this with her and others.

There is a good chance that things will improve and become more positive, and we can soon actually get back to the purpose of AFRA. That's why I get the big bucks! Wish me luck.

Your servant,

Gregory

===================================

Re: Shell

>
> There is a good chance that things will improve and become
> more positive, and we can soon actually get back to the purpose of
> AFRA. That's why I get the big bucks! Wish me luck.
>

Thank you for posting this. I will eagerly await your report on the final outcome. Whether we talk about this on the group or not, this thing has just festered so much!

I do hope that the outcome of your meeting will be a solution that we all can live with.

Dorothy

P.S. Please give me a call at your convenience next week. I really need to talk with you about a totally separate matter - and it's something good. :)

--
Thanking you in advance,

(Mrs.) Dorothy Kernaghan-Baez
Georgia Family Rights
2208 Highland Avenue

Suite 107
Augusta, Georgia 30904

706-533-6522

cpsabuse.org
www.georgiafamilyrights.com
www.familyrightsassociation.com

"Woe to those who make unjust laws,
and those who issue oppressive decrees,
to deprive the poor of their rights
and withhold justice from the oppressed
of my people." Isaiah 10:1

============================

**William Tower <sureshot50@sbcglobal.net>**

Re: [AFRA_CenCom] Shell

Greg I hope that as part of this agreement that there is an apology that must/shall replace the
"Bad advocate" Page. Otherwise there can be no healing. I went on google and looked up my
name and that page came up. so I would like the apology to come up the same. not only for
me but for all the people she has harmed with this attack on anyone that does not
join/follow/think as she does.

Bill Tower

**Exhibit 4**

http://groups.yahoo.com/group/AFRA_CenCom/message/14819

AFRA Cencom Message #14819

FOR DISTRIBUTION TO ALL GROUPS AND EMAIL LIST...

This post is not authorized by The AFRA BOD nor does it reflect the policy or opinion of the AFRA BOD... This post is my attempt to help and protect those in this movement who come under attack by those who would destroy this movement for their own personal gain and ego...

Recently a certain person I will hereafter refer to as Dances With Chickens In Colorado has been contacting people and their website providers alleging the unauthorized use of her Copyrighted Materials... Dances with Chickens has managed to have several websites temporarily shut down until her Alleged Copyrighted Materials have been removed... She threatens legal action and does everything in her power to make life miserable for those she chooses to attack...

This is part of the ongoing war to seize control of the Family Rights Movement by a few mentally unstable persons... This is a continuation of the attempt by Dancing With Chickens and The Florida Welfare Fraud Queen to seize control of AFRA... As a result of the increased attack on AFRA Members and AFRA Affiliated Websites and Organizations, I wish to take this opportunity to offer the following information, advice and recommendations to those who might come under attack by these unethical mental misfits...

There are several items that Dances With Chickens attempts to claim as her copyrights that were plagiarized from others in this movement... The number one on her list is the CPS Manual written by Cheryl Barnes, Copyrighted by Cheryl in November 1999 and published on her CPS Watch website at that time.... Dances With Chickens claims Cheryl stole it from her at a seminar she held for VOCAL in 2000... How can something published by Cheryl in 1999 be stolen from Dances With Chickens in 2000... Do not take my word for this, use the Internet Archives Wayback Machine and search www.cpswatch. com for the archived files and see for yourself...

Another paragraph DWC tries to attack people for using is the paper on What To Do When CPS Knocks On Your Door... She copyrighted this piece when she got the second copyright on her book in 2001 or 2002, yet it was published and copyrighted on the Vocal NY website in January 1999... Again look it up on the Wayback Machine... Then she attacks AFRA President Bill Tower for his speech in front of the House Ways And Means Subcommittee on Reasonable Efforts claiming he stole her materials, when in fact it was his own work and some of the information that DWC tries to claims as hers is taken from a San Francisco Legal Firms Website... This was posted in the late 80's and Bill had authorization to use some of it in his speech... None of her work on this issue is in fact her work it has been plagiarize from others without their permission.. .

The list continues, but you all get the general idea... So therefore may I suggest that if you are approached by this person or if she contacts your web-host or ISP attempting to claim copyright theft or infringement, that you immediately inform you provider that the materials she is claiming are not hers and were given with free use permission.. . Refer them to the

sites You Have Verified on the Internet Archives Wayback Machine and tell Dancing With Chickens to go ahead and sue... She can't, because we can now prove beyond a reasonable doubt that what she copyrighted is plagiarized and she will loose all rights to copyright anything...

And let me add one more thing, Dances With Chickens claims she makes no profit from her work... IF this is the case, why did she claim $8000 in lost income in a Florida Court Room for one of her seminars being disrupted by one of her own Certified Trained Advocates... And how does she justify claiming a $600,000 loss for a piece that she alleges a Lawyer Stole from her... And how does she justify charging $100 for a person falsely accused on her BAL to see the evidence against them while she attempts to stand behind Phony Press Credentials?

Your friend,
Dennis M. Hinger
==============================


Exhibit 5

## OUT OF THE CLEAR, BLUE SKY, I received this-

From: "Suzanne Shell" <dsshell@wildblue.net>
To: <leonard@familyrights.us>
Sent: Friday, July 11, 2008 1:34 PM
Subject: Kansas

Leonard

I have been told that AFRA is attempting to weigh in on the Kanasas SRS issues that have made the news over the past weeks.

This is a formal request not to interfere or otherwise attempt to insinuate yourself or AFRA into the Kansas issues and events. I have been advised that neither you nor AFRA are qualified to promote this issue or the participants who are working on it. You don't have the facts of what is occurring there and quite frankly they don't need anymore "help" at this time - in part, inter alia, because of the recent coverage given to the Kansas group's fine work on the disgusting Bully Monster site (aka the ad hoc AFRA bash Suzanne site). Due to the nature of the content AFRA typically publishes and the conduct it promotes, it would be best for those in Kansas if the Kansas issues also did not appear on the AFRA site or on AFRA groups. The consensus of the **credible participants** in this effort is that AFRA's and your participation or involvement will be detrimental and greatly harm the efforts of the Kansas people who are getting the job done, so please honor this polite request and do not intrude into the important work that is being done in Kansas.

Thank you.

Suzanne

**SEVERAL MESSAGES LATER...**

**From: Leonard Henderson**
**To:** Suzanne Shell
**Sent:** Saturday, July 12, 2008 2:27 AM
**Subject:** Re: Stuff

OK, maybe I should wise up and ask questions instead.

IS somebody in Kansas saying they are acting on AFRA's behalf?

WHO is "sabotaging" your seminars?

WHAT "conduct" did I instigate?

WHEN did I oppose the "training" you "offer"? WHO has?

WHO does "own" the "Bad Advocate List"? Everybody is using their real names except those cowardly shitmouths. Even Billy is using his real name on his Shit Site.

WHAT "wrongs" has AFRA done to you?

WHO is "vandalizing" your Wiki?

Leonard

MORE MESSAGES LATER...

**From: Suzanne Shell**
**To:** Leonard Henderson
**Sent:** Sunday, July 13, 2008 8:00 AM
**Subject:** Re: Assurances

OK. . .you've taken your own snotty shot at me, and avoided giving me the specifics. I noticed.

A negotiation requires give and take. I've asked for assurances, specific assurances. Why? Because I disagree that you don't do empty rhetoric. I've watched for years and seen you blow up over and over, and it accomplishes nothing.

So. . .like with Greg, I'm looking certain performances in exchange for certain performances. . .a contract. But if you don't have the authority to guarantee those performances, I'm negotiating with the wrong person. I won't waste my time with you, and will remain on my current plan of action.

So kindly respond to my request items 1-4, please.

Thank you.

Suzanne
-------------------------

**From: Leonard Henderson**
**To:** Suzanne Shell
**Sent:** Saturday, July 12, 2008 10:00 PM
**Subject:** Re: Assurances

By the way- You neglected to answer my simple question about Kansas SRS, which was your reason for starting this entire conversation.

**Who is saying they are AFRA in the Kansas SRS thing?**

**That was item #1 that I want to KNOW NOW.**

Leonard
------------------------------------
**From: Suzanne Shell**
**To:** Leonard Henderson
**Sent:** Sunday, July 13, 2008 8:26 AM
**Subject:** Re: Assurances

**I did not neglect to answer. I refused, pending a binding agreement described in my previous post.**
Otherwise, I'll deal with it myself.

You need to understand, I don't **need** you to do anything about any of the stuff we're talking about. I've got plans for handling it myself, however, I am giving you the opportunity to do something if you want to do anything about mitigating the damages and/or ceasing hostilities.

Do something or don't, either one works for me. You should know that by now. . .that's why things are so ugly for you and AFRA, I had to deal with it myself. But I require terms before I give you anything to work with. Negotiate and agree on terms, or don't. I can work with either decision you make.

Oh, BTW, Greg tried to help Effie settle with Tower. Tower was too proud, too butt-hurt and refused to settle. He lost at trial. It took less than a half an hour. It was embarrassing. And very expensive for Effie. The court ordered Tower to pay her costs and fees. You might want to consider the potential for a similar slam-dunk should you decide to not negotiate with me . . .and in good faith.

Christine is right about the state of AFRA. It is so close to disintegrating completely that maybe Effie's memorandum of costs against Tower for losing the lawsuit against her and his allegedly running and hiding from that judgment will push it over the edge. . . you should read her posts on the Improvement Project about the liability of unincorporated associations like AFRA. . .it's fascinating reading.

Suzanne

---

**From:** Leonard Henderson
**To:** Suzanne Shell
**Sent:** Sunday, July 13, 2008 2:01 PM
**Subject:** Kansas

**So nobody was causing one ounce of trouble in Kansas. You made it up.**

**Do you remember why you contacted me?**

**Sayonara.**

**Leonard**

---

**From:** Suzanne Shell
**To:** Leonard Henderson
**Sent:** Sunday, July 13, 2008 2:16 PM
**Subject:** Re: Kansas

Why, yes, I do recall why I contacted you, and your ugly outburst in response. I also recall saying in response to your very nasty personal attack, "If you really cared about the success of family advocates and activists, you wouldn't put your own glory over their request."

Sigh. . .you are SO predictable. I would really respect it more if you came right out and said . . . oh, something like. . ."I can't agree with your terms for disclosure," or "I refuse to accept any conditions on your disclosure," or maybe, "You have no right to withhold this kind of information from me," to which I would respond, "Watch me." As it is, your ugly personal attacks in response to good faith overtures only instill the usual disgust and contempt. So, all I can say is, if AFRA weighs in and it causes harm ot anyone in Kansas, I'll hold you accountable. You may not think that means much, but we shall see. NO need to argue about it. . .**you've seen what I can do. . . and what it does to you and the other STM's.**

Accusing others of lying through me is typical of you when you can't face the facts that you can't control me, and that I don't need anything from you. Your bullying tactics don't seem to be working on me, do they? You might try a bit of respect and honesty for a change, but then. . .you had your chance. O:-)

Gotta go. Like I said, I have a deadline. . .with a publisher. 8-) Doing a book. ;-) An expose'. =-O Ciao. :-D

Suzanne.

From: Leonard Henderson
To: Suzanne Shell
Sent: Sunday, July 13, 2008 8:12 PM
Subject: Re: Kansas

The fact that this came out of the clear, blue sky, notwithstanding my complete surprise to be informed that AFRA people are alleged to be involved in the Kansas thing, my surprise is taken by paranoid you as a "denial".

Which is as wormy-minded logic as the best Social Worker.

Which quickly turned into your DEMAND that I enter into a "contract" with you and meet YOUR conditions before you will even tell me who these alleged AFRA interlopers are.

No, damnit, obviously I DO NOT agree with your "terms for disclosure". That is just plain nuts.

There are either AFRA people in Kansas acting in this event, which I do not know about, or you are full of baloney.

I am "unable to determine" due to lack of evidence (other than the imagination of your royal highness), and I am finding this allegation "unfounded".

Your pointless and unjustified THREATS are tiresome.

Hold me responsible for something I know nothing about, have found nothing about, and you are being COY about WHO these alleged AFRA people are unless I enter a "contract" with you?

I don't think so Red Rider. Ain't gonna fly.

The rest of this is a just old, old, old shit that went down the river a long, long, long time ago.

I don't know of anybody that can (or would want to) make the shit flow back uphill so you can play in it.

Feel free to quote me on that in your upcoming self-published expose. They will sell by the ones. Absolutely nobody could possibly care. Save your money for retirement.

Leonard Henderson, Co-Founder
American Family Rights Association
http://familyrights.us
Promoting the Fundamental Liberty Rights & Privileges of Families
"Until Every Child Comes Home©"

Have you checked AFRA News Lately?
http://familyrights.us/news
For the Family©


Exhibit 6

## Shell's LAST message to AFRA CenCom

Message #9875 of 17781
http://groups.yahoo.com/group/AFRA_CenCom/message/9875

Thu Feb17,2005 9:13am
Suzanne Shell <dsshell@ix.netcom.com>

Dennis observes you failed to respond to his missive, instead you tell some dumb story about a pickup truck. He read the posts leading up this, Leonard, and arrived at his own conclusions without my help. People: this is Leonard's MO. . .misrepresentation, distraction and shallow flattery to avoid the dealing with the real issue. I can discern this very clearly, so can Dennis. I know others see it, too.

As one former AFRA activists observes, "LEO will characterize your demands as efforts to "take over' and "political" in nature. He just doesn't see that the fight for the right thing commands having some rigid standards that are NEVER compromised." I've said it before, I'll say it again, I don't want AFRA. I don't want to "take over." I just want the same respect that everyone else gets from Leonard and that I have given Leonard.

This deadline wasn't about cleaning up CenCom - this was about the timing of you public apology, but you don't get it. *Well, then, never mind the apology. I don't want it any more.* And never mind the debate. . .but I am prepared to take all to the logical conclusion, and let the chips fall where they may. Let's see if you can take what you dish out to me, Leo. I suspect that is what will be required for you to gain a whole new understanding of the respect I afforded you for the sake of the movement, whether I felt you deserved it or not. If you want the truth, I have a many reasons why you never deserved teh respect I gave you, like the one below. . ..

You want me to get personal? Dennis says to stop making highly personal and suggestive comments to his wife, me, every time you talk to me on the phone. He's been in the room and heard them and it pissed him off every time. He says, "Go pound your 'walk on the beach with Suzanne' and 'if I weren't already married. . .' and 'You know how much I love you,' comments up your ass." He says you are acting like a spurned suitor and I won't relay what else he said, but it isn't pretty. *Sorry, Leo, I warned you over and over again to keep it professional but you refused to 'get it.'* I'll give you a clue, this kind of conduct (to stray into personal stroking and flatteries, regardless of your intent) is disrespectful of me as a professional , and disrespectful of my husband, and disrespectful of our marriage. I don't have to be a radical 'feminist' to see that this is male chauvinist pig conduct, thinking that such inappropriate, highly personal intrusions into my professional business would be flattering to me. Well, it wasn't. It was disgusting, but I endured it quietly for the sake of the movement. NOT any more. You treated me like whore, not like the virtuous wife of another man and a professionally respected leader in this movement. You refused to stop doing it when I repeatedly told you to stop. And like a self-righteous raving idiot, you did it with witnesses on three way phone calls to a phone you KNEW was recording. You want more? Maintain the status quo, Leo, this is only the foundation - you lawyer types know what I mean . . .

Now, I know you will ban me from this list for my audiacity in exposing this ugly little side of you. Before you do, remember how much I have kept confidential so as not to harm this movement and consider carefully what forum you would prefer it be exposed on.

-- Suzanne Shell
Director, American Family Advocacy Center
Author: Profane Justice
http://www.profane-justice.org

Leonard Henderson wrote:
    Aw fer crying out loud. See attached email. Cleaning up CenCom had nothing to do with you. I think
    you guys might be terribly disappointed to learn that I am not particularly troubled by the latest SS
    snit.It is nothing new or different.

    That I absolutely despise the Bad Advocate List and opposed it from the day I heard it proposed has

never been a secret. It has been the subject of a running battle since the day it was created. A list of the eternally damned with no opportunity or possibility for redemption. I prefer to be in the salvation business personally.

Take a reading comprehension course. . .go back and read the page, especially the part about admitting and correcting in order to be removed. . .oh, but you'll need to use the direct link, I've shut down most of my website pending the outcome of this 'debate' - except, of course, the bad advocate page.

At no time have I publicly disparaged Suzanne Shell. I have upheld her, promoted her book and especially her Advocacy Training. Disagreeing with the Bad Advocate List is not by the wildest stretch of the imagination directly equivalent to disparaging and defaming Susanne Shell. Unless of course she chooses to Feel that way.

Dennis, if you go back through the current crop of emails, you will find that the "affront" has consistently been in Suzanne's own imagination. She is deliberately stretching things as far out of context as possible in order to foment a pointless and indefensible fight. None of this circus is necessary because it is entirely based on feelings, not facts.

Believe me, if my intent is to utterly destroy a person and tear the meat off his bones to feed to the dogs, you would not have to search for vague, iffy, feely insinuations between the lines. That's why this is so silly. And believe me, I have no shortage of things that are a LOT MORE FUN. I haven't gotten to play with my chainsaw and planer for 2 months now.

I am sorry that Suzanne Shell apparently considers her Bad Advocate List (which I cannot support) as inseverable from Suzanne Shell, the person, the erstwhile excellent author, Family Rights Advocate Trainer, and virtual grandmother of Family Rights Advocacy (WHOM I have continuously endorsed and supported).

This is like going to the car lot to buy a pickup truck. The only one on the lot is a really good one but there is a huge dumpster full of garbage Welded down in the bed. The salesman says "It's a package deal!' You protest "But I DON''T WANT the dumpster full of garbage". The salesman says "Take it or leave it And if you do take it, you can never dump the garbage or take the dumpster out." You protest "I can't haul much with that thing in the back" The sales man says "Sure you can. Have you checked out how nice the interior of the cab is? There's even a couple jumper seats for 2 more people. It's a super cab you know!" And then the idea comes that just riding a bicycle alone without all that overhead is rather appealing.

And that's exactly what this package deal is with the inseverable Suzanne-Bad-Advocate-List-Shell cyborg. Do you really want to take this debate to it's logical conclusion?

I am line-item vetoing-

Bad Advocate List and continual war- No
Advocacy Training and Unity- Yes

It just doesn't get any simpler than that. Suzanne is not going to bully this dead horse on the realm of advocacy any longer. This is where she is going to bend for the sake of unity.

Suzanne cannot declare war on the entire world and be an army of one. She needs to give it a rest. She is carelessly wasting the last of her political capital with these pointless wars with her FRIENDS. And if we weren't her die-hard, long-suffering,and forgiving FRIENDS, she would have alienated us a long time ago.

I don't know if the big carnival merry-go-rounds still have the big brass ring. I remember as a kid watching kids reach, and stretch, over-stretching and over-reaching. Every once in a while, a kid would actually reach out all the way and really grab that Big Brass Ring. Much to his regret.

Leonard

*Exhibit 7*

# First mention of Shell's "Advocate Warning"

> Note- This is not exactly the same version Shell presented to me to endorse and publish on the AFRA website. That apparently was an "updated" version of this one. That one included many more names from the "Parents March '98" fiasco. I particularly recall Rick Thoma's name was on that list, and WHY I refused to endorse or publish it.

Message #2232 of 17781
http://groups.yahoo.com/group/AFRA_CenCom/message/2232

Fri Aug 8, 2003 6:33 am
"Eric von Kleist" <cevonk@aol.com>

The attached e-mail was posted to the JFF group, and is purportedly from Suzanne Shell. Assuming that she did in fact write this, I have these comments.

I, personally, take exception to being lumped in with the "bad guys" as Ms. Shell calls them, and I think that her personal opinions of various people, their capabilities, and their personal intergrity would have been better left unpublished. She has no personal knowledge of me or what I do in the way of advocacy beyond the fact that she has chosen to criticize my support for Cheryl Barnes' work in this field. She makes a wild claim that "Before I begin naming names, I want readers to be assured that a complete and thorough investigation has been conducted by myself and my associates into the activities of the persons listed below". Neither Suzanne, nor anyone professing to be acting as one of her unnamed "associates" has ever contacted me to discuss anything relating to any of the issues she mentions. She doesn't know me from Adam's housecat. For her to publicly name me "as dangerous as those who are named for their conduct," is just plain stupid on her part.

While Ms. Shell raises some valid points with regard to her definition of advocacy, in my opinion, much of what she accomplishes with this letter is in contradiction to some of the important points that she raises, and both her tone and her actions are unprofessional. Instead of seeking to bring the community of family advocates together, she chooses to send out slanderous e-mails that are divisive.

Suzanne's letter (if indeed she did write this) is offensive, her action is insupportable, and entire attitude is very much one that reeks of the kind of mentally defective "self-aggrandizement" that she attributes to others. As far as I am know, Ms. Shell has made some wonderful efforts in the field of family advocacy, efforts that I support wholeheartedly, but this letter, if it is actually from her, represents the nadir of her work.

Eric von Kleist
Spartanburg, South Carolina

---

# Apparently, Shell sent this out on Aug 8, 2003-

## ADVOCATE WARNING

I have observed the growth of family advocacy from non-existence to a groundswell of grassroots activism over the past twelve years. As a result of the burgeoning numbers of advocates and activists, it was completely predictable there would come a time when it would be necessary to expose the inevitable emergence of advocates and/or activists who are actually harming not only the families they profess to help, but the integrity and efficacy of our efforts in this movement.

I would like to preface this notice with some clarifications and background on advocacy and activism. Prior to the 1990's, there were a few activist organizations formed for the purpose of fighting Child Protective Services (CPS) abuses against parents. They functioned largely as support groups with some minor legislative lobbying activity. During the 1990's, this activism became more proactive in certain areas of the country and evolved into actual hands-on advocacy for families victimized by CPS agencies. The principles of this participation and advocacy have become more and more popular until they have spread throughout the country. There are many people out there who refer to themselves as `advocates,' sometimes to the detriment of the families who have sought their

services. Since the American Family Advocacy Center originated the principle of the Family Advocate and is the only organization that provides advocacy training for anyone who wishes to effectively and legally assist victim families of CPS, it is not presumptuous of me to advise readers of what an advocate is.

• First of all, an advocate does not charge fees for their services to victim family members. Family advocacy is strictly volunteerism at a grassroots level. An advocate can accept `gifts' of donations, and can request reimbursement of their out-of-pocket expenses. Any self-professed advocate who charges fees for their `research' or other services is no longer an advocate, they are a paid consultant. Paid consultancy is a legitimate business - but it is not family advocacy for the sake of reforming the system. It is a practice for profit, and anyone who charges fees should be able to provide references, case numbers of successful cases (what is their rate of reunification and under what circumstances?), and at the very least, paralegal or other relevant professional certification in the state in which they reside. If the consultant cannot provide any of these, you are likely in the presence of a con artist who will drain your resources and hurt your case more than help it.

• An advocate does not harm the family they have been asked to help, either indirectly through erroneous advice or disruptive conduct or directly. A legitimate advocate will not threaten or engage in verbal or physical abuse against any victim family member; will not threaten or act to turn a victim family member into any state agency unless the family member has committed a crime which the advocate has witnessed first hand; will not steal or keep or deprive the family member of any of their rightful belongings or property; will not use CPS agencies to hold victim family members hostage to the advocate's demands; will not abuse their position of trust over any victim family member; will not engage in sexual conduct with any victim family member for any reason; will not `narc' to CPS about any victim family member's whereabouts, parenting methods, finances or anything else; will not attempt to forcibly or deceitfully obtain infants or children to raise through any CPS agency or through other devious means such as guardianships, foster care, adoption, sheltering or any other means; will not lie about anything to anyone in the course of their participation in a case; and an advocate will not support or endorse anyone who engages in the aforementioned forbidden conduct.

• An advocate is a pro-active member of the family treatment team. While they cannot give legal advice, they can attend meetings, hearings, conferences, mediation and visits for the purposes of providing support to family members and for documenting the events that occur during such interactions. Advocates do not stay in the background, and do not necessarily have to remain silent. Advocates are permitted to ask questions of, seek clarification from and offer suggestions to any treatment team member. Advocates must stand up for their own rights as well as the rights of their client family members. It is by this example that many victim family members learn to stand up for their own rights. An advocate is courteous but firm, knowledgeable, creative, flexible, non-disruptive and assertive. When pushed, an advocate won't back down, but she won't create a scene either. Above all, an advocate will respect the wishes and decisions of the client family member, rather than push their own agenda on any family member.

• An advocate is knowledgeable about every area relevant to a CPS intervention. The fact that a self-professed `advocate' has been through the CPS wringer does not qualify him or her to be an advocate. They must either receive appropriate training or have done the research themselves. The appropriate training is only offered by the American Family Advocacy Center - and very few have obtained the complete training available. If your advocate chooses the research route, it must be ongoing and should, realistically, consist of at least five years of qualitative research as well as legal, administrative, policy, legislative and historical research. . . . AND, it must focus on what works, not what doesn't work. An advocate CANNOT have an open case pertaining to their own family!

• An advocate will not plagiarize or steal the intellectual property of any other advocate or activist in this movement, for profit or otherwise, without the express permission of the creator of that intellectual property; nor create conflict or strife between allies in this movement; nor consort or conspire with state agents to the detriment of any other legitimate advocate or activist or organization in this movement. They will not engage in self-aggrandizing conduct as this is detrimental to the integrity and efficacy of this movement. An advocate will respect the work and the appropriate peaceful and legal methods of other advocates and not undermine or harm their efforts

through action or inaction.

• An advocate will support the rights of other advocates in their practice, and the rights of all people as defined in common law, in the U. S. and state constitutions, case law, and statutes.

There is another emerging area which has been necessitated by the increasing aggressiveness of CPS agencies to seize children who have not been harmed by their parents. The American Family Advocacy Center has advised its readers and clients that there are appropriate circumstances under which a targeted family should flee impending intrusion by CPS agencies.

When a family decides to flee, there are certain host families who are willing to open their homes to these crisis families because of their commitment to protecting the integrity and rights of the family in this country. This is not unlike the underground railroad which was operated by Abolitionists prior to the Civil War. History does not record how many of the stations in the underground railroad were manned by wicked or unbalanced people who exploited or abused the runaway slaves. It is certain that the conductors of the underground railroad would not expose their passengers to such harmful people once they became aware of the danger. While the American Family Advocacy Center is not a participant in any underground railroad and has no knowledge of any safe houses or host families, we maintain an interest in the well being and safety of crisis families, and in those who would harm or exploit them. It is by this mechanism that certain so-called `advocates' true characters are being exposed. Like the conductors of the Abolitionist underground railroad, I cannot, in good conscience, expose crisis families to the dangers presented by unworthy advocates, activists and host families. It is for this reason that I post this warning.

Before I begin naming names, I want readers to be assured that a complete and thorough investigation has been conducted by myself and my associates into the activities of the persons listed below. However, this is not a court of law, and we are not bound to observe any laws or rules that have been devised for court procedures. Documentation is not available upon request, it must be reserved for any threatened or impending lawsuit that arises out of this warning. I have been threatened by certain of those named with defamation lawsuits. . .to which I say, truth is an absolute defense against defamation - and I will seek appropriate remedies from plaintiffs if I am dragged into court - including court costs and attorney fees for frivolous and vexatious litigation.

Some, particularly certain of those named below, would accuse me of being judge, jury and executioner. I have no objection to that. There is no body politic within this movement which has been designated to oversee the activities of Family Advocates, no board which certifies or licenses Family Advocates, and no standards of practice which have been devised or voted on other than those devised by the American Family Advocacy Center. This is all largely because the various factions of this movement will not unite under one umbrella - do you yet see the folly and foolish arrogance of refusing to join with other like- minded groups? Furthermore, there are so few adequately trained advocates, that hardly anyone is qualified to sit in judgement of the conduct of Family Advocates. Since I am the founder of the practice of Family Advocacy, and since I wrote the book on that practice, I will bear the responsibility of oversight - at least until the time that the various factions finally unite and obtain appropriate advocacy training. Any `advocates' who object are welcome to create a new designation for themselves and an entirely new practice for their activities in this arena.

Finally, there are certain self-professed `advocates' who staunchly support those named below. . . and in my opinion, they are as dangerous as those who are named for their conduct. I will also list their names as supporters. It is the recommendation of the American Family Advocacy Center that you steer clear of the following advocates for conduct which violates the aforementioned standards of family advocacy and which is detrimental to the integrity and efficacy of the Family Rights movement:

E. L. Ross (Executive Director, The Family Solidarity Coalition, Colorado Springs, Colorado) - Untrained as an advocate and lacking necessary knowledge and or skill. Theft of intellectual property, copyright infringement, failure to support the rights, work and methods of another advocate, self-aggrandizement, creation of division between advocates detrimental to the integrity and efficacy of this movement. Supporters include: Kate Fell (Parents With Rights) Colorado, Dianne Peck, Hilda Huber

Cheryl Barnes (CPS Watch) - Untrained as an advocate and lacking necessary knowledge and/or skill. Plagiarism/theft of intellectual property, self-aggrandizement, creation of division between advocates detrimental to the integrity and efficacy of this movement, obtained money for goods and/

or services which were never rendered to client. Supporters include: Eric von Kleist, Spartanburg, South Carolina; Desere' Clabo-Vandevender - http://www.familiesbestinterest.com; Roz McAllister; see CPSWatch site for other supporters.

Renee Cygan <pats01@a...(AKA Francine R Cygan) 2909 NW 100th Street, Branford, Florida, 32008. Owner and Founder of P.A.T.S. (Parents Against the System) - Untrained and thoroughly unqualified to advocate While acting as a host family, Renee victimized a crisis family by stealing their computer equipment, and case file documentation. cash and other property. She reportedly threatened physical violence against crisis family. Has admitted committing an act of physical violence against another woman relating to an alleged child protection incident. Reportedly attempted to deceitfully obtain guardianship of another person's child to raise as her own. Charges fees for research and advocacy. Reportedly solicited online and obtained donations of toys/clothing/ money for alleged abused child under false pretenses and reportedly did not distribute donations as promised. IMHO - Actions indicate this person is unreliable, dangerous and unstable. Supporters include: Roxy tigerlily_2000_dew@y... http://groups.yahoo.com/group/FIGHTDFSINMONTANA/

There are more unreliable or dangerous `advocates' out there, but time is short, and I am asking Leonard to post this warning on the AFRA (American Family Rights Association) website. Hopefully, we will be able to compile a complete list of these bad guys shortly. Please keep checking the AFRA website for updates.

--
Suzanne Shell
Director, American Family Advocacy Center
Author: Profane Justice
http://www.profane-justice.org

*Exhibit 8*

## NO RETALIATION

**From:** Leonard Henderson
**To:** AFRA_CenCom@yahoogroups.com
**Sent:** Saturday, August 20, 2005 10:19 PM
**Subject:** [AFRA_CenCom] NO Suzanne Shell and Brenda Swallow noise allowed here.

I wish to see absolutely nothing said or discussed on any of the AFRA groups about Suzanne Shell or the latest Brenda Swallow thing.

I am BEYOND DONE with the constant whirlwind of trouble that the mere mention of Suzanne Shell has caused over the years.

I absolutely want NONE of the latest soap opera to detract from AFRA's agenda.

We are not going to participate in any slime war in any way, shape, or form.

This cat fight can play out in a dark corner somewhere without an audience. We are NOT going to have anything to do with it. I am as serious as a heart attack.

**NO Suzanne Shell and Brenda Swallow noise allowed here.**

Leonard Henderson
American Family Rights Association
http://familyrightsassociation.com



## Shell advice on "fair use of a copyrighted work"

**Message #3317** of 17781
http://groups.yahoo.com/group/AFRA_CenCom/message/3317

Wed Mar 10, 2004 8:13 pm
**Suzanne Shell <dsshell@ix.netcom.com>**

Re: [AFRA_CenCom] Some AFRA business

Leonard - an affirmative defense to copyright infringement is "fair use."

107 of the Copyright Act of 1976, Article 17 of the United States Code. The Section reads in its entirety:

Notwithstanding the provisions of section 106, the fair use of a copyrighted work, including such use by reproduction in copies or phonorecords or by any other means specified by that section, **for purposes such as criticism, comment, news reporting, teaching (including multiple copies for classroom use)**, scholarship, or research, is not an infringement of copyright. In determining whether the use made of a work in any particular case is a fair use the factors to be considered shall include --

(1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;

(2) the nature of the copyrighted work; *(this means whether it is a 'creative' work or a data base type of property. If a minimum amount of creativity has gone into the work, it falls under creative and has stronger protections against abuses of fair use.)*

(3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and

(4) the effect of the use upon the potential market for or value of the copyrighted work.

Discussion
**Purpose and character.**
Section 107 specifically provides that under this factor we consider "whether [the] use is of a commercial nature or is for nonprofit educational purposes." 17 U.S.C. @ 107; see also Marcus v. Rowley, 695 F.2d 1171, 1175 (9th Cir. 1983). The Supreme Court has held that "commercial use of copyrighted material is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the copyright." Sony Corp., 464 U.S. at 451. Additionally, the Supreme Court has found that "the distinction between 'productive' and 'unproductive' uses may be helpful in calibrating the balance [of interests]." Id. at 455 n. 40. While both are significant considerations, neither of these is determinative.

**Your proposed use is for nonprofit educational purposes which favors a fair use finding**

Fair use is allowable if the material is transformed in some way. Transformative use - It has been argued that the essence of "character and purpose" is the transformative value, that is, productive use, of the secondary work compared to the original. District Court Judge Leval has noted that, "the use . . . must employ the quoted matter in a different manner or for a different purpose from the original. A quotation of copyrighted material that merely repackages or republishes the original is unlikely to pass the test." Leval, Toward a Fair Use Standard, 103 Harv. L. Rev. 1105, 1111 (1990) (suggesting a balancing between the justification for and the extent of the taking).

Most contested instances of copyright infringement are those in which the infringer has copied small portions, quotations or excerpts of works and represents them in another form, for example, a biography, criticism, news article or other commentary. See, e.g., Harper & Row v. Nation Enterprises, 471 U.S. 539, 85 L. Ed. 2d 588, 105 S. Ct. 2218 (1985); New Era Publications v. Carol Publishing, 904 F.2d 152, 14 U.S.P.Q.2D (BNA) 2030 (2d Cir.), cert. denied, 498 U.S. 921, 111 S. Ct. 297, 112 L. Ed. 2d 251 (1990); Salinger v. Random House, Inc., 811 F.2d 90 (2d Cir.), cert. denied, 484 U.S. 890, 108 S. Ct. 213, 98 L. Ed. 2d 177 (1987); Wright v. Warner Books, Inc., 748 F. Supp. 105, 16 U.S.P.Q.2D (BNA) 1356 (S.D.N.Y. 1990). See Pacific & Southern Co. v. Duncan, 744

F.2d 1490, 1496 (11th Cir.), cert. denied, 471 U.S. 1004, 105 S. Ct. 1867, 85 L. Ed. 2d 161 (1985) (finding infringement by a defendant who neither "analyze[d] . . . [nor] improve[d]" the work, noting that "the preamble to Section 107 indicate[s] [that] fair uses are those that contribute in some way to the public welfare.").

I would recommend that rather than presenting the unaltered test showing the most favorable answers is to conduct our own analysis of the questions (say by category?) and include a discussion of what the questions in each category looks like, what these questions are designed to uncover and provide the responses that would result in the most favorable results. This would constitute not only a significant transformation of the original work, but would also constitute an educational analysis for the purposes of contributing to the public welfare - specifically to prevent harm from the use of that product to persons who are subjected to the test against their wills.Under these circumstances, it would be much more difficult to claim infringement, especially if AFRA's finished product does not materially resemble the original property.

## Commericial use
"The crux of the profit/nonprofit distinction is not whether the sole motive of the use is monetary gain but whether the user stands to profit from exploitation of the copyrighted material without paying the customary price." Harper & Row, 471 U.S. at 562.

Courts' consideration of the profit factor usually arises because the alleged infringing work competes in the same market as the copyrighted work, thus making the "commerciality" more harmful to the copyright holder. See Marcus v. Rowley, 695 F.2d at 1175; Haberman v. Hustler Magazine, Inc., 626 F. Supp. 201, 211 (D. Mass. 1986). In cases in which a defendant is claiming fair use for a criticism, commentary or other scholarly research, the courts are more likely to find fair use under this factor. In New Era Publications v. Carol Publishing, 904 F.2d at 156, the Second Circuit found fair use under the character and use factor since the publication in suit was not an economic exploitation of the original work but a legitimate critical biography. In that case, a critic and biographer of L. Ron Hubbard and the Church of Scientology defended his use of quotes from 48 of Hubbard's works.

A potentially widespread use which was notably non-commercial has been held to be a fair use. In Sony Corp. v. Universal City Studios, 464 U.S. 417, 78 L. Ed. 2d 574, 104 S. Ct. 774 (1984), television viewers taped plaintiffs' television programs on home video recorders, doing nothing to enhance the program -- simply copying them in order to view them later. The Court decided this "time-shifting" was fair use and placed emphasis on the fact that the viewers were not selling their copies of these programs for profit.

If AFRA intends to provide this analysis free of charge, it will weigh greatly in favor of a fair use determination. However, if AFRA does charge for the analysis, it still does not presumptively precluded a fair use determination.

## The Nature of the Copyrighted Work.

The second factor concerns the nature of the copyrighted work. Courts generally hold that "the scope of fair use is greater with respect to factual than non-factual works." New Era Publications v. Carol Publishing Group, 904 F.2d at 157. Factual works, such as biographies, reviews, criticism and commentary, are believed to have a greater public value and, therefore, uses of them may be better tolerated by the copyright law. See Salinger v. Random House, Inc., 811 F.2d at 96. Works containing information in the public interest may require less protection. See Consumers Union v. General Signal Corp., 724 F.2d 1044, 1049 (2d Cir. 1983), cert. denied, 469 U.S. 823, 105 S. Ct. 100, 83 L. Ed. 2d 45, 224 U.S.P.Q. (BNA) 61 (1984). Fictional works, on the other hand, are often based closely on the author's subjective impressions and, therefore, require more protection. These are general rules of thumb.

## The MMPI is a factual work, favoring fair use.

## The Amount and Substantiality of the Portion Used.

"There are no absolute rules as to how much of a copyrighted work may be copied and still be considered a fair use." Maxtone-Graham v. Burtchaell, 803 F.2d 1253 (2d Cir.), cert. denied, 481 U.S. 1059, 107 S. Ct. 2201, 95 L. Ed. 2d 856 (1987). This third factor considers not only the percentage of the original used but also the "substantiality" of that portion to the whole of the work; that is, courts must evaluate the qualitative aspects as

well as the quantity of material copied. See New Era Publications Int'l v. Carol Publishing Group, 904 F.2d at 158. A short piece which is "the heart of" a work may not be fair use and a longer piece which is pedestrian in nature may be fair use. The balancing of the four factors must be complete, relying solely upon no one factor. The purpose of the use may be balanced against the amount and substantiality of the use. For example, "even substantial quotations might qualify as fair use in a review of a published work." See Harper & Row, 471 U.S. at 564-65.

Courts have found relatively small quantitative uses to be fair use. See, e.g., New Era Publications, 904 F.2d at 158 (court found as fair that defendant used a "minuscule" amount of 25 works: 5-6% of 12 works, 8% or more of 11 works "each of the 11 being only a few pages in length."); Iowa State University Research Found., Inc. v. Am. Broadcasting Cos., Inc., 621 F.2d at 61-62 (court found unfair copying of 8% of videotape never before broadcast); Maxtone-Graham, 803 F.2d at 1263 (inclusion of 4.3% of work was fair); Salinger, 811 F.2d at 98-99 (finding this factor weighed "heavily" in favor of Salinger, the court found no fair use of quotation and paraphrasing totalling one-third of 17 letters, and 10% of 42 letters); Harper & Row, 471 U.S. at 564-65 (the 300 copyrighted words appropriated to the Times article were an insubstantial portion of the work but "'essentially the heart of the book.'").

Additionally, "reference to a work's availability is appropriate." Wright v. Warner Books, Inc., 748 F. Supp. at 112. Therefore, longer portions copied from an out-of-print book may be fair use because the book is no longer available. (This has been thought to be true because, presumably, there is little market effect produced by the copying. However, plaintiffs in this case convincingly argue that damage to out-of-print works may in fact be greater since permissions fees may be the only income for authors and copyright owners.).

**This appears to apply to direct, unaltered passages from the work. Were AFRA to quote only portions of questions along with their analysis and recommendations, it would be easier to argue in favor of fair use. I suggest this because it appears that Pearsons will vigorously pursue copyright infringement, therefore careful crafting will make it more difficult for them.**

### The Effect of the Use on Potential Markets for or Value of the Copyrighted Work.

The fourth factor, market effect, also fails the defendant. This factor has been held to be "undoubtedly the single most important element of fair use." Harper & Row, 471 U.S. at 566. "To negate fair use one need only show that if the challenged use 'should become widespread, it would adversely affect the potential market for the copyrighted work.'" Id. at 568 (quoting Sony Corp., 464 U.S. at 451, emphasis added).

**This is the fun one. . .you betcha AFRA's use of the MMPI is intended to adversely affect the potential market for the copyrighted work. THAT is the goal. AFRA wants the MMPI completely discredited, and in an effort to accomplish that, proposes a widespread, coordinated education effort to skew the results of as many tests as possible in an identifiable and substantially similar manner. If these test results can be skewed in this manner, then the test itself is flawed and should be invalidated. However, this is not done for AFRA's profit, but for the general public welfare. Leonard's analysis of the harm caused to individuals who are compelled to take this test, can arguably justify discrediting this single copyrighted property. That creates a whole new legal theory. . .that the owner of a copyright is not entitled to government protection from using that property to expose that property to be abusive, invalid, fraudulent, speculative, prejudicial blah blah blah. That the use of that copyrighted property, substantially transformed, for non-profit analysis and education, to prevent misuses such as occur in CPS cases, even if deliberately intended to adversely affect the potential market for the copyrighted work, should constitute fair use.**

### Another affirmative defense COPYRIGHT MISUSE against Pearsons if they sue AFRA.

However, some courts have held that "misuse of a copyright, in violation of the antitrust laws, may be asserted as a defense in copyright infringement cases." United Telephone Co. of Missouri v. Johnson Pub. Co., 855 F.2d 604, 611 (8th Cir. 1988). The defense of patent misuse has been recognized as a defense to patent infringement if the patent is being used to restrain competition, particularly through "tying clauses" which require that, in order to get a license for one product, the purchaser must buy another also. See United States v. Loew's, Inc., 371 U.S. 38, 83 S. Ct. 97, 9 L. Ed. 2d 11 (1962); United States v. Paramount Pictures, Inc., 334 U.S. 131, 68 S. Ct. 915, 92 L. Ed. 1260 (1948); Morton Salt Co. v. G.S. Suppiger Co., 314 U.S. 488, 62 S. Ct. 402, 86 L. Ed. 363 (1942). Patent misuse doctrine is "an extension of the equitable doctrine of 'unclean hands' to the patent field."

U.S. Gypsum Co. v. National Gypsum Co., 352 U.S. 457, 77 S. Ct. 490, 1 L. Ed. 2d 465 (1957). Patent and copyright doctrine can be compared on this point.

It has proven difficult to convince courts of the misuse defense. In CBS v. American Society of Composers, 400 F. Supp. 737 (S.D.N.Y. 1975), CBS defended a copyright infringement claim by assailing ASCAP's and BMI's blanket licensing arrangements as copyright misuse. The court held that CBS failed to prove copyright misuse because it did not show that the defendants had "refused or would refuse to license their compositions . . . or [had] otherwise used their collective leverage to compel CBS to license rights to music which it did not wish to license." 400 F. Supp. at 782. In F.E.L. Publications, Ltd. v. Catholic Bishop, 506 F. Supp. 1127 (N.D. Ill. 1981), rev'd on other grounds, 214 U.S.P.Q. (BNA) 409 (7th Cir.), cert. denied, 459 U.S. 859, 74 L. Ed. 2d 113, 103 S. Ct. 131 (1982), the Circuit Court reversed the District Court and held that plaintiff's licensing agreement, which required licensees to pay for all 1,400 songs in its hymnal regardless of how many songs were actually copied, was no violation of the Sherman Act. Id. at 413-16. In United Telephone, supra, defendant increased its licensing fee 500% to 49 cents, but only after it had offered plaintiff the opportunity to license its telephone listings at 10 cents per entry. The court denied defendant's copyright misuse defense since defendant initially had been offered the lower price and because defendant had not shown that plaintiff's telephone list was a monopoly since defendant could canvass the city and develop its own list. 855 F.2d at 612.

**Can AFRA go to another source to obtain this information? No, the MMPI is the instrument of oppression which is AFRA's focus, and there is a single source for this information. Will Pearson's grand AFRA a license? Would the terms of this license effectively prevent AFRA from using this property in the manner it intends to? Should AFRA attempt to obtain the license to use this property for non-profit educational services? If AFRA cannot obtain the license granting the use it requires, would that weigh in AFRA's favor?**

I think this is a front burner issue - destroy the weapons they use against the parents, discredit them in the process - huge psychological defeat and a public relations nightmare for CPS and courts. . .before the fix was discovered, it might prevent a lot of parents from losing their kids. When it was discovered, it would throw a lot of courts and cps vultures into a complete tizzy. It would help us tear down every altar to psychology that CPS worships at and we could fight to keep all that psychobabble voodoo out of the courts. Psychobabble is too subjective and too flawed to be even considered for evidentiary purposes in all but the most extreme and objectively measurable conditions. Courts and juries are too influenced by the complicated incantations to even consider giving it the proper evidentiary weight, therefore, it must be excluded as too imperfect and too prejudical. This is a right step toward that process.

-- Suzanne Shell
Director, American Family Advocacy Center
Author: Profane Justice
http://www.profane-justice.org

---

Message #3307 of 17781
http://groups.yahoo.com/group/AFRA_CenCom/message/3307

Wed Mar 10, 2004 5:54 pm
"Leonard Henderson" <Leonard@oregonfamilyrights.com>

Tracey Sheehan, Intellectual Property and Contracts, Pearson Assessments seems to have the job of checking the Search Engines for mentions of the MMPI or the test questions. I removed the actual 567 test questions per her complaint last month...

We also found a rough shareware program to score the test. But it IS rough. We need someone with programming experience to hook it all together into a self-contained package.

Yesterday, we received a new complaint about my LINKS to COPIES of sites that had a few test

question on them.

So I checked it out with Hession and he felt we were probably on solid ground, but I decided to just pull the "infringing material" because "intellectual copyright" is not the fight I want with them.

It appears to me that Pearson Assessments may well be one of the snakes in the "Medusa Head" of the corruption in America. They can't be oblivious to the abusive way their tests are being used. What else ARE they used for?

Imagine- having a product that people are FORCED to buy under extreme threat- which is then used to carry out the threat anyway. That's why the Fifth Amendment was created.

I want to stuff the MMPI and every other psych test up the fascist monster's national ass. This is not American Liberty.

This is the fight we want- We believe the MMPI is routinely and UNCONSTITUTIONALLY ordered, which violates our Fifth Amendment Right against self-incrimination.

THIS IS NOT a "front burner" project at this time. I am tossing it out for you guys to mull over.

Don't miss the Rent-A-Center story. There has **already been precedent set and a settlement of $2 Million** over the use of their test as a condition of employment. How much worse is it that their tests are used as a guise to DESTROY people's lives?

**Are we now powerful enough to kick Pearson Assessment's ass over the way their tests are being used?**

It could be a major case. And winnable, I think.

**Do we want to?** Or do we attack differently someplace else? It's not as if there aren't plenty of things, places, and persons that need to be exposed as the frauds they are.

Let's talk about it.

Leonard



**Shell's Introduction Letter to join Child Protection Reform yahoogroup**

**Message #4968** of 5024
http://groups.yahoo.com/group/FamilyRightsAdvocacyIMPROVEMENTProject/message/4968

Sat Oct 4, 2008 12:37 pm
**"Suzanne Shell"** <dsshell@...>

<message snipped due to being irrelative>

Forwarded Message-

| | |
|---|---|
| Rrom | Suzanne Shell <dsshell@...> |
| to | childprotectionreform@yahoogroups.com |
| date | Fri, Sep 12, 2008 at 2:55 PM |
| subject | Introduction requested by moderators |
| mailed-by | wildblue.net |

I will offer a bit of background as requested by the moderators, but it is really only bare bones.

I have a business college degree in computer programming and accounting. I graduated in 1985.[1]

I have been involved with this issue since 1991. My son was taken into foster care for a spanking that left no marks. He was returned after 4 days, and DHS never filed a dependency petition against me. My husband was charged with assault for the spanking, went to criminal trial and was acquitted. Our story was featured on a CBS Evening News Eye on America report about false accusations of child abuse in 1992.

I published my web site (www.profane-justice.org) in 1996. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓. My first book came out in 1997. I have written and published three books and am working on three more. I devised and published virtually all of the strategies forwarded and used by families and advocates.

I was a co-founder of AFRA, along with Leonard Henderson and Nev Moore in 2002. I elected to remain in the background. Leonard and Nev were on the initial board of directors of AFRA. **I left AFRA in 2005** after trying for a year and a half to resolve certain disputes without success. I thought it was important to exclude the growing number of proven psychos, whackadoodles and con artists from having a leadership or spokesperson role and to focus on quality and credibility. Leonard thought the more numbers the better, focusing on quantity to achieve a mythical "critical mass." While I disagreed on this approach, I felt that my organization (AFAC - America Family Advocacy Center) and AFRA could complement each other and the movement could be stronger for that diversity. Leonard disagreed on co-existence and since I would not abandon my agenda to conform with his agenda, and since many of the best and brightest also left AFRA because they disagreed *inter alia* with Leonard's position, I posed a threat to AFRA and had to be "dealt with." I am not one who will be "dealt with" nor compromise my principles and I won't apologize for that intransigence.

My training programs have been accredited in 5 states for Continuing Legal Education targeted at attorneys and judges who work in the arena of child welfare. I have a network of attorneys and judges who are sympathetic to our position across the country. I also provide support and training to credible groups in various states. The most important work in this arena is not being done online. . .it is being done in the real world.

I have had several lawsuits associated with my activism and advocacy and writings. I have won some of my cases pro se.

I have been involved in getting laws changed in several states, including the first law passed in the country mandating that family members have a right to a trained family rights advocate during a dependency case (in Hawaii).

Finally, I firmly believe that if one takes issue with someone else, that they should address their concerns directly to the person involved, rather than rely on innuendo, rumors, hearsay, bias or imagination. In keeping with that principle, I always give a person the opportunity to make their own first impression. In a perfect world, I would be granted the same opportunity, however, we all know it's not a perfect world.

Suzanne Shell
Author, *Profane Justice: A Comprehensive Guide to Asserting Your Parental Rights*
www.profane-justice.org

1

*(So for all those know-it-all wise-guys out there claiming that I know all the technical ins and outs about web sites, HTML programming and robts.txt and any other Internet computer geek stuff, (including how to hack into anyone else's computer or accounts) you were wrong. In fact, there was only ONE reporter who ever had the brains to ask me about that during all the interviews that came out of the Internet Archive Case. . .a journalism STUDENT in New York, and he 'got it.' . . There was NO Internet when I graduated at the top of my class in 1985, at least not one that was usable or accessible by the common person. Heck, a desktop computer cost over $3000 (sans printer and monochromatic monitor (amber or green)) at that time and they were sold mostly by Radio Shack (TRS 80) or IBM, and dialing up meant you had to put the phone receiver into the modem cradle that was attached to the computer by a serial cable but you could only call another computer directly and a 49 Megabyte hard drive was practically the biggest they made.*

*I programmed business mainframes for point-of-sale and accounting programs- - -in COBOL and FORTRAN. . .and was a kick-@$$ debugger and wrote technical manuals and user manuals. . .sheesh. Don't you\* feel stupid, now?)*
*\* - "you" means the generic you, the general public, not referring to any specific person except those who chose to advertise that I am an Internet computer genius. I'm not.*

**TRANSLATION-**

Our story was featured on a CBS Evening News Eye on America report about false accusations of child abuse in 1992. **I would like to see that video. If it really happened.**

I published my web site (www.profane-justice.org) in 1996. ~~█████████████████████~~ ~~█████~~. **Except Bad Advocates- See her Copyright Registration.** My first book came out in 1997. I have written and published three books and am working on three more. **Which she will self-publish and sell 10 copies of.** I devised and published virtually all of the strategies forwarded and used by families and advocates. **Except for the strategies of Pamela Gaston, Roger Weidner, Nev Moore and others.**

I was a co-founder of AFRA, along with Leonard Henderson and Nev Moore in 2002. I elected to remain in the background. Leonard and Nev were on the initial board of directors of AFRA. **I left AFRA in 2005** after trying for a year and a half to resolve certain disputes without success. **(after CAUSING certain disputes with great success)**. I thought it was important to exclude the growing number of proven psychos, whackadoodles and con artists from having a leadership or spokesperson role and to focus on quality and credibility. **She wanted to be boss, judge, jury, and executioner.** Leonard thought the more numbers the better, focusing on quantity to achieve a mythical "critical mass." While I disagreed on this approach, I felt that my organization (AFAC - America Family Advocacy Center) and AFRA could complement each other and the movement could be stronger for that diversity. **(She thought AFRA would provide lots of book sales and seminars for her)**. Leonard disagreed on co-existence **with the Bad Advocates List** and since I would not abandon my agenda **(Bad Advocates List)** to conform with his agenda, **(freedom of association)** and since many of the best and brightest **(Shell and her two double-agents Gregory Hession and Kay Henson)** also left AFRA because they disagreed *inter alia* **(she loves those words because it's such a smart way to say "among others")** with Leonard's position, **(not letting her be queen of the universe)** I posed a threat to AFRA **(and humanity)** and had to be "dealt with." **(kicked out)** I am not one who will be "dealt with" nor compromise my principles and I won't apologize for that intransigence. **(which pointless obstinacy was the problem)**

My training programs have been accredited **(I have never seen the proof of this claim)** in 5 states **(but we "committed torts against her" in Colorado?)** for Continuing Legal Education targeted at attorneys and judges **(does anybody believe that?)** who work in the arena of child welfare. I have a network of attorneys and judges **(?)** who are sympathetic to our position across the country. I also provide support and training to credible groups in various states. The most important work in this arena is not being done online. . .it is being done in the real world. **Not by her. See #4899 below**

I have had **(brought)** several **(frivolous and vexatious)** lawsuits associated with my activism and advocacy and writings. **(alleged copyright infringement)** I have won **(called it a draw)** some **(one)** of my cases pro se.

I have been involved in getting laws changed in several •**IIᥴ**•• states, including the first law passed in the country mandating that family members have a right to a trained family rights advocate during a dependency case (in Hawaii). **(which AFRA had a LOT to do with)**

Finally, I firmly believe that if one takes issue with someone else, that they should address their concerns directly to the person involved, rather than rely on innuendo, rumors, hearsay, bias or imagination. **(she really can't hear herself)** In keeping with that principle, I always give a person the opportunity to make their own first impression. **(and the first impression she gets about people is?)** In a perfect world, I would be granted the same opportunity, however, we all know it's not a perfect world. **(with you in it)**

Suzanne Shell
Author, *Profane Justice: A Comprehensive Guide to Asserting Your Parental Rights*
www.profane-justice.org

1

*(So for all those know-it-all wise-guys out there claiming that I know all the technical ins and outs about web sites, HTML programming and robts.txt and any other Internet computer geek stuff, (including how to hack into anyone else's computer or accounts) you were wrong. In fact, there was only ONE reporter who ever had the brains to ask me about that during all the interviews that came out of the Internet Archive Case. . .a journalism STUDENT in New York, and he 'got it.' . . There was NO Internet when I graduated at the top of my class* **(really?)** *in 1985, at least not one that was usable or accessible by the common person. Heck, a desktop computer cost over $3000 (sans printer and monochromatic monitor (amber or green)) at that time and they were sold mostly by Radio Shack (TRS 80)* **(1977-1981)** *or IBM,* **(XT- 1983)** *and dialing up meant you had to put the phone receiver into the modem cradle that was attached to the computer by a serial cable but you could only call another computer directly and a 49 Megabyte hard drive was practically the biggest they made.* **(by 1990)**
*I programmed business mainframes for point-of-sale and accounting programs- - -in COBOL and FORTRAN. . .and was a kick-@$$ debugger and wrote technical manuals and user manuals. . .sheesh. Don't you\* feel stupid, now?)* **(Do you?)**
*\* - "you" means the generic you, the general public, not referring to any specific person except those who chose to advertise that I am an Internet computer genius. I'm not.* **(I didn't)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Message #4899 of 5024**

**http://groups.yahoo.com/group/FamilyRightsAdvocacyIMPROVEMENTProject/message /4899**

**Thu May 15, 2008 11:11 am**
**"Suzanne Shell" <dsshell@...>**

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████and withheld
my information from dissemination to give the other groups who think they can do the same
thing that American Family Advocacy Center (AFAC) and Family Rights Advocacy Institute do
the opportunity to do it without competition from any of us.

That isn't to say that I haven't received requests for help. I have. I simply ask why they didn't
seek aid from any of the other groups out there. They did seek help, and were dissatisfied with
what was offered. AFRA and CPS Watch didn't get back to them, or wanted money, or didn't

**know what they were talking about.**

**Let's see what has occurred in the past two years:**
- Virtually all online groups have been very inactive. Nobody is talking or sharing information any more.
- Nobody has published anything new or innovative or effective which was not derived from my published and unpublished works.
- AFRA has split into factions, each faction backbiting the other.
- CPS Watch has further fractionalized any unity. After 11 years of fighting CPS, Cheryl Barnes still hasn't learned how to avoid CPS intervention and criminal charges in her own life.
- The grassroots family rights movement is dead. Nothing has happened legislatively, or in the courts, which AFAC and FRAI was not a participant in.
- People are reinventing the wheel, and none of the new inventions are getting the job done.
- The sheer numbers of aggrieved people willing to participate has declined dramatically, mostly out of fear and distrust of those who profess to be leading this movement.
- There is no leadership, no vision, no plan, just a bunch of finger-pointing crybabies blaming everyone else for their own failures. Nothing has evolved to take the place of AFAC and FRAI.
- CPS interventions have gotten bolder, more abusive and more numerous while the presence of credible family rights activism has grown correspondingly less influential.

**Conclusion**. . .not only has Leonard Henderson and Bill Tower destroyed AFRA, they destroyed everything that had been built up long before they appeared on the scene.

How can that be? I thought Barnes and Henderson and Tower and all the other STM's knew everything we knew? I thought they said they could do it as good as we could do it? I thought they could write the books, and give the training and and pass the laws and advocate?

I gave them their chance to shine. Why didn't they?

Anyone?

Suzanne

Exhibit 11

**Message #4899 of 5024**

http://groups.yahoo.com/group/FamilyRightsAdvocacyIMPROVEMENTProject/message/4899

Thu May 15, 2008 11:11 am
"Suzanne Shell" <dsshell@...>

This group has been in operation for 2 years, now. It hardly seems that long, does it?

During that time, I have refrained from any participation in advocacy or training and withheld my information from dissemination to give the other groups who think they can do the same thing that American Family Advocacy Center (AFAC) and Family Rights Advocacy Institute do the opportunity to do it without competition from any of us.

That isn't to say that I haven't received requests for help. I have. I simply ask why they didn't seek aid from any of the other groups out there. They did seek help, and were dissatisfied with what was offered. AFRA and CPS Watch didn't get back to them, or wanted money, or didn't know what they were talking about.

Let's see what has occurred in the past two years:

- Virtually all online groups have been very inactive. Nobody is talking or sharing information any more.
- Nobody has published anything new or innovative or effective which was not derived from my published and unpublished works.
- AFRA has split into factions, each faction backbiting the other.
- CPS Watch has further fractionalized any unity. After 11 years of fighting CPS, Cheryl Barnes still hasn't learned how to avoid CPS intervention and criminal charges in her own life.
- The grassroots family rights movement is dead. Nothing has happened legislatively, or in the courts, which AFAC and FRAI was not a participant in.
- People are reinventing the wheel, and none of the new inventions are getting the job done.
- The sheer numbers of aggrieved people willing to participate has declined dramatically, mostly out of fear and distrust of those who profess to be leading this movement.
- There is no leadership, no vision, no plan, just a bunch of finger-pointing crybabies blaming everyone else for their own failures. Nothing has evolved to take the place of AFAC and FRAI.
- CPS interventions have gotten bolder, more abusive and more numerous while the presence of credible family rights activism has grown correspondingly less influential.

**Conclusion.** . .not only has Leonard Henderson and Bill Tower destroyed AFRA, they destroyed everything that had been built up long before they appeared on the scene.

How can that be? I thought Barnes and Henderson and Tower and all the other STM's knew everything we knew? I thought they said they could do it as good as we could do it? I thought they could write the books, and give the training and and pass the laws and advocate?

I gave them their chance to shine.
Why didn't they?

Anyone?
Suzanne

**Exhibit 12**

Screen Shot of Shell's profane-justice.org website on May 2, 2004

Please note the defaced "Proud Member of AFRA logo" that says "UNSUPPORTED" across it diagonally, and the verbiage above it-

*"Disclaimer: While a member of AFRA, AFAC does not enjoy the support of AFRA due to AFAC's uncompromising 'controversial' stand on exposing unethical and incompetent self-professed 'advocates'."*



Exhibit 13

# *Beyond Contempt*

**The child-protection system wants to shut down family-rights activist Suzanne Shell. And vice versa.**
By Alan Prendergast
Published on February 10, 2005
© 2009 Village Voice Media All rights reserved.

Suzanne Shell raises chickens in rural El Paso County. It's not the world's most exciting job, but Shell's other pursuits -- which include working as an author, journalist and documentary producer, running a contentious website called ProfaneJustice.org, offering her services as an expert consultant to parents accused of abusing and neglecting their children, and generally raising hell as a prime mover in the family-advocacy movement -- manage to keep things interesting



The child-protection system wants to shut down family-rights activist Suzanne Shell. And vice versa.

Mark Manger



Ruffled feathers: When Suzanne Shell isn't tending to the poultry on her farm in eastern El Paso County, she conducts seminars in parental rights around the country.

Shell's efforts to serve as an advocate for parents in what are known as D&N cases -- dependency-and-neglect investigations, in which allegations of child abuse can lead to a child's placement in foster care and even termination of parental rights -- have ruffled feathers in social-service agencies across the state. Some desperate parents see her as their only hope for justice in an epic battle against a cruel and indifferent system. But many attorneys and child-protection professionals regard her as a divisive meddler who does more harm than good.

"I am this amazing, powerful woman who can walk into a courtroom and hurt a case just by being there," Shell says sarcastically. "They're obstructing me every step of the way. The first time I walked into the courthouse in Lincoln County a year and a half ago -- I had never been there before in my life -- they knew who I was. And I was shut down immediately."

"I've seen her thrown out of a courtroom where she was sitting quietly in the gallery doing nothing," says Lisa Byrne, a Teller County woman whom Shell assisted in an abuse investigation. "You know what she did for me? She went with me to the courthouse. The county attorney peed down his leg when she walked around the corner. I felt like a million bucks."

Lawyers who've gone up against Shell say she can hurt, rather than help, her own clients. "Suzanne's involvement helps me," notes Rocco Meconi, a Cañon City attorney who represents the Fremont County Department of Human Services in D&N cases. "I get paid on an hourly basis. When she's involved, we always have contested hearings, and I make a ton of money. But it doesn't help the families or the kids."

Shell's fights in Fremont County have led to a more prolonged tour of the state's justice system than she bargained for. Four years ago, after complaints from Meconi and other county officials, the Colorado Supreme Court's Office of Attorney Regulation Counsel launched an investigation of Shell for allegedly practicing law without a license. The case was settled with Shell signing a stipulation, in which she admitted providing legal advice to parents and drafting legal documents for them and agreed not to do so in the future. But her subsequent tussles with what she calls the "child savers" in the county -- in particular, her involvement in two D&N cases in which questions have been raised about the mental capacity of the mothers who enlisted Shell's help --

landed her in deeper trouble.

In March 2004, the Supreme Court cited Shell for contempt of court, alleging that she'd ignored the court's 2001 order to stop unauthorized lawyering. Last month she presented her defense before presiding disciplinary judge William Lucero, who's expected to make a recommendation on the case to the state's highest judges in a few weeks. If she's found guilty, Shell could face thousands of dollars in fines and possible jail time.

*"We don't care what people like Ms. Shell believe about anything, as long as they don't press that belief and representation onto someone,"* says John Gleason, who heads the Colorado Supreme Court's attorney regulators. ***"The insidious nature of the harm is what we're worried about. She's attracted to people who are the most vulnerable, people who are in some horrible life situation."***

Shell argues that the contempt action is part of **an ongoing campaign by judges, attorneys and the child-protection system to violate her rights, thwart her journalistic efforts to expose the system's excesses, and smash the growing family-advocacy movement,** in which **she's emerged as a national figure.** (Thanks to AFRA) It's a clash of values, she says, one that pits those who believe fiercely in parental rights against a powerful and arrogant bureaucracy that destroys struggling families.

*"My goal is to influence the way society thinks about these issues and to bring us back to a semblance of sanity,"* she says. *"The only way we're going to see change is if pressure is put on the system by the public in a large way."*

Shell's lawyer, Paul Grant, views her case as a critical test of the constitutional rights -- and limits -- of web-based court activists. *"The idea that outside advocates want to help consumers deal with lawyers and judges is a threat to the system as it stands,"* he says. ***"There's going to be more and more of this self-help, people going outside the system to find resources, because the Internet is such a powerful source of information.*** And that's going to break down the walls somewhat of a closed profession. A lot of lawyers won't like it, but the world changes.

*"This is the carriage-maker trying to protect his profession against the automobile industry. It's a fruitless exercise. But Suzanne Shell is caught in the middle. She's kind of a pioneer."*

In 1974, when Suzanne Shell was seventeen years old, her father punched her in the face.



**Mark Manger**

A seminar session last week in Denver.



**John Johnston**

Information, please: Attorney Paul Grant views Shell as an Internet pioneer.

It was an isolated event, but it had a profound effect on her life. Her family was investigated; despite being a straight-A student, a cheerleader and a member of the marching band at her Minnesota high school, she was labeled an "out-of-control teenager" and placed in a foster home for her entire senior year.

Compared to the horror stories of abuse and neglect in foster care that she's collected over the past decade, Shell's brush with the child-protection system was relatively benign. *"I was in a very good foster home,"* she says. *"Still, I was nothing more than a live-in babysitter and housekeeper. And it disturbed me how the social worker and my foster parents would speak so badly about my father. That incident didn't define who he was as a father, but they felt the need to constantly undermine my relationship with him."*

Shell went on to marry, have two sons, divorce and remarry. (At seventeen, she also gave birth to a daughter that she gave up for adoption.) In 1991, after moving to Colorado, she had an even more traumatic encounter with social services when her oldest son, Jacob, accused her second husband of child abuse. Dennis Shell had spanked his thirteen-year-old stepson with a martinet, a kind of cat-o'-nine-tails with leather straps, after an argument during which the boy yelled at him. The couple was living in Elizabeth at the time, and Elbert County officials temporarily placed Jacob in foster care.

Shell says she witnessed the spanking, which was Jacob's first in nearly a year. *"I didn't feel eight swats were excessive, given his age, his size, and his offense,"* she writes in her self-published book, **Profane Justice: A Comprehensive Guide to Asserting Your Parental Rights**. *"It was part of our clearly defined plan for discipline.... Frankly, if Dennis hadn't spanked him, I would have. He deserved it."*

Dennis Shell took his case to trial and was acquitted. Jacob eventually went to live with his father. Three years later, Shell's youngest son also made what she calls "false accusations" of abuse and moved in with his father. Neither child ended up in the custody of the state, but Shell blames "the corrupt child-protection system" for the loss of her children.

*"Rather than breaking me, these trials have made me strong,"* she writes in her book. *"I have been called to use this strength to break the profane system that destroys God's righteous families and subverts parental authority over their children."*

Although her husband was acquitted, the abuse case cost the couple thousands in legal fees. Shell put an ad in the local newspaper, seeking other parents who'd had similar experiences. She compiled interviews, went online and visited libraries to research the law and find out what options parents had when they felt they were unjustly accused. *"After five years, I had a lot of the answers for what people could do to defend themselves,"* she says. *"I didn't know what to do with it, so I wrote a book."*

Shell wrote a slim version of *Profane Justice* in two weeks in 1997. *(The second edition, published in 2001, weighs in at just under 600 pages.)* She set up a website loaded with legal information and sample pleadings and began exchanging information with family-rights groups around the country. She started her own group, the American Family Advocacy Center, which she describes as *"a network of people around the country who want to take advantage of the training I have to offer."* Soon she began conducting seminars and accepting invitations to speak at conferences.

**She also began to offer her services, free of charge**, as a consultant to parents enmeshed in the court system, videotaping many of their stories for what she hopes will be a documentary series exposing the excesses of the child savers. **So far, this has not proven to be a lucrative career move.**

*"I don't make enough money to pay the costs of printing my books and mailing them out,"* she says. *"When I go to seminars, I tell people to pay for my hotel and travel up front -- and they often don't, and I end up in the hole from that, too."*

Many journalists would consider Shell's dual roles as family advocate and documentary producer as a conflict of interest, but she regards them as complementary activities in her crusade. She believes that child-protection workers often exaggerate abuse claims and that official transcripts are sometimes edited to suit the officials involved, so she's developed almost a mania for documenting and recording as much as possible; she even persuaded Judge Lucero to allow her husband to videotape her contempt-of-court hearing. Most courts don't allow recording devices, but in *Profane Justice*, Shell urges parents to tape every D&N hearing, even if they have to do so secretly.

Her camera has been a source of controversy in courthouses and capitol buildings. Two years ago, while covering a spanking case in Wisconsin, Shell ran afoul of a sheriff's deputy who didn't want her shooting in the Walworth County Courthouse. Shell insisted that she had permission to videotape in public areas; the dispute ended with the deputy arresting her for "obstructing an officer." The charge was later dismissed. Other unhappy encounters in court hallways over Shell's video work have prompted her to seek an escort by deputies in some jurisdictions, including El Paso County.



Mark Manger

Christine Korn made use of Shell's website in defending her daughter's case.

*"I'm tired of getting kicked out of courtrooms and being accused of causing a disturbance,"* she says.

Her tapes are important, she adds, because she's not the only one making a record. She claims to have been followed by a tag team of police cars on drives into Colorado Springs. She's convinced that unknown forces were tapping her phones for a time, with or without a warrant. Since the courts began pursuing her over her alleged unauthorized practice of law, even cries in the night from parents desperate for guidance are not above suspicion.

*"I presume that when people call me asking me for help, it's a trap,"* she says. ***"Every phone call that goes in or out of my house is recorded."***

Colorado's Office of Attorney Regulation Counsel receives eighty to a hundred complaints a year concerning the unauthorized practice of law (UPL). That's about 4,900 fewer complaints than it receives about lawyers behaving badly.

Most UPL reports concern immigration consultants who bilk new arrivals of their wages with promises of a green card, "estate experts" who mess up elderly clients' wills and trusts, or document-preparation companies that have gone from selling legal forms to improperly offering legal advice.

Last year, with a budget of $3,500 devoted to such cases, the office completed seventy UPL investigations. Thirty complaints were dismissed. Fourteen were settled with a strong cautionary letter, another fourteen with informal agreements. In ten cases, the office sought an injunction.

Only two were deemed serious enough to merit contempt proceedings; one was the case of Suzanne Shell.

Hearings in attorney disciplinary matters are held in a small courtroom in an office building in downtown Denver. The room is usually sparsely populated by errant attorneys and *their* attorneys, but for the Shell matter, it was packed with her supporters.

They included Lisa Byrne, the woman from Teller County who'd sought Shell's aid in a complicated abuse investigation; a young man named Robert who was planning a public rally of mad-as-hell fathers, which would involve dressing up in fright wigs to demonstrate "how the family court system has turned us into clowns"; Linda Sanders, a paralegal who'd authored her own attack on the courts, *Exposed! Tyranny on the Bench in Colorado*; and Christine Korn, a Penrose woman whose daughter and granddaughter are at the center of one of the D&N cases that triggered the contempt charge against Shell.

It's not often that subjects of the Supreme Court's wrath show up with their own entourage, but then, little about the Shell case is typical. Her defenders were outraged that she was on trial rather than the attorneys and social-service types she defies. After the hearing ended, they were eager to offer testimonials, to explain how Shell had provided aid and advocacy when the system was bearing down on them and their own attorneys were ignoring them -- and how she avoided crossing over the line into unlicensed lawyering herself.

"Suzanne did nothing in our case," says Korn, who testified on Shell's behalf. "All she did was say, 'Here are the resources, here's where you can look for the answers in the law.'"

"I was a single parent with six kids, fighting social services, my ex-husband, his family and all their attorneys," says Byrne. "And I won. I went through two treatment plans, two psychological evaluations -- whatever I had to do to get my kids back. I tap-danced faster than you can imagine. I'm a bright woman; I can write my own stuff. But Suzanne was there to offer support."

Parents who are in fear of losing their children, Byrne explains, will often agree to almost anything. "It's terribly emotional, and that's why people like Suzanne are important," she says. "She has the ability to be detached from the emotional aspect of it and focus on what matters. You need someone who can give you information and hope."

Yet the kind of information Shell peddles has its own emotional wallop. *Profane Justice* is less a sober guide to dealing with the courts than it is a declaration of war, a take-no-prisoners guide to guerrilla tactics for God's righteous families. Although it starts with a disclaimer that the author in no way endorses child abuse, the book quickly asserts that most D&N actions are unwarranted or overblown; they are, in Shell's view, gestapo-like intrusions into family life that mistake poverty for neglect and disrupt the parents' ability to discipline their children as they see fit.

"Parental rights should only be terminated if there is credible evidence that the parents have measurably harmed the child, physically or mentally," Shell says. "I'm talking a serious injury. The bond should not be casually severed. This is a death penalty for the family."

The pro-spanking, home-schooling, families-first forces have won their share of victories over the years, but Shell believes that the child-protection "racket" is heavily stacked against parents -- particularly since the passage of the **Adoption and Safe Families Act**, federal legislation enacted in the late 1990s that made child safety a greater priority for child-welfare agencies than family preservation.

"The system is set up to offer financial incentives for removing children from homes, and also for

terminating parental rights and adoption," Shell says. *"The money is there for putting the child in foster care, but the money is not there for providing in-home services."*

Shell urges her readers not to cooperate with the child-protection system at any level. Don't let social workers into your home if you can help it. Don't talk to any investigators without a lawyer. Don't sign any releases that will allow them access to confidential medical information. If you must send your children to a public school, teach them to be wary of nosy teachers and buttinsky counselors. (Shell has also written a children's book, *Knowing My Rules: Who Do I Trust?*, that "empowers them to be safe while being questioned.") If you see a child whom you suspect of being neglected or abused, you probably shouldn't report it, Shell suggests, since the kid could be victimized further in foster care; instead, try to help the child and the family in any way you can.

Tape everything. If it looks like the brutes might try to remove your precious dumplings from the home, hide them. If they snatch Junior anyway, plant a bug in his teddy bear so you can monitor what goes on in the foster home. And, as the case lurches toward trial, raise a barrage of constitutional issues.

The vast majority of D&N cases are resolved long before trial. A child's temporary removal from the home by law enforcement triggers a hearing and a petition to the court to determine if the child has been abused or neglected; typically, the accused parent agrees to a treatment plan that is supposed to lead to the family's reunification. Shell's approach throws a monkey wrench into the machinery, demanding jury trials and resisting the state's efforts to monitor what goes on in the home.

*"They just crank these through,"* Shell says. *"In 2000, there were nearly 3,000 D&N petitions filed in the state of Colorado and fewer than ten jury trials. What do you think would happen if everyone insisted on their right to a trial?"*

Shell's crusade has a kind of quixotic appeal among accused parents, but they're not its only admirers. Last spring she was a guest of the Hawaiian legislature, the first state body to pass a law endorsing the use of family advocates in court hearings. In Colorado, though, she's had a much rougher reception. Her opponents say her brand of advocacy drags out the painful process of a D&N case, turns the entire proceeding into a hopelessly adversarial one and can end up depriving parents of their children.

**"I don't think I've ever had a case where she's been involved where we have not ended up terminating parental rights,"** says Rocco Meconi, Shell's nemesis in Fremont County.

Meconi has tangled with other self-proclaimed family advocates, and the results are always the same. *"All these groups take the same tack: The department is bad, the courts are corrupt, the attorneys are inept, the children should be home, regardless,"* he says. *"We've had lots of cases where people like Suzanne Shell get involved, and they harden the positions to such an extent that there's no degree of trust or cooperation. Yet these cases are often so clear and extreme that when people deny things, we just move for summary judgment. The facts are not in dispute, and they're horrific."*

And Shell's claim that most abuse cases are exaggerated?

*"That's garbage,"* he snaps. *"When I hear those kinds of comments -- and I do get that from legislators and reporters -- I say, Come look. Come with us. You'd be horrified. You'd want to know why we didn't pick up every child.' In the larger counties, Denver and El Paso, they hardly do anything unless it's incredibly egregious because they don't have the manpower. If we took on every case that warranted it, the system would be buried."*

Until a few years ago, Shell admits, she did provide legal advice and on occasion draft court documents for Colorado parents who'd sought her help. Her activities triggered complaints from the Fremont County Department of Human Services and its attorney, Meconi -- and drew a stinging rebuke from a district court judge, Julie Marshall, who ordered Shell not to have any contact with the children in one D&N case.

Shell insists that she never tried to contact the children, but simply delivered some school supplies in backpacks to their foster home. *"I had the camera going the whole time,"* she says. *"They called the police and said I'd dropped a bomb off at their door."*

After her first go-round with the Colorado Supreme Court over unauthorized practice of law in 2001, Shell redefined the limits of her advocacy. *"They spent a lot of time making me understand that I could not give case-specific legal advice, draft legal documents or tell people what documents to file,"* she says. *"So I changed my website. If you want my help now, your attorney has to be on board. If your attorney isn't on board, I won't help you. But I will film you if you want."*

Shell's current site requires parents to download and sign a document granting her power of attorney before she will provide services. The document doesn't give her a license to practice law -- the Supreme Court's regulators spent a lot of time explaining that to her, too -- but it does give her permission to videotape their stories and authorizes her to gain access to confidential court records and discuss the case with their lawyer. And that's exactly what she was trying to do, Shell says, in the two D&N cases that led to her contempt charge.

**In early 2003 Shell faxed a seven-page letter to Pueblo attorney Daniel Kender**, who represents many parents in D&N cases in Fremont County as a court-appointed counsel. Shell informed him that she was contacting him as the "agent" of one of his clients, a mother who was facing termination of parental rights after various alleged incidents of abuse and neglect of her daughter. **She then directed him to file various documents on his client's behalf, including something called "admissions."**

*"We have had great success using admissions in the past,"* she wrote. *"Of course, if you feel this is inappropriate, I am requesting that you contact me immediately to explain why and to offer another alternative."*

Kender assumed Shell meant a *request* for admissions, a tool for discovery that he'd never used in D&N cases because state agencies are required to make full disclosure of their case to the defense. **He ignored the letter and Shell's requests.**

*"I considered it spurious paperwork,"* Kender testified at Shell's contempt hearing. **"She did not have any reason to be involved in this case at all."**

**A few days later, Shell sent Kender another fax.** This one notified him that she'd been "engaged as an expert consultant" in another case he was handling. The client in the second case was also a mother whose daughter had been placed in a foster home; the mother, April, was developmentally disabled, and there had been recurring contacts with social services over the daughter's head lice and supposedly unsuitable living conditions.

**"You are hereby directed to treat any communication with me as privileged,"** Shell wrote. **"The best course for April's protection is if you were to consider me part of your legal team and hire me to assist you.... As long as you are providing a vigorous defense on April's behalf, you will not be charged any fees for my services.... Delays and failures to properly**

*prepare or respond will be considered ineffective assistance of counsel and malpractice."*

Again, **Shell directed Kender** to file a slew of court documents that *"will raise all relevant constitutional issues. This is not negotiable."*

Kender wasn't interested in hiring Shell as part of his legal team. He ignored that letter, too.

**Over the next few weeks, Kender was alarmed to learn of motions in both cases filed with the court without his knowledge. The motions listed him as the respondent's attorney but were signed by the mothers themselves. The documents challenged his competence, made questionable discovery demands and, in April's case, contained admissions that Kender regarded as tantamount to a "confession" of parental neglect, damaging her defense.**

**Meconi urged the court to throw out the odd documents, which he considered to be poorly written and inappropriate.** He knew **Kender hadn't prepared them**, and parents aren't allowed to represent themselves when they already have an attorney. He also had serious doubts that either mother had actually drafted the documents they'd signed. Another attorney in the case had described the first mother as having "significant mental problems," and Meconi regarded April as *"very limited, very malleable and easily influenced."* He'd seen similar documents on Shell's website and in other cases in which she'd become involved.

*"I saw this and said, 'Here we go again,'"* he recalled at Shell's hearing. *"It was clear to me that she'd become involved in these cases, as she had in others, and was acting in a way that was damaging to the families."*

The first mother, who was living in California, **ultimately lost her parental rights**. Kender **withdrew from April's case, citing Shell's interference.** Judge Marshall was so perturbed at the situation that she held hearings on the matter, questioning April closely about the meaning of the documents she'd filed. The judge concluded that April *"did not author any of these documents and, in fact, has somewhat limited understanding of what the documents are."*

Marshall issued an unusual ruling in the case, naming Shell as a "special respondent," subject to the judge's orders. She declared that Shell *"has essentially been providing legal advice"* to April's detriment and ordered her not to have any contact with April at all.

**Shell fought back in federal court, filing a lawsuit against Meconi, Kender, several employees of the Fremont County Department of Human Services and the county's district courts.** Among other claims, she argued that Marshall's broad order violated her constitutional right of **freedom of association**, as well as her right as a journalist to interview sources for her documentary. Joining her as co-plaintiff in the suit was April herself, who made a strident plea to retain her advocate: *"All the defendants have acted together, behind my back, to try to use the state laws to force me to stop using Suzanne Shell as an advocate."*

Neither woman was represented by an attorney in the federal case, which was dismissed early last year and is now being appealed.

Paul Grant, Shell's attorney in the contempt case, believes that Marshall's order was out of bounds. *"That's called making it up as we go,"* he says. *"The judge has no authority to ban all contact. If the mother had been declared mentally incompetent and a guardian had been appointed, the court could act to protect her. But Suzanne certainly had legitimate claims that her rights were violated, and so were the mother's."*

**Yet the federal case soon became one more exhibit in the mounting investigation of Shell**

**for unauthorized practice of law**. Anyone can file a lawsuit on her own behalf, but Shell had signed the initial complaint on April's behalf, too, **as her "agent."** Even though April later signed for herself, the Supreme Court's regulation counsel regarded this as another instance of Shell attempting to represent someone in a legal matter and included it in the contempt citation, along with an account of Shell's alleged interference in Kender's two D&N cases.

Shell's defense to the charges was simple: There was no evidence that she knowingly violated the Supreme Court's order. Grant summoned family members of the two mothers, who swore that *they* had drafted the inflammatory court motions -- without Shell's help. Christine Korn, April's mother, testified that she'd visited several websites, including Shell's, but modified the forms she found to suit April's case and explained them to her daughter before filing them. She and April never even met Shell face-to-face until late in the case, she said, although April had granted Shell power of attorney months earlier.

*"I helped to draft them with my kids,"* Korn said. *"We were frustrated at being low-income and not being able to afford help and being stuck with whatever* [attorney] *they gave you."*

An Oklahoma man named Steve LaBrue testified that he'd helped the mother in the other case, his girlfriend's daughter, draft her own pleadings because they, too, were frustrated with Kender's representation. *"There couldn't have been a more grassy, moss-on-the-log lawyer,"* LaBrue said. *"Basically, he didn't do much."*

As for the federal case, Grant argued that Shell and April had a right to file their own lawsuit, however inexpertly prepared. All his client had done to get the grand poobahs of the law in such a tizzy was write the imperious letters to Kender -- which Kender blew off.

*"To give strong legal directives to a lawyer is not the unauthorized practice of law,"* Grant said. *"Has Suzanne Shell acted as an advocate? Absolutely. She advocated that a lawyer represent a family's interests."*

Deputy regulation counsel James Coyle, who served as the prosecutor in the case, countered that the letters to Kender were clearly offering legal advice, in defiance of the state's highest court. "She knew of her obligations," Coyle told Judge Lucero. "It couldn't have been any clearer to her. By various means and ways, she's attempted to get around the order."

Early in the hearing, Coyle indicated that he was seeking punitive sanctions against Shell, including up to thirty days in jail. As it ended, he said he'd settle for a $2,000 fine for each instance of contempt of court -- plus attorneys' fees and costs, of course.

---

Whether Shell is punished for her ferocious advocacy or not, there's no denying that she's tapped into something dark and volatile in one of the most furtive areas of the legal system. **The currents of parental rage, panic and frustration coursing through many D&N cases are what power her crusade; without them, there would be no family-advocacy movement.**

It's tempting to dismiss that movement as a collection of misfits who'd rather blame the government than confront their own faulty parenting. But Shell's clients all have stories of how they've been marginalized and humiliated by the system that was supposed to help their family. They talk about caseworkers who write devastating reports about them based on hasty and infrequent visits, court-appointed lawyers who never return phone calls or e-mails, and a bewildering labyrinth of court hearings and treatment plans that make endless demands on their patience and meager incomes.

April's mother says she went online to try to figure out what to do because no one would explain the court process to her. *"It's like being a deer in the headlights,"* Korn adds. *"April is so completely helpless to fight back. She's the person everybody in this community brings their baby to for babysitting. Kids love her. To take her own child away from her is just cruel beyond belief."*

Korn has set up a website of her own that documents April's battles. She claims that social workers have pressured April to give up her nine-year-old daughter for adoption practically since she was born and have urged her to move out of the house she shares with Korn and two brothers. Korn admits that the family is struggling financially and that the house is often messy, but she's posted photos purporting to show that it's not the "filthy and unhealthy environment" that caseworkers claim it is. She blames the head-lice problem that triggered the D&N case on her granddaughter's school and says that social services overreacted.

She started drafting court filings herself, she says, because Kender wasn't interested in fighting the Fremont Department of Human Services' allegations of neglect. *"He told us, 'You can't fight DHS,'"* she says. *"He said it was too big a monster to fight, and the fastest way to get April's daughter back was to agree to their treatment plan."*

*"There are parents all over the country whose rights are being violated and who don't understand their rights,"* says Grant. *"If you look at the cases in Fremont County, the court-appointed lawyer has an incentive to deal cases. Like a public defender, he has to make them go away. People who want to have a jury trial -- they're a pain in the ass. He doesn't get paid more for that. He gets paid to deal cases."*

Kender says he was doing his best to represent April. *"There's two approaches to take when you get into one of these kinds of cases,"* he explains. *"One is to attack the system, and the other is to do whatever you need to do to get through it. If you attack the system, that's like walking into quicksand and wanting to attack the quicksand. Whenever that happens, you go down. You lose your children."*

After Kender withdrew from the case, another attorney was appointed to represent April. She eventually dropped her demands for a trial and admitted to the county's petition. Her daughter, who'd been in foster care for six months, was soon returned to her. That would seem to bear out the wisdom of Kender's approach, but Shell and her followers see it as one more example of the court holding kids hostage in order to pummel the parents into submission.

*"People believe that if they tell the truth, the courts will do the right thing,"* says Shell. *"The courts aren't set up to do the right thing."*

April's case is far from over. Last fall, after being home for fifteen months without incident, her daughter was again placed in foster care. *"They're claiming that April's boyfriend is a possible pedophile, which is a bunch of BS,"* says Korn. *"I don't believe he is, but I would never take that risk. He's never been in the same room with my granddaughter alone."*

Korn insists that the latest action was retaliation against her family for getting involved with Shell. The removal came at the same time Korn was organizing a meeting of parents in the Penrose area who were concerned about social services and the court system. *"I was feeling really powerful,"* she says. *"We finally had people who were corroborating what we were saying, and all but two of them had never heard of Suzanne Shell. I walked into a meeting with forty people that night and told them they just took my granddaughter again. The next weekend, five people showed up. The rest jumped ship. They're scared."*

Two weeks ago, April's third court-appointed lawyer filed a motion asking to withdraw from the

case, claiming that **his client and her associates had "tacitly, inferentially and directly" threatened him with ethical grievances and a lawsuit.** Shell had recently written him a letter, demanding that he attend one of her seminars and informing him of her plan to "broadcast this compelling story worldwide."

*"You are out of your element," she wrote. "If you are not fighting for April all the way with big brass balls, you are against her.... Whatever happens, I'll be watching and the cameras will be rolling."*

Coyle says his office isn't on any particular crusade against Shell. *"We're a consumer-protection agency,"* he says. *"We don't want to regulate every conversation going on in the state. But when it does involve harm, or it's clear several people are getting bad legal advice and their rights are affected by it, we investigate."*

Grant points out that UPL cases tend to be complaint-driven. *"It's very selective,"* he says. *"In traffic cases in some jurisdictions, the cop acts as the prosecutor. He practices law without a license every day. Probation officers file motions asking the court to revoke someone's probation, and they aren't lawyers. Victims' advocates offer legal advice to alleged victims all the time. The Supreme Court winks and nods at people in the system who practice law without a license."*

Shell is only a threat to the system, Grant says, because the system is unjust. *"If she's convicted of contempt, she would be made a martyr,"* he adds. *"That would be a bigger mistake than letting her go."*

http://www.westword.com/2005-02-10/news/beyond-contempt

© 2009 Village Voice Media All rights reserved.