IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

    Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION,
WILLIAM O. TOWER,
ANN TOWER,
LEONARD HENDERSON,
SUSAN ADAMS JACKSON a/k/a SUSAN WOLVERTON,
CLETUS KIEFER,
FAMILIES AT RISK DEFNESE ALLIANCE,
MARK CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
DOROTHY KERNAGHAN-BAEZ,
GEORGIA FAMILY RIGHTS, INC.,
DENNIS HINGER,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
AIMEE DUTKIEWICZ,
THOMAS DUTKIEWICZ,
CONNECTICUT DCF WATCH,
WILLIAM WISEMAN,
WISEMAN STUDIOS,
ANN DURAND,
BRENDA SWALLOW,
KATHY TILLEY,
DEE CONTRERAS
RANDALL BLAIR,
LLOYD PHILLIPS,
RINGO KAMENS,
CHERYL BARNES,
CPSWATCH, INC.,
DESERE' CLABO aka HOWARD,

SARAH THOMPSON and
Unknown defendants Doe 1-15,

      Defendants.

## ORDER

This matter is before the court on Defendants Cheryl Barnes, CPS Watch, Inc. and Sarah Thompson's "Motion to Amend Court's Order (4) Setting Scheduling Conference and Rule 26 Disclosure Deadlines" [Doc. No. 122, filed May 12, 2009].

The Motion is **GRANTED** in part and **DENIED** in part as follows:

1.    The parties shall not be required to make initial disclosures pursuant to Fed. R. Civ. P. 26 nor shall they be required to participate in a Fed. R. Civ. P. 26(f) meeting unless and until ordered to do so by the Court.

2.    The Fed. R. Civ. P. 16 conference will <u>not</u> be vacated and will take place as ordered on **May 19, 2009 at 10:00 a.m.**

**IT IS FURTHER ORDERED**

3.    No party shall be required to submit further proposed "Scheduling Orders" in anticipation of the May 19, 2009 conference.

Dated this 13th day of May, 2009.

                                                **BY THE COURT:**

                                                Kathleen M. Tafoya
                                                United States Magistrate Judge