IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

    Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION,
WILLIAM O. TOWER,
ANN TOWER,
LEONARD HENDERSON,
SUSAN ADAMS JACKSON a/k/a SUSAN WOLVERTON,
CLETUS KIEFER,
FAMILIES AT RISK DEFNESE ALLIANCE,
MARK CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
DOROTHY KERNAGHAN-BAEZ,
GEORGIA FAMILY RIGHTS, INC.,
DENNIS HINGER,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
AIMEE DUTKIEWICZ,
THOMAS DUTKIEWICZ,
CONNECTICUT DCF WATCH,
WILLIAM WISEMAN,
WISEMAN STUDIOS,
ANN DURAND,
BRENDA SWALLOW,
KATHY TILLEY,
DEE CONTRERAS
RANDALL BLAIR,
LLOYD PHILLIPS,
RINGO KAMENS,
CHERYL BARNES,
CPSWATCH, INC.,
DESERE' CLABO aka HOWARD,

SARAH THOMPSON and
Unknown defendants Doe 1-15,

      Defendants.

## ORDER

This matter is before the court on "Plaintiff's Emergency Motion to Seal Documents #203 and for Protective Order." [Doc. No. 204, filed July 6, 2009.] A number of defendants have responded. [Doc. Nos. 209, 212, 213, 214, 215, 216, and 219.]

The court has reviewed the exhibits attached to Defendant Swallow's submission [Doc. No. 203] and has determined that the exhibits do not contain "proprietary and/or trade secret content." The documents are mostly email communications and documents which have been posted on the internet.

It is therefore **ORDERED**

"Plaintiff's Emergency Motion to Seal Documents #203 and for Protective Order" [Doc. No. 204] is **DENIED**.

Dated this 10th day of July, 2009.

                                         **BY THE COURT:**

                                         Kathleen M. Tafoya
                                         United States Magistrate Judge