# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

09-CV-00309-MSK-KMT

SUZANNE SHELL,

                Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION, et. al.

                Defendant.

---

## DEFENDANT RINGO KAMENS' (A/K/A ALEX BRYAN) UNOPPOSED MOTION FOR EXTENSION OF TIME

---

Defendant Ringo Kamens (a/k/a Alex Bryan) ("Bryan"), through undersigned counsel, respectfully submits the following Motion for Extension of Time.

### D.C. Colo. LR 7.1(A) Certification:

Undersigned counsel has conferred with Plaintiff who states that she does not object to Defendant's Motion for Extension of Time.

1.      On February 13, 2009, Plaintiff filed her Complaint against thirty named Defendants, including Defendant Bryan. [Doc. # 1]. Plaintiff has asserted ten claims against Defendant Bryan.

2.      On July 7, 2009, Defendant Bryan submitted his Motion for Judgment on the Pleadings and Memorandum of Law in Support of Motion for Judgment on the Pleadings. [Doc. # 211 and 211-2]. On August 8, 2009, Plaintiff submitted her Response to Bryan's Motion for

Judgment on the Pleadings and further submitted memoranda of law relating to her claims for fair use, RICO and tortious interference ("Response").  [Doc # 248 and 248-2].

3.      Pursuant to D.C.COLO.L.CivR 7.1(C) and Rule 6(a) of the Federal Rules of Civil Procedure, Defendant Bryan's reply in support of his Motion for Judgment on the Pleadings is due on or before August 21, 2009.

4.      In light of the factual and legal complexity of this matter, the numerous claims involved, and the press of other matters of undersigned counsel's calendars, Defendant Bryan seeks a short extension of time of ten (10) days from August 21, 2009, up to and including August 31, 2009, in which to properly prepare a reply to Plaintiff's Response.

5.      Defendant's request for an extension of time is fair and reasonable, and is not requested for purpose of delay.  No party will be prejudiced by such an extension.

6.      A proposed Order is submitted herewith.

WHEREFORE, Defendant Ringo Kamens a/k/a Alex Bryan requests an extension of time up to and including August 31, 2009 in which to file his Reply to Plaintiff's Response to Defendant Ringo Kames a/k/a Alex Bryan's Motion for Judgment on the Pleadings, along with any further relief the Court deems appropriate.

Dated this 18th day of August, 2009.

s/Jennifer E. Schlatter
Patrick D. Vellone
Jennifer E. Schlatter
ALLEN & VELLONE, P.C.
1600 Stout Street, Suite 1100
Denver, CO 80202
Telephone: (303) 534-4499
pvellone@allen-vellone.com
jschlatter@allen-vellone.com

ATTORNEYS FOR DEFENDANT RINGO KAMENS A/K/A ALEX BRYAN

## CERTIFICATE OF MAILING

I hereby certify that on the 18th day of August, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses, and via U.S. Mail, postage pre-paid to:

Suzanne Shell
14053 Eastonville Rd.
Elbert, CO 80106
Email: dsshell@gmail.com
*Plaintiff – Pro Se*

Susan Adams Jackson
40 Orlando Avenue
Winthrop, MA 02152-2248
*Defendant – Pro Se*

Thomas Dutkiewicz
Aimee Dutkiewicz
P.O. Box 3022
Bristol, CT 06011-3022
*Defendants – Pro Se*

Dee Contreras
10571 Colorado Boulevard
Apartment B-101
Thornton, CO 80233
*Defendant – Pro Se*

Brenda Swallow
815 Hilltop Road
Mary Esther, FL 32569
*Defendant – Pro Se*

Daniel Bernard Slater
LAW OFFICES OF DAN SLATER
1415 Main Street, #A
Canon City, CO 81212
Email: dan@danslaterlaw.com
*Attorney for Defendants Cheryl Barnes, CPS Watch, Inc. & Sarah Thompson*

Dorothy Kernaghan-Baez
811 Aumond Place East
Augusta, GA 30909
*Defendant – Pro Se*

Leonard Henderson
4773 Salmon River Highway
Otis, OR 97368
*Defendant – Pro Se*

William Wiseman
P.O. Box 1017
Tulelake, CA 96134
*Defendant – Pro Se*

NATIONAL ASSOCIATION OF FAMILY ADVOCATES
c/o Dorothy Kernaghan-Baez
811 Aumond Place East
Augusta, GA 30909
*Defendant – Pro Se*

William O. Tower
7334 Chivalry Way
Citrus Heights, CA 95621
*Defendant – Pro Se*

*s/ Elizabeth E. Deak*
Elizabeth E. Deak