UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 09-CV-00309 MSK-KMT

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 18 2009

GREGORY C. LANGHAM
CLERK

SUZANNE SHELL
Plaintiff

v.

AMERICAN FAMILY RIGHTS ASSOCIATION, et. al.
Defendants

## DEFENDANT HENDERSON STATEMENT OF TRUTH

**I swear before God all I say is true and factual.**

**COMES NOW** Defendant Leonard Henderson (hereafter "I", "me", or "my"). I wish to make a record of **my veracity and history of honesty** operating in the public trust, **versus** the utter absurdity of Plaintiff Shell's abusive allegations, her ridiculous constructions of history, her grievous calumnies, and incredibly scurrilous libel of me.

In the time period of 1988-1990, I worked for Alaska State Senator Ken Fanning. I was privy to large amounts of **confidential state legislative business**. I also was manager of Ken Fanning's private businesses during that time, handling **hundreds of thousands of dollars**.

**That information remained secure, and Fanning's business was conducted ethically and honestly under my management.**

In the time period between 1994 through 2000, I operated a professional computer consulting business named "**Henderson Friendly Computer Consulting**" in Wallowa County, Oregon. In that business, I became the computer consultant for numerous private businesses and individuals in the county. I also became the computer-network-IT consultant for-

>   **Wallowa County Memorial Hospital,**
>   **Wallowa County Winding Waters Medical Clinic,**
>   **Wallowa County Mental Health,**
>   **Wallowa County Sheriff Department,**
>   **Wallowa County District Attorney's Office,**
>   **Wallowa County Juvenile Department,**
>   Most of the Real Estate Agencies, and
>   **The Wallowa County Chieftain newspaper**

I have been made privy to large quantities of **highly confidential** government, medical, psychiatric, accounting and professional data.

**At no time has that trust been breached.**

As a computer consultant, it was not uncommon to work on accounting computers at businesses with large stacks of cash sitting on the counters. Those business owners thought nothing of leaving me alone in the room for extended periods of time, **knowing their money would still be there untouched when they returned.**

As a computer consultant I helped several Wallowa County authors publish their books. I helped **Irene Barklow** publish 2 of her several books. I helped **Barbara Raines** publish 1 book. I helped **Mary Ann McCrae** publish 1 book. McCrae's book was about the local Nez Perce tribe and she had obtained for that book, HIGHLY VALUABLE, one-only old **Ben Curtis** photographs of **Young Chief Joseph's** wife and another one of his family camping along the Wallowa River about 1920. Several of those items were priceless and irreplaceable. I had possession of these items in my office for about a month. **They did NOT "disappear".**

And most significantly, related to this instant case, in 1999 and 2000, I helped **Pamela Gaston** print 2 large books- *Counterfeit Reality* and *Sui Juris*. I learned a LOT from Will and Pamela Gaston, whose information Shell utterly hates and disparages. In fact, I am using it right now- getting the **Truth In The Record.**

For ALL of these authors, I extensively proof-read, edited, and set their word documents into Microsoft Publisher format and helped them get their books printed. I have been made privy to large quantities of **valuable pre-copyrighted material** through the years. **It all remained secure in my care.**

Through my entire life, I have conducted myself honestly, ethically, morally, and with honor before my peers.

Meanwhile, **Plaintiff Shell has spent the past 6 years libeling Defendant Henderson** of all sorts of sins, perversions, abusive behaviors, and thefts- not the least of which in the instant case- accusing me of stealing her allegedly secret, allegedly unknowable, allegedly copyrighted crap, and accusation of being the "ring-leader" of a conspiracy against her.

I, Leonard Henderson have created reams of original intellectual works and published them on my several websites over the past 10 years. ALL of my intellectual property has been freely and widely available to the public. You can SEE my "intellectual property". **I create something new and original almost every week.**

Shell's stuff is "secret" or "unknowable", which sure comes in handy for claiming that I stole it.

Unlike Shell's **one and only tangled little self-published book**, I have made megabytes of information SIMPLE and EASY TO UNDERSTAND.

The AFRA website has become the premium depository for a wide range of information and our scope is infinitely larger than Shell's pretenses. The AFRA website has become a trusted source of CURRENT news and information. I have positioned the AFRA website as **"The Voice of America's Families"**. Our information has injured NO ONE but public corruption, and we DO have professional respect and credibility <u>**IN SPITE OF Shell's continual libelous Character Assassination war**</u>.

Last October, 2008, I was told about a page on one of Shell's websites that claimed AFRA had stolen her precious crap. I emailed her to please identify what it was so I could remove it. Her curt reply was that statement on her website was **PAST TENSE** and that I "had a reading comprehension problem" Please see my Doc #95, Exhibit 1

Shell's Materials and links to Shell's websites HAD been on the AFRA website in 2002 through 2003, WITH HER PERMISSION, until her pretentious, childish disaffection from AFRA because I refused to publish her Bad Advocate List (See my Doc #95, Exhibit 12). Those materials and links were removed per her satisfaction and approval at that time (2003).

> <u>**We have recently found EVIDENCE of Shell's original permission for her materials to be used by AFRA members and other parents**</u>. Please see the bottom of Exhibit 1 attached to this filing- from Dan Slater's **OPENING BRIEF FOR APPELLEES JOLENE DEVRIES AND ANNA HALL OWEN** in the very similar Case: 07-1086 Document: 010110721 Filed: 08/22/2007 in the UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT.

Soon after that October, 2008 email exchange, Shell filed her (identical to this one) vexatious Counter-Claim against us in Superior Court in Sacramento, California in Case #06AS03504. As far as we can determine, that case is still active, and **has not been withdrawn** as Shell has represented to this court.

In that case and in this case, Shell claims that I have some of her copyrighted materials on the AFRA website, although she fails to specify a single item and leaves it up to me to figure out what in the world she might be talking about. **Shell pretends to be oblivious to our October, 2008 email exchange on that very subject.**

I am highly confused by Shell's claims that she has sold her special "secret" information at numerous Seminars, and has claimed that her "secrets" allegedly have been used in court.

<u>**At what point does "secret" information sold and used in court cease being "secret"?**</u>

Shell has DONE NOTHING with her "business" since 2005 by her own admission (Doc #95, Exhibit 11). **Shell certainly has created frivolous and vexatious lawsuits since 2006.**

## Donna Suzanne Shell has STOLEN my year since February 14, 2009 with this highly distressing, abusive, unjustified, and onerous lawsuit.

I have not at any time done any such wrong as Shell reasserts *ad infinitum* in her absurd and perjurious claims against me. I have easily proven *ad infinitum* her claims to be untrue- **using her own words as undisputed EVIDENCE**. Shell is going to have to do better than call my EVIDENCE and EXHIBITS "scandalous".

Shell has made no friends with her numerous lawsuits, particularly the **Devries-Owen** case and Nationally with her **Internet Archives** case. Shell earns 4 footnotes in the new Colorado Supreme Court August 1, 2008 paper titled *Understanding "Practice of Law" Issues*. http://www.coloradosupremecourt.com/pdfs/Regulation/Understanding Practice of Law Issues.pdf

Shell had already earned her bad reputation by February 10, 2005, which neither I, nor AFRA had anything to do with. See Doc #95, Exhibit 13 *"Beyond Contempt"*. **In fact, Shell did not finally withdraw from AFRA until February 17, 2005** (Doc #95, Paragraph 51)

Shell's inability to achieve the "national fame" she so greatly sought now turns into some sort of "Sour Grapes". Shell's attempt to pretend that her secret, unknowable, convoluted, alleged information was potentially worth millions of dollars is absurd beyond the pale.

**IT IS UTTERLY PREPOSTEROUS TO ENTERTAIN DONNA SUZANNE SHELL'S DEEPLY DISHONEST CLAIMS AND ALLEGATIONS AGAINST ME AS CREDIBLE IN ANY WAY.**

Shell's burdensome farce continues unfazed and unabated, and **will continue indefinitely** for us and for her FUTURE VICTIMS if Shell is not finally banned from her libelous activities on the internet and her vexatious abuse using the court process.

**All statements herein are truthful, sworn testimony, before God, as stated.**

Respectfully submitted August 14, 2009

*[signature]*

---

James Leonard Henderson, Sui Juris
4773 Salmon River Hwy, Otis, OR 97368

Exhibit 1

Case: 07-1086 Document: 010110721 Date Filed: 08/22/2007 Page: 8

that document, and that such copyright was registered with the United States Copyright Office on March 14, 2004. Attachment to the First Amended Complaint.

The document on Shell's website contained the following copyright notice:

> ALL MATERIAL ON THESE PAGES IS COPYRIGHT 1996-2002 SUZANNE SHELL reproduction without written permission is prohibited.
>
> > **COPYRIGHT NOTICE – Copyright 1996-2004, Suzanne Shell and individual contributors where appropriate. The content of this website is intended to generate income, it is not free if you intend to print or distribute anything electronically fixed herein.**
> >
> > Reproduction and distribution prohibited without permission. This website is intended to be viewed on a computer only. Permission to reproduce this website, by any method including but not limited to electronically or hard copy, may be purchased for $5,000 (five thousand dollars) per printed page per copy, *in advance of printing*. We accept Visa, Mastercard, American Express, check, money order or cash. WE DO NOT ACCEPT GOVERNMENT PO'S – **this fee schedule specifically applies to any state agency, employee, contractor or CPS service provider.** CPS agencies and co-conspirators have found this site to be extremely valuable, prefering [sic] the contents of this site to any other site. Hence, the premium prices.
> >
> > **If this intellectual property is stolen or used to harm any member or associate family of any Family Rights group, the copyright holder will seek appropriate remedies under copyright laws.**
> >
> > Members of the American Family Rights Association (AFRA) ONLY may copy and distribute website material for education and training purposes without fee, provided the entire copyright notice is included. Parents seeking assistance with their own cases may freely use documents as models for their own cases.

*Id* (emphases in original).

5

## Certificate of Service

I hereby certify that on the 14th day of August, 2009, I served a true and correct copy of this
**DEFENDANT HENDERSON STATEMENT OF TRUTH**

| | |
|---|---|
| AFRA – via e-mail to William O. Tower | Anne and William O. Tower – via e-mail |
| Dee Contreras -via email | Susan Adams Jackson – via e-mail |
| Cletus Kiefer – PO Box 52, St. Charles, MO 63301 | Families at Risk Defense Alliance – via United States Mail to PO Box 52, St. Charles, MO 63301 |
| Francine Renee Cygan – 329 Cornell Ave., Apt. D, Villa Park, IL 60181 | Mark Cygan – 329 Cornell Ave., Apt. D, Villa Park, IL 60181 |
| Illinois Family Advocacy Coalition – c/o Renee Cygan | Dorothy Kernaghan-Baez – via e-mail |
| Georgia Family Rights, Inc. – via e-mail | Dennis Hinger – via e-mail |
| National Association of Family Advocates via e-mail | Aimee Dutkiewicz – 40 Landry St., #2, Bristol, CT 06010 |
| Thomas Dutkiewicz – by e-mail | Connecticut DCF Watch – by e-mail |
| William Wiseman – via e-mail | Wiseman Studios – via e-mail |
| Ann Durand – via e-mail | Brenda Swallow – via e-mail |
| Kathy Tilley – 800 Gibson Dr., #322, Roseville, CA 95676 | Randall Blair – via e-mail |
| Lloyd Phillips – 14220 SW 29 Court, Ft. Lauderdale, FL 33330 | Ringo Kamens – via e-mail |
| Cheryl Barnes – via e-mail to Daniel Slater, Esq. | CPS Watch, Inc. – via e-mail |
| Desere' Clabo aka Howard – via e-mail to Daniel Slater, Esq. | Sarah Thompson – via e-mail to Daniel Slater, Esq. |

and upon the Plaintiff, Suzanne Shell, via U.S. Mail

Suzanne Shell
14053 Eastonville Rd.
Elbert, CO 80106

Dated: August 14, 2009

*/s/ Leonard Henderson*

Leonard Henderson, Sui Juris
4773 Salmon River Hwy
Otis, OR 97368

Appendix D

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: __8/18/09__

2. Name of attorney or *pro se* party making the transmission: __Leonard Henderson__

   Facsimile number: __303 894-9239__ Telephone number: __(503) 925-5389__

3. Case number, caption, and title of pleading or paper: __09- 1:09-cv-309-MSK-KMT__
   __Shell v. American Family Rights Association__
   __Defendant Henderson Statement of Truth__

4. Number of pages being transmitted, including the facsimile cover sheet: __7__

Instructions, if any: _____

(Rev. (12/08))