OFFICER'S RETURN TO COURT

STATE OF CONNECTICUT   :
                       :ss:BRISTOL            AUGUST 17, 2009
COUNTY OF HARTFORD     :

    Then and by virtue hereof and by direction of the attorney, I made diligent and thorough search of my precincts to locate the within named **AIMEE DUTKIEWICZ but could not find said Defendant**, the last known address being 22 Benham St. 2nd floor, Unit C, Bristol, Connecticut. I attempted service but was unable to serve. I am therefore returning said paperwork unsatisfied.

    The within is the original with my doings hereon endorsed.

ATTEST:

Arthur B. Cyr
Marshal
Hartford County

pd $65.00
ck# 3151