TO: Whom it may concern.

I Edward Ridalls executed service of process upon Randall Blair at 5200 Mann Rd. (413 Crimson King Circle) on 8/1/2009 at 4:40 p.m. Before serving Mr. Blair I went to his next door neighbor (white female aprox.60 y/old, dark hair) and asked if Randall still lived there, her reply was that he did live there and was home now! I proceeded to his door and rang the door bell, Randall came to the window (left of door) and I said Randall-he shook his head yes and I said I have a delivery for you; he refused to open the door and accept service. I rolled up the papers and put them between the door and the handle. Mr. Blair remembered me from a prior service executed upon his wife, where Mr. Blair pulled a rifle on me and the Oakland County Sheriff was called for assistance. I know exactly what Mr. Blair looks like from a previous service, and also I was provided a picture of Mr. Blair with this paper and it matched his description perfectly and am 100 percent sure of accurate delivery.

_Edward Ridalls_ 8/24/2009
Edward Ridalls/ Process Server