UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00309 MSK-KMT

SUZANNE SHELL
    Plaintiff

    v.

AMERICAN FAMILY RIGHTS ASSOCIATION, et. al.

    Defendants

### PLAINTIFF'S ERRATA CORRECTING [#298]

**COMES NOW** Plaintiff Suzanne Shell, to correct a typographical error in document #298, Plaintiff's Response to Motion [#280] Motion to Strike Service of Summons for Improper Service or the Alternative a Request for Additional Time to Answer Complaint Pending the Outcome of the Motion to Strike.

1. On page 8, I erroneously stated that the costs of service of process on Aimee Dutkiewicz totaled $300.00. The correct total is of perfecting service upon the defendant is $ 400.00

Respectfully submitted September 8, 2009

/s/ Suzanne Shell

Suzanne Shell
14053 Eastonville Rd.
Elbert, CO 80106
719-749-2971
dsshell@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the attached documents **PLAINTIFF'S ERRATA** and attachments were placed in the United States Mail, first class mail, postage prepaid on September 9, 2009

National Association of Family Advocates and
Dorothy Kernaghan-Baez and
Georgia Family Rights, Inc.
*each @* 811 Aumond Place East
Augusta, GA 30909

William Wiseman dba Wiseman Studios
PO Box 693
1625 Siskiyou St
Klamath Falls OR 97601-2046

Susan Adams Jackson
40 Orlando Ave.
Winthrop, MA 02152

Anne E. Tower and
William O. Tower and
American Family Rights Association
*each @* 7334 Chivalry Way,
Citrus Heights, CA, 95621-4333

Brenda Swallow
815 Hilltop Road
Mary Esther, Florida 32569

Randall Blair (has not provided address to court)
5200 Mann Rd
413 Crimson King Circle
Clarkston MI 48346-4240

Illinois Family Advocacy Coalition and
Renee Cygan and
Mark Cygan
*each @* 329 N. Cornell Ave. #D
Villa Park, IL 61081

Thomas M. Dutkiewicz dba Connecticut DCF Watch
PO Box 9775
Bristol, CT 06011

Aimee Dutkiewicz
P.O. Box 3022
Bristol, CT 06011-3022

Dee Contreras
10571 Colorado Boulevard
Apartment B-101
Thornton, CO 80233

Cletus Kiefer and FAR Defense Alliance
292 East Ave. Ste 114
St. Louis, MO 63117

Leonard Henderson
4773 Salmon River Highway
Otis, OR 97368

Daniel Slater
attorney for Cheryl Barnes, CPS Watch, Inc. and Sarah Thompson via Court's ECF system

Patrick D. Vellone and Jennifer E. Schlatter
attorney for Ringo Kamens/Alex Bryan via Court's ECF system

/s/ Suzanne September 8, 2009