# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
Civil Action No. 09-CV-00309 MSK-KMT

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 09 2009**

GREGORY C. LANGHAM
CLERK

SUZANNE SHELL
Plaintiff

v.

AMERICAN FAMILY RIGHTS ASSOCIATION, et. al.
Defendants

---

### INFORMATION TO THE COURT REGARDING 8-18-2009 SHELL LETTER

---

I swear before God all I say is true and factual.

**COMES NOW** Defendant Leonard Henderson (hereafter "I", "me", or "my"), informing the court that Plaintiff Shell sent out a letter with her mailing of August 18, 2009 to the defendants. (See Exhibit 1)

Shell's letter regards mailing 50% size copies (printed on both sides of the paper) of her filings to the defendants to reduce her "litigation expenses". As a falsely accused, slandered and libeled "defendant", I care nothing about Shell's "litigation expenses".

Shell represents these "copies" in her Certificate of Service as "true and correct copies of the attached documents". **Shell should be required to send "true and correct copies of the attached documents" exactly as stated.**

I am profoundly disinterested in Shell's circumventive proposals. **Shell can OBEY the Order of the Court** of May 21, 2009 (Document #159), and conduct her "litigation" through the US Mail, **as ORDERED.**

In Exhibit 1, in her statement **"Parties are still required to confer"**, Shell once again arrogantly flaunts her defiance, in **Contempt of the Court.**

Shell informs us that we have **"misapprehended"** the court's Minute Order of May 21, 2009 (Doc #159), which reads-

> Plaintiff shall refrain from communicating with any Defendant through e:mail, telephone, or any other method other than U.S. Postal Mail. During the period from now until the Motions to Dismiss are ruled on there will be no need for the parties to communicate or confer pursuant to D.C.Colo.L.Civ.R. 7.1(A). Any necessary communications between the parties will be by U.S. Postal Mail at the official addresses listed with the Court.

Shell would very much like to be in tyrannical, censorious control over, coerce, tamper, and suborn what people file in court, or say ANYWHERE.

The defendants long ago ceased communicating with Shell and want absolutely nothing to do with her. We certainly want NO "legal advice" nor "helpful criticism" from her on our filings.

Henderson has absolutely no desire to "confer" with Shell about anything.

Shell is perfectly welcome to oppose, spin, or spill brew from her boiling and bubbling cauldron on whatever we file.

**Shell can OBEY the Order of the Court** of May 21, 2009 (Document #159) stating "there will be no need for the parties to communicate or confer pursuant to D.C.Colo.L.Civ.R. 7.1(A)" **as ORDERED,** and be informed that the defendants aren't the one with the "misapprehension" problem.

The defendants have asked this court on several occasions to censure and sanction Shell for her long-standing ribald and insolent regard for others- and her consecutive, serial, fraudulent abuse of the courts.

Incidentally, the "suspicious mail containing foreign objects" Shell refers to in the exhibit is the FLOWER PETALS my wife sent (UNKNOWN TO ME at the time) to Shell in the stamped-self-addressed envelope Shell sent with her original prevaricatory "complaint".

Furthermore, contrary to what Shell says about my "battered and terrified" wife in Shell's libelous and slanderous Character Assassination of me on the Bad Advocate List at-

http://www.freewebs.com/badadvocates/hendersonweb.pdf

-my highly independent wife does not take orders from me whatsoever. If my wife should send Shell some more FLOWER PETALS, there's not a lot I could do about that.

**All statements herein are truthful, sworn testimony, before God, as stated.**

Respectfully submitted September 8, 2009

James Leonard Henderson, Sui Juris
4773 Salmon River Hwy, Otis, OR 97368

**Exhibit 1**

Dear Defendant

I am continuing with my efforts to reduce my litigation expenses by providing the copies as you see them herein. The defendant to whom I am responding will receive full size copies of the documents filed, other defendants will receive reduced size copies.

If you (as the defendant who is not the one to whom's document I am responding) object to this form of copies, I request that you advise me of this objection via return mail, and advise me which of the alternative methods of service below that you prefer. If you can offer another, equally cost-saving, viable solution, I will be happy to consider it.

    a.    Electronically, via email. Advise me via return mail which email address you wish me to send it to.

    b.    I can send you a CD containing the document in text-searchable electronic pdf format via USPS mail. Please advise me if you prefer this method.

    c.    I can fax the documents to you, but I will only make two attempts so make sure your fax is working and sufficient paper is loaded. You may advise me of the fax number via the U.S. Postal Service. I will have to set up my computer to perform this function, so I will need some notice to accommodate this. This will not be set up for me to receive faxes.

    d.    You can also sign up for electronic case filing. The tutorials are online and the service is free. The ECF Department is very supportive of pro se participants.

Certain defendants have misapprehended the court's order regarding conferring. The order does not forbid conferring, it merely restricts the method to the U.S. mail. Parties are still required to confer. This inconvenience is, of course, the consequence of certain defendants's requests for protective orders based on misrepresentations to the court. **I intend this communication to stand as my notice to all defendants that I will immediately oppose any motion for which the defendant did not confer with me pursuant to the court's order and the court rules.**

I will await your response in the mail. Please do not send me any more suspicious mail containing foreign objects, and please insure that your family members are instructed to honor this request, too. Thank you.

Sincerely,

Suzanne Shell

## Certificate of Service

I hereby certify that on the 8th day of September, 2009, I caused a true and correct copy of
**INFORMATION TO THE COURT REGARDING 8-18-2009 SHELL LETTER**
to be served upon the following parties by methods indicated.

| | |
|---|---|
| AFRA – via e-mail to William O. Tower | Anne and William O. Tower – via e-mail |
| Dee Contreras -via email | Susan Adams Jackson – via e-mail |
| Cletus Kiefer – via e-mail | Families at Risk Defense Alliance –via e-mail |
| Francine Renee Cygan – 329 Cornell Ave., Apt. D, Villa Park, IL 60181 | Mark Cygan – 329 Cornell Ave., Apt. D, Villa Park, IL 60181 |
| Illinois Family Advocacy Coalition – c/o Renee Cygan | Dorothy Kernaghan-Baez – via e-mail |
| Georgia Family Rights, Inc. – via e-mail | Dennis Hinger – via e-mail |
| National Association of Family Advocates via e-mail | Aimee Dutkiewicz – 40 Landry St., #2, Bristol, CT 06010 |
| Thomas Dutkiewicz – via e-mail | Connecticut DCF Watch – via e-mail |
| William Wiseman – via e-mail | Wiseman Studios – via e-mail |
| Ann Durand – via e-mail | Brenda Swallow – via e-mail |
| Kathy Tilley – 800 Gibson Dr., #322, Roseville, CA 95676 | Randall Blair – via e-mail |
| Lloyd Phillips – 14220 SW 29 Court, Ft. Lauderdale, FL 33330 | Ringo Kamens – via e-mail |
| Cheryl Barnes – via e-mail to Daniel Slater, Esq. | CPS Watch, Inc. – via e-mail to Daniel Slater, Esq. |
| Desere' Ciabo aka Howard – via e-mail to Daniel Slater, Esq. | Sarah Thompson – via e-mail to Daniel Slater, Esq. |

and upon the Plaintiff, Suzanne Shell, via U.S. Mail

Suzanne Shell
14053 Eastonville Rd.
Elbert, CO  80106


Dated:  September 8, 2009


Leonard Henderson, Sui Juris
4773 Salmon River Hwy
Otis, OR  97368

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1.  Date of transmission: _9/9/09_

2.  Name of attorney or *pro se* party making the transmission: _Leonard Henderson_

    Facsimile number: _303 894-9239_ Telephone number: _(503) 925-5389_

3.  Case number, caption, and title of pleading or paper: _1:09-CU-309-MSK-KMT_
    _Shell v. American Family Rights Association_
    _Information to the Court Regarding 8-18-09 Sheil Letter_

4.  Number of pages being transmitted, including the facsimile cover sheet: _5_
    Instructions, if any: _____

(Rev. (12/08))