UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00309 MSK-KMT

SUZANNE SHELL
    Plaintiff

    v.

AMERICAN FAMILY RIGHTS ASSOCIATION, et. al.

    Defendants

**PLAINTIFF'S RESPONSE TO DEFENDANT BLAIR'S EMERGENCY MOTION TO SUBMIT DOCUMENTS UNDER SEAL filed on 9/18/2009**

    **COMES NOW** Plaintiff Suzanne Shell in opposition to the Defendant's Emergency Motion to Submit Documents under Seal. The defendant is presenting a request without merit and which is not supported by existing law or evidence, and therefore the court should deny the defendant's motion.

    I incorporate by reference document #294, my response to defendant Blair's motion to quash service and dismiss.

1. The defendant is asking to Court to review evidence supporting his contentions without allowing me, as the adverse party, to examine the evidence or cross examine the witnesses. There is no legal theory under which this court could grant this shocking request. The Court cannot grant this motion without denying me due process, and the defendant has cited no law or authority under which he can legitimately seek to deny an adverse party access to evidence he is asking the Court to consider in arriving at it's determination. I have searched diligently and I can find no legal authority which would support his request. In fact, the principle that parties are required to provide their evidence to the adverse party or the evidence must be excluded from consideration is so fundamental to our system of justice that any request for deviation from that

standard of practice does not even warrant examination.

2. The Court should note that in all of defendant Blair's statements wherein he states he was not served, **he has never denied living at the address** where the summons and complaint was served by T&S Glenfield & Associates.

3. The defendant has also never denied that someone was present at that address at the time of service.

4. Defendant Blair lives in a mobile home park which has a main address of 5200 Mann Rd.

5. According to the Oakland County Sheriff department, whom I called to find out his lot number when I hired them to serve him, he lives at 5200 Mann Rd. lot # 413.

6. According to T&S Glenfield & Associations, who provided this information to me along with their return of service, defendant Blair's address in this mobile home park is 413 Crimson King Circle.

7. An Internet map search of 413 Crimson King Circle puts the address inside the boundaries of the mobile home part at 5200 Mann Rd.

8. I am not familiar with the address protocols for this mobile home park, however, I have sent mail to the defendant at both 5200 Mann Rd. and 413 Crimson King Circle. None of the mail has been returned as undeliverable.

9. The record will reflect that the defendant has provided a mailing address of 413 Crimson King Circle to the court.

10. The defendant's proffered evidence would have no bearing on the issues before this court as to proper service if 1) he lives at the address where service was perfected, and 2) an adult was seen to be in the house[1] at the time service was attempted, who responded to the doorbell and service was thereby perfected.

---

[1] Although, I cannot image why anyone who is reported to look exactly like the defendant and answered to the defendant's name when asked by the process server at the time of service would not be the defendant.

11.   This motion makes the defendant's evidence highly suspect, and the defendant's conduct associated with the evidence he proffers very suspicious. This defendant is already under one notice for sanctions pursuant to Fed.R.Civ.P. 11 by me for his previous filings, which is due to be filed in this court for his failure to withdraw or appropriately correct his documents.

12.   ACCORDINGLY, I respectfully request the Court to deny defendant Blair's motion to file his proffered evidence under seal; and

     a.   To find that the defendant has been properly served and order him to submit his answer by a date certain; and

     b.   To sanction[2] the defendant for filing this motion which is presented for improper purposes, and which is not supported by existing law, and which is not supported by evidence; and

     c.   To sanction the defendant for his refusal to confer prior to filing this motion pursuant to D.C.COLO.LCivR 7A; and

     d.   Any other relief the Court determines to be appropriate.

Respectfully submitted September 22, 2009

/s/ Suzanne Shell

Suzanne Shell
14053 Eastonville Rd.
Elbert, CO 80106
719-749-2971
dsshell@gmail.com

---

[2] I am preparing to notify the defendant pursuant to Fed.R.Civ.P. 11

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the attached documents **PLAINTIFF'S RESPONSE TO DEFENDANT BLAIR'S EMERGENCY MOTION TO SUBMIT DOCUMENTS UNDER SEAL filed on 9/18/2009** and attachments were placed in the United States Mail, first class mail, postage prepaid on September 2, 2009

National Association of Family Advocates and
Dorothy Kernaghan-Baez and
Georgia Family Rights, Inc.
*each @* 811 Aumond Place East
Augusta, GA 30909

William Wiseman dba Wiseman Studios
811 Aumond Place East
Augusta, GA 30909

Susan Adams Jackson
40 Orlando Ave.
Winthrop, MA 02152

Anne E. Tower and
William O. Tower and
American Family Rights Association
*each @* 7334 Chivalry Way,
Citrus Heights, CA, 95621-4333

Brenda Swallow
815 Hilltop Road
Mary Esther, Florida 32569

Randall Blair (has not provided address to court)
5200 Mann Rd
413 Crimson King Circle
Clarkston MI 48346-4240

Patrick D. Vellone and Jennifer E. Schlatter
attorney for Ringo Kamens/Alex Bryan via Court's ECF system

Illinois Family Advocacy Coalition and
Renee Cygan and
Mark Cygan
*each @* 329 N. Cornell Ave. #D
Villa Park, IL 61081

Thomas M. Dutkiewicz dba Connecticut DCF Watch
PO Box 9775
Bristol, CT 06011

Aimee Dutkiewicz
P.O. Box 3022
Bristol, CT 06011-3022

Dee Contreras
10571 Colorado Boulevard
Apartment B-101
Thornton, CO 80233

Cletus Kiefer and FAR Defense Alliance
292 East Ave. Ste 114
St. Louis, MO 63117

Leonard Henderson
4773 Salmon River Highway
Otis, OR 97368

Daniel Slater
attorney for Cheryl Barnes, CPS Watch, Inc. and Sarah Thompson via Court's ECF system

/s/ Suzanne September 22, 2009