UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 30 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09 CV 00309 MSK-KMT

SUZANNE SHELL

    Plaintiff

v.

AMERICAN FAMILY RIGHTS ASSOCIATION, et al.

---

## DEFENDANT HENDERSON STATEMENT RE: DOC #294 ¶31

---

I swear before God all I say is true and factual.

COMES NOW Defendant Leonard Henderson (hereafter "I", "me", or "my"), to make a record regarding Doc #294 titled PLAINTIFF'S RESPONSE TO DEFENDANT BLAIR'S MOTION TO QUASH SERVICE AND DISMISS [#277] at paragraph 31-

> 31. **Regarding AFRA Agency see Document # 235-3.** In Document #244, Defendant Henderson explains the issue of agents of AFRA by averring "When people volunteer for leadership roles in AFRA, they are perfectly free to create whatever title they wish." This is a judicial admission as to the extraordinarily broad degree of agency which AFRA grants to members. Most organizations would not be so expansive when granting anyone the authority to act on behalf of the organization, knowing that the actions of the agent bind the principle and incur corresponding liability to the principle. That AFRA does not limit the agency of its members is very generous, but does not absolve AFRA of the liability incurred by the actions of its agents. Defendant Blair was a leadership member of AFRA for the state of Michigan.

Henderson states for the record that to my recollection, Randy Blair never assumed any leadership role in AFRA.

1

I have checked the AFRA CenCom yahoogroup archive for messages from Randy Blair. I find NO messages from Randy Blair, nor his handle "Donald Galloway".

I did find a November 2, 2005 disparaging message ABOUT Randy Blair by Shell's associate "Effie Balou" a.k.a. "Paige Bellas" a.k.a. "Effie Bellas" a.k.a. "Linda Elf" by her email handle "lbe818@aol.com" - Message #11202.

Otherwise, I find a few messages forwarded to AFRA CenCom from non-AFRA groups ABOUT Randy Blair.

I particularly note my February 13, 2005 AFRA CenCom message #9754 stating I didn't think Randy Blair (and a number of others) belonged on Shell's Bad Advocate List- and Shell's February 14, 2005 reply in AFRA CenCom message #9774, wherein she states *"I will consider that I have been declared an enemy of AFRA and act accordingly."*, which is the seed of this present case.

Further, I have checked the AFRA Membership pages for Michigan and do not find Randy Blair listed as a member of AFRA. I do not recall that Randy Blair was EVER a member of AFRA.

**All statements herein are truthful, sworn testimony, before God, as stated.**

RESPECTFULLY SUBMITTED,

September 23, 2009

*[signature: J Leonard Henderson]*

_____
James Leonard Henderson, Sui Juris
4773 Salmon River Hwy Otis, OR 97368
Phone 503-925-5389  leonard@familyrights.us

2

## Certificate of Service

I hereby certify that on the 23rd day of September, 2009, I caused a true and correct copy of **DEFENDANT HENDERSON STATEMENT RE: DOC #294 ¶31** to be served upon the following parties by methods indicated.

| | |
|---|---|
| AFRA, Anne and William O. Tower – by email | Dee Contreras – by email |
| Brenda Swallow – by email | Susan Adams Jackson – by email |
| Cletus Kiefer, and Families at Risk Defense Alliance – by email | Dorothy Kernaghan-Baez, and National Association of Family Advocates, and Georgia Family Rights, Inc., by email |
| Francine Renee Cygan, Mark Cygan, and Illinois Family Advocacy Coalition – 329 Cornell Ave., Apt. D, Villa Park, IL 60181 | Thomas Dutkiewicz, Aimee Dutkiewicz, and Connecticut DCF Watch – by email |
| Randall Blair – by email | William Wiseman, and Wiseman Studios – by e-mail |
| Ringo Kamens – by email | Cheryl Barnes, CPS Watch, Inc., and Sarah Thompson – by email to Daniel Slater, Esq. |

and upon the Plaintiff, Suzanne Shell, via U.S. Mail to:
14053 Eastonville Rd. Elbert, CO 80106

Dated: September 23, 2009

*/s/ Leonard Henderson*

Leonard Henderson, Sui Juris
4773 Salmon River Hwy Otis, OR 97368
Phone 503-925-5389 leonard@familyrights.us

Appendix D

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: 9/29/09

2. Name of attorney or *pro se* party making the transmission: Leonard Henderson

   Facsimile number: 303 894-6239   Telephone number: (503) 925-5389

3. Case number, caption, and title of pleading or paper: 1:09-CV-309-MSK-KMT
   Shell v. American Family Rights Association
   Defendant Henderson Statement RE: Doc# 294 #31

4. Number of pages being transmitted, including the facsimile cover sheet: 4

Instructions, if any: _____

(Rev. (12/08)