UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 2009cv00309MSK-KMT

SUZANNE SHELL

Plaintiff

v.

AFRA, *et al*

Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 1 2009

GREGORY C. LANGHAM
                    CLERK

**Notice to Court**

Comes now William Wiseman to request that the address for Wiseman Studios be changed to the following: 811 Aumond Place East, Augusta Georgia 30909. When I did my original notice after moving, I forgot to ask that the address for Wiseman Studios be changed also. I am sorry for the oversight.

Respectfully submitted,

*[signature]*

William Wiseman

10-21-2009

### CERTIFICATE OF SERVICE

I, William Wiseman, hereby certify that on October 21, 2009, I served copies of the attached notice to:

Suzanne Shell
14053 Eastonville Road
Elbert, Colorado 80106

Via: first class mail

And on:

Dorothy Kernaghan-Baez
National Association of Family Advocates
Georgia Family Rights, Inc.

Via: hand delivery

And on:

American Family Rights Association

Renee Cygan

Mark Cygan

William O. Tower

Ann Tower

Leonard Henderson

Susan Adams Jackson

Cletus Kiefer

Cheryl Barnes

Sarah Thompson

CPSWatch, Inc

Dee Contreras

Ringo Kamens

Via: mutually agreed upon electronic means


_____
William Wiseman

10-21-2009

Appendix D

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: _____

2. Name of attorney or *pro se* party making the transmission: WILLIAM WISEMAN
   Facsimile number: 706-736-4832  Telephone number: 706-533-6522

3. Case number, caption, and title of pleading or paper: 2009 CV 00309 MSK-KM;
   _____
   _____

4. Number of pages being transmitted, including the facsimile cover sheet: 3
   Instructions, if any: _____

(Rev. (12/08))