UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00309 MSK-KMT

SUZANNE SHELL
    Plaintiff

v.

AMERICAN FAMILY RIGHTS ASSOCIATION, et. al.

    Defendants

---

**VERIFIED MOTION FOR COSTS OF PERSONAL SERVICE UPON DEFENDANT RANDALL BLAIR**

---

    **COMES NOW** Plaintiff Suzanne Shell, *pro se*, requesting this Honorable Court to order the defendant, Randall Blair, to reimburse me for the costs of effecting personal service upon him pursuant to Fed.R.Civ.P. 4(d)(2) which states in relevant part:

> If a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court shall impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure be shown.

1. I was not required to confer with the defendant prior to filing this motion pursuant to the Court's order contained in document #334.

2. Defendant Blair was personally served in the United States, in Michigan. *See* doc. # 263.

3. I live in the United States, in Colorado.

4. I emailed a copy of the summons and complaint in this action and notice and waiver to defendant Randall Blair at his email address blairs@ameritech.net on or about February 13, 2009. It did not bounce back as undeliverable.

5. I mailed a copy of the summons and complaint in this case, and two copies of the court's form Notice of Lawsuit and Request for Waiver of Personal Service (AO 399 (Rev. 10/93)), and a self-addressed stamped envelope (SASE) for return of the signed waiver

pursuant to Fed.R.Civ.P. 4 to defendant Randall Blair at his last known address: 2500 Mann St. Clarkston, Michigan, 48346 with a USPS tracking number of **9101 8052 1390 7193 4023 97**. It was delivered on February 19, 2009. *See* doc. # 175-2.

6. The transaction record from my postage program for the SASE is shown herein:

   Item:   219
   Print Date & Time:   02/14/2009  3:50 PM
   Ship Date:   02/14/2009
   Device ID:   071V00530885
   Type:  Stamp
   Postage Amount:   $ 0.42

   FROM Address:   RANDY BLAIR
        2500 MANN RD
        CLARKSTON MI 48346-4240

   Postage Class:   First-Class
   Weight:   1 oz
   Optional Services:   REPLY Postage

7. I sent a second copy of the summons and complaint with a corrected waiver form[1] to defendant Blair's email address (above) on February 23, 2009. This time the email was bounced back because the email account had been closed. *See* doc # 175-3.

8. Defendant Blair did not timely return the waiver of personal service he received in the mail or in the email, nor did he return a signed waiver of personal service at any other time.

9. I proceeded to have Oakland County Sheriff personally serve defendant Blair at his home address 2500 Mann Rd. #413, Clarkston, Michigan 48346.

10. Oakland County sheriff made three attempts to serve defendant Blair between April 6 and 13, 2009, without success. *See* doc. # 175-4.

11. The cost of those failed service attempts was $29.04 for service and $16.08 for mileage *(See* doc # 175-4) and $4.80 for postage to send the documents to be served. Postage

---

[1] Correcting a typographical error in the body of the waiver which was to be signed by the defendant.

record for mailing is included herein:

    Item: 287
    Print Date & Time: 04/01/2009  8:33 AM
    Ship Date: 04/01/2009
    Device ID: 071V00530885
    Type: Stamp
    Postage Amount: $ 4.80

    Address: OAKLAND COUNTY SHERIFF
        CIVIL DIVISION
        1200 N TELEGRAPH RD DEPT 463
        PONTIAC MI 48341-0463

    Piece Count: 641
    Postage Class: Priority Mail, Flat Rate Env
    Weight: 2 lbs
    Delivery Confirm: 42048341910180521390735440987 6

12. The Court granted me an extension of time to serve defendant Blair [#178].

13. I then hired a private process server, TS Glenfield & Associates, to serve the defendant.

14. The defendant was served on August 1, 2009 at a cost of $65.00. *See* doc. # 263.

15. Postage to mail the documents to the process server was $4.80 as shown herein:

    Item: 479
    Print Date & Time: 06/26/2009 10:25 AM
    Ship Date: 06/26/2009
    Device ID: 071V00530885
    Type: Stamp
    Postage Amount: $ 4.80

    Address: TS GLENFIELD AND ASSOCIATES
        4656 DESERT BRIDGE CT
        HIGHLAND MI 48356-1082

    Piece Count: 829
    Postage Class: Priority Mail, Flat Rate Env
    Weight: 1 lb
    Delivery Confirm: 42048356910180521390760684904 7

16. The total costs of effecting service upon the defendant after his 30 days to waive personal service expired is $119.72.

17. Based on a broadcast email made by defendant Thomas Dutkiewicz immediately after receiving my request for waiver of personal service, advising all other defendants to

       require personal service and to not waive personal service (*see* doc. # 44-2); and

18. Based on email communications I have had with other defendants on the issue of waiver of personal service (*see* doc. # 44-3*)*; and

19. Based upon submissions made to this court by other defendants (*see* document [#8] stating the defendants's intentions to make me bear the expense of personal service to prevent "abuse or oppression" and [#23] stating the defendants's requirement to be "properly served summons" by me); and

20. Since this Court observed that the defendant was attempting to evade service [#334]; and

21. Since the defendant has not provided legitimate good cause for ignoring my requests for waiver and for his subsequent refusals to waive personal service, therefore

22. It is evident from the record that the defendant's only reasons for requiring me to effect personal service is to obstruct and delay and unnecessarily increase my costs of litigation, which is wholly inconsistent with the intent of the rule.

**Accordingly**, I respectfully request the Court to order defendant Blair to immediately reimburse my costs of effecting personal service upon him in the amount of $119.72; and

       Any other relief the Court deems just and necessary.

       I declare under penalty of perjury under the laws of the United States that the foregoing information in this motion is true and correct. Dated October 22, 2009.

/s/ Suzanne Shell

Suzanne Shell
14053 Eastonville Rd.
Elbert, CO 80106
719-749-2971
dsshell@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the attached documents **VERIFIED MOTION FOR COSTS OF PERSONAL SERVICE UPON DEFENDANT RANDALL BLAIR** and attachments were placed in the United States Mail, first class mail, postage prepaid on October 23, 2009.

National Association of Family Advocates
and Dorothy Kernaghan-Baez and
Georgia Family Rights, Inc.
*each @* 811 Aumond Place East
Augusta, GA 30909

William Wiseman dba Wiseman Studios
811 Aumond Place East
Augusta, GA 30909

Leonard Henderson
4773 Salmon River Highway
Otis, OR 97368

Susan Adams Jackson
40 Orlando Ave.
Winthrop, MA 02152

Anne E. Tower and
William O. Tower and
American Family Rights Association
*each @* 7334 Chivalry Way,
Citrus Heights, CA, 95621-4333

Brenda Swallow
815 Hilltop Road
Mary Esther, Florida 32569

Randall Blair
413 Crimson King Circle
Clarkston MI 48346-4240

Illinois Family Advocacy Coalition and
Renee Cygan (moved no forwarding address) and
Mark Cygan
*each @* 329 N. Cornell Ave. #D
Villa Park, IL 61081

Thomas M. Dutkiewicz dba Connecticut
DCF Watch
PO Box 9775
Bristol, CT 06011

Aimee Dutkiewicz
P.O. Box 3022
Bristol, CT 06011-3022

Dee Contreras
via email with permission

Cletus Kiefer and FAR Defense Alliance
292 East Ave. Ste 114
St. Louis, MO 63117

Daniel Slater
attorney for Cheryl Barnes, CPS Watch, Inc.
and Sarah Thompson via Court's ECF
system

Patrick D. Vellone and Jennifer E. Schlatter
attorney for Ringo Kamens/Alex Bryan via
Court's ECF system

/s/ Suzanne Shell   October 22, 2009

Suzanne Shell