# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 09-cv-00309-MSK-KMT | FTR |
| **Date:** March 11, 2010 | Debra Brown, Deputy Clerk |

SUZANNE SHELL                                           Pro se
                Plaintiff.

v.

AIMEE DUTKIEWICZ                                        Pro se
                Defendant.

---

## COURTROOM MINUTES / MINUTE ORDER

---

**TELEPHONIC MOTION HEARING**

**Court in Session: 2:04 p.m.**

Court calls case. Appearances by Suzanne Shell, Plaintiff and Aimee Dutkiewicz, Defendant, pro se.

Plaintiff's [376] MOTION for Sanctions Against Defendant Aimee Dutkeiwicz and MOTION for Protective Order at issue.

Statements by the Court.

**ORDERED:** Plaintiff's [376] MOTION for Sanctions Against Defendant Aimee Dutkiewicz and MOTION for Protective Order is **DENIED.** The Court will not certify this issue to the District Court for contempt sanctions.

**ORDERED:** Effective this date forward, the Court will waive the parties' compliance with Local Rule 7.1 with respect to conferral pending ruling by the District Judge of the pending motions to dismiss. The Court will assume any motion filed by any party is opposed.

**ORDERED:** There will be no overtures toward settlement by any party in this case, as it is clear to the Court that no party will settle until the pending motions to dismiss have been resolved. The Court will set a settlement conference, if necessary, after the motions to dismiss have been resolved.

**ORDERED:** Parties will be allowed to file motions if they feel an issue needs the Court's attention. However, any party wishing to file a motion must file a "Motion to File a Motion." The motion to file a motion must give explanation of the motion to be

filed without any attachments or documentation.  If the Court grants the filing of a motion, the Court will not allow any party to file responses unless the Court orders them.  Any motions, responses or other briefing filed without leave of the Court will be stricken.

Statements by Ms. Shell.

Statements by Ms. Dutkiewicz.

**Court in recess: 2:23 p.m.**
Total In-Court Time 0:19; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.