# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00309 MSK-KMT

SUZANNE SHELL
    Plaintiff

    v.

AMERICAN FAMILY RIGHTS ASSOCIATION, et. al.

    Defendants

## PLAINTIFF'S MOTION TO FILE A MOTION

COMES NOW Plaintiff Suzanne Shell, *pro se*, requesting permission to file a motion pursuant to the Court's direction in Order [#484]. As it is not clear to me whether the court was advising me to file a motion or to file a motion to file a motion, I am complying with the standing order [#359] that parties must file a motion to file a motion, under the objection that in complying with this order I am prevented from seeking remedies with the same efficiency and access to this court as represented parties and pro se parties who did not comply with this order have received.

    **Duty to Confer:** I am also unclear as to the status of orders regarding conferring with defendants before filing a motion, and the court's Order [#484] has served to increase my confusion in that regard. I seek the court's instruction regarding conferring. If the court finds that I must confer, I seek the court's instruction to pro se defendants regarding their duty when I attempt to confer.

    I am seeking remedies associated with the Scheduling Order [#481] regarding defendants who have filed answers as follows:

1. The court erred when it stated that **none** of the defendants has filed an Answer to the Complaint. One defendant has already filed an Answer, Defendant Leonard Henderson [#95 filed

on 5/1/2009]. Since the court's finding that no defendants have filed an answer was clearly erroneous, I intend to request this court to amend it's order allowing defendants to file an answer to exclude Defendant Henderson from filing an another Answer to the Complaint.

**Wherefore**, I respectfully request this court to allow me to file a motion requesting the court to amend it's order [#481] to exclude Defendant Leonard Henderson from being permitted to file another Answer to the Complaint.

Respectfully Submitted December 6, 2011

/s/ Suzanne Shell

Suzanne Shell
14053 Eastonville Rd.
Elbert, CO 80106
719-749-1303