IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

    Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION,
LEONARD HENDERSON,
FAMILIES AT RISK DEFENSE ALLIANCE,
FRANCINE RENEE CYGAN,
MARK CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
GEORGIA FAMILY RIGHTS, INC.,
DENNIS HINGER,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
CONNECTICUT DCF WATCH,
ANN DURAND,
BRENDA SWALLOW,
KATHY TILLEY,
RANDALL BLAIR,
LLOYD PHILLIPS,
DESERE' CLABO aka HOWARD, and
UNKNOWN DEFENDANTS DOE 1-15,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant Randall Blair's "Motion to Amend Answer to Add Counterclaim" (Doc. No. 563, filed February 9, 2012) is DENIED without prejudice. The parties specifically were advised by this court during the Scheduling Conference held on January 18, 2012, that they are required to confer by email, in accordance with D.C.COLO.LCivR 7.1A, before filing any motions other than motions under Fed. R. Civ. P. 12 and 56. Even though Plaintiff did not orally object to

Defendant Blair's filing of a counterclaim during the Scheduling Conference, she also did not assent to the filing; nor was the Scheduling Conference time for the parties to confer on such a motion.  Defendant Blair has failed to comply with this court's Order and the local rule.

Dated: February 10, 2012