IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

    Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION,
LEONARD HENDERSON,
FAMILIES AT RISK DEFENSE ALLIANCE,
FRANCINE RENEE CYGAN,
MARK CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
GEORGIA FAMILY RIGHTS, INC.,
DENNIS HINGER,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
CONNECTICUT DCF WATCH,
ANN DURAND,
BRENDA SWALLOW,
KATHY TILLEY,
RANDALL BLAIR,
LLOYD PHILLIPS,
DESERE' CLABO aka HOWARD, and
UNKNOWN DEFENDANTS DOE 1-15,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion to Strike Defendant Henderson's Declaration Re: Hession Affidavit [Doc #433-1] {561 & 562}" (Doc. No. 579, filed February 19, 2012) is GRANTED. The Affidavits, filed by Mr. Henderson, a previously-dismissed defendant, are related to an exhibit (Doc. No. 433-1) attached to "Plaintiff's Motion for Reconsideration of Opinion and Order Granting and Denying Motions to Dismiss" (Doc. No. 403), on which Judge Krieger

issued an Order (Doc. No. 460) nearly a year ago.  The court will not revisit Plaintiff's motion or any of the attachments thereto at this time.  Therefore, Mr. Henderson's Declarations (Doc. Nos. 561 and 562) are **STRICKEN**.

The parties are advised that the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Colorado require that parties to civil litigation file *motions* when they seek relief from the Court.  Fed. R. Civ. P. 7(b)(1) ("An application to the court for an order shall be by motion . . . ."); D.C.COLO.LCivR 7.1C.  Upon a review of the docket, the court notes that the following documents are not motions, nor are they responsive to a motion: Doc. Nos. 532, 542, 555, 558, 560, 566, 569, 570, 581, 586.  Thus, these documents are **STRICKEN** and will not be considered for any purpose.

"Plaintiff's Unopposed Motion to Strike Henderson *Sigh* Responds to Plaintiff Doc [566]" (Doc. No. 580, filed February 19, 2012) is **DENIED** as moot.

Dated: February 23, 2012