IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

    Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION,
LEONARD HENDERSON,
FAMILIES AT RISK DEFENSE ALLIANCE,
FRANCINE RENEE CYGAN,
MARK CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
GEORGIA FAMILY RIGHTS, INC.,
DENNIS HINGER,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
CONNECTICUT DCF WATCH,
ANN DURAND,
BRENDA SWALLOW,
KATHY TILLEY,
RANDALL BLAIR,
LLOYD PHILLIPS,
DESERE' CLABO aka HOWARD, and
UNKNOWN DEFENDANTS DOE 1-15,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant Francene Renee Cygan's "Motion to Quash Service and Vacate Default Judgment" (Doc. No. 576, filed February 17, 2012) is DENIED without prejudice. Defendant Cygan previously was advised that if she "wishes to defend against the entry of default against her, she must enter her appearance, either *pro se* or through counsel, and must file an appropriate motion (*see* Fed. R. Civ. P. 7(b)(1); D.C.COLO.LCivR. 7.1C) complying with the Federal Rules of Civil

Procedure and the Local Rules of the United States District Court for the District of Colorado." (Doc. No. 551.)  Defendant Cygan has failed to comply with D.C.COLO.LCivR. 5.1F, 7.1A, and 10.1K.

Dated: February 27, 2012