IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00309-MSK-KMT

SUZANNE SHELL,

        Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION;
WILLIAM O. TOWER;
ANN TOWER;
LEONARD HENDERSON;
SUSAN ADAMS JACKSON, a/k/a Susan Wolverton;
CLETUS KIEFER;
FAMILIES AT RISK DEFENSE ALLIANCE;
FRANCINE RENEE CYGAN;
MARK CYGAN;
ILLINOIS FAMILY ADVOCACY COALITION;
DOROTHY KERNAGHAN-BAEZ;
GEORGIA FAMILY RIGHTS, INC.;
NATIONAL ASSOCIATION OF FAMILY ADVOCATES;
AIMEE DUTKIEWICZ;
THOMAS DUTKIEWICA;
CONNECTICUT DCF WATCH;
WILLIAM WISEMAN;
WISEMAN STUDIOS;
BRENDA SWALLOW;
DEE CONTRERAS;
RANDALL BLAIR;
RINGO KAMENS;
CHERYL BARNES;
CPSWATCH, INC.;
SARAH THOMPSON;
UNKNOWN DEFENDANTS DOE 1-15,

        Defendants.

---

## ORDER DISMISSING CLAIMS AGAINST CERTAIN DEFENDANTS

---

THIS MATTER comes before the Court on the Plaintiff's Motion to Dismiss Unserved

Defendants (Motion) **(#547)** filed February 1, 2012.  Having reviewed the Motion,

      **IT IS ORDERED** that the Motion is GRANTED and any and all claims asserted against

Dennis Hinger, Ann Durand, Kathy Tilley, Lloyd Phillips and Desere' Clabo are hereby

dismissed, without prejudice, each party to pay his, her or its own costs and attorneys' fees

herein expended.  All future captions shall so reflect.

      DATED this 14th day of March, 2012.

                          **BY THE COURT:**

                          Marcia S. Krieger
                          United States District Judge