IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

    Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION,
LEONARD HENDERSON,
FAMILIES AT RISK DEFENSE ALLIANCE,
FRANCINE RENEE CYGAN,
MARK CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
GEORGIA FAMILY RIGHTS, INC.,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
CONNECTICUT DCF WATCH,
BRENDA SWALLOW,
RANDALL BLAIR, and
UNKNOWN DEFENDANTS DOE 1-15,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant Renee Cygan's Emergency Motion for Protective Order and Sanctions Against Plaintiff Suzanne Shell" (Doc. No. 648, filed March 20, 2012) is DENIED. It appears to assert matters which are not part of this case and which more properly are brought to the attention of law enforcement authorities. Defendant Cygan advises she has sent her motion "to a Federal Policing Agency to investigate." (*Id.*, ¶ 4.) The court has previously advised the parties that it "will not deal with issues extraneous to the issues in this case" and that "there is no protective order in place that precludes the parties from sending documents to anyone they choose. The documents as filed are part of the public record." (Doc. No. 641 at 3.)

Dated: March 28, 2012