IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

      Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION,
LEONARD HENDERSON,
FAMILIES AT RISK DEFENSE ALLIANCE,
FRANCINE RENEE CYGAN,
MARK CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
GEORGIA FAMILY RIGHTS, INC.,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
CONNECTICUT DCF WATCH,
BRENDA SWALLOW,
RANDALL BLAIR, and
UNKNOWN DEFENDANTS DOE 1-15,

      Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant Tower's Motion to Compel (Doc. No. 714) is set to be heard at the motions hearing on **June 29, 2012, at 9:30 a.m.**  Plaintiff shall file her response no later than June 18, 2012. Defendant Tower shall file his reply no later than June 27, 2012.  No briefing by any other parties will be considered.

*Pro se* parties are reminded that those who wish to attend the motions hearing by telephone shall notify my chambers, by calling 303-335-2780 no later than June 25, 2012, of a telephone number at which they may be reached at the time of the motions hearing.  The court will initiate a conference call to all *pro se* parties who wish to attend by telephone.

Dated: May 31, 2012