**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger**

Civil Action No.  09-CV-00309 MSK-KMT

SUZANNE SHELL,
        Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION, et al.,
        Defendants.

---

**DEFENDANT TOWER'S (ALTER EGO FOR AMERICAN FAMILY RIGHTS ASSOCIATION) RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER RESTRICTION**

---

COMES NOW, Defendant Tower as alter ego for American Family Rights Association ("Defendant Tower / AFRA"), and hereby Responds to Plaintiff's Motion for Leave to File Document Under Restriction.  In support of this Response, Defendant states as follows:

1.      Plaintiff has filed a Motion requesting that the Court allow her to file some sort of explanation of her "illness" under restriction.

2.      By Plaintiff's own admission, this document that she wishes to file is not a medical report or a statement by a medical professional.  While not clear, it appears this may simply be a statement by the Plaintiff asserting the details of her illness.

3.      To the extent that Plaintiff had an illness that prevented her from even sending the simplest of e-mails requesting additional time to respond to discovery, such an illness would surely seem to require medical attention.

4.      To the extent that Plaintiff was so unconcerned about her illness that she did not seek medical attention, there is a valid argument that the illness does not constitute "good cause" for missing discovery deadlines and waiving objections to discovery.

5.      Less restrictive avenues exist than barring access to such document.  For instance, details of the illness alleged by the Plaintiff that identify such illness could be redacted by the Plaintiff.

6.      The undersigned concedes that the pro se parties in this case, including the Plaintiff, have disclosed facts of this case and of the other parties' health conditions to the public.  Accordingly, since the undersigned does not have a clear idea about exactly what is being proposed to be restricted, the undersigned requests that the Court critically view the request and the document to be restricted to determine whether such a request is appropriate and does not adversely affect Defendant's rights *vis á vis* the Motion to Compel.

WHEREFORE, Defendant requests that the Court DENY Plaintiff's Motion.

Date:  _June 22, 2012____

/s Daniel B. Slater
Daniel B. Slater
1415 Main Street, Suite A
Cañon City, CO 81212
(719) 269-3315
Attorney for Defendant Tower d/b/a AFRA

**Certificate of Service:**

I hereby certify that a copy of this pleading was served on Plaintiff via the Court's ECF system, and on the remaining co-Defendants via e-mail, on June 22, 2012.

/s Daniel B. Slater
For Law Office of Dan Slater