IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

    Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION,
LEONARD HENDERSON,
FAMILIES AT RISK DEFENSE ALLIANCE,
FRANCINE RENEE CYGAN,
MARK CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
GEORGIA FAMILY RIGHTS, INC.,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
CONNECTICUT DCF WATCH,
BRENDA SWALLOW,
RANDALL BLAIR, and
UNKNOWN DEFENDANTS DOE 1-15,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on review of Defendant Swallow's employment history, submitted to this court for *in camera* review pursuant to the hearing held on June 29, 2012. (*See* Doc. No. 726 at 2.) Based on the concerns raised in the hearing, and the fact that the information does not seem to implicate any of the concerns, the court finds the employment information provided by Defendant Swallow should be provided to Plaintiff. Therefore, it is ORDERED that Defendant Swallow shall, no later than July 23, 2012, provide Plaintiff with a complete answer to Interrogatory 2 regarding her employment history.

Dated: July 17, 2012