UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00309 MSK-KMT

SUZANNE SHELL
    Plaintiff

    v.

AMERICAN FAMILY RIGHTS ASSOCIATION, et. al.

    Defendants

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER PURSUANT TO D.C.COLO.LCIVR 30.3 C

COMES NOW Plaintiff Suzanne Shell, *pro se*, requesting a protective order from this court to order that Plaintiff's deposition of Defendant Swallow be conducted at the U.S. District Court for the District of Colorado courthouse in Denver, and in support of this request, I state the following:

**Certification pursuant to D.C.Colo.LCivR 7.1.** I certify that I conferred with the defendant and she opposes this motion.

1. D.C.Colo.LCivR 30.3 C provides **Location of Deposition**. If deposition abuse is anticipated, a judicial officer may order that any deposition be taken at the courthouse or special master's office so that, at the request of any party, witness, or counsel, any dispute may be heard and decided immediately by a judicial officer or special master.

2. In my prior motion to compel [738], I explained the defendant's refusal to serve proper or complete responses to my discovery requests.

3. The defendant's demeanor was flippant and obstructive, and her refusal to provide proper responses was unyielding, which necessitated my filing a motion to compel her responses.

4. Discovery abuse is part of the defendant's strategy to unnecessarily increase the my costs and

expenses, and to insure that I am not provided with the evidence I am entitled to in order to prosecute my claims.

5. I respectfully remind the court that this defendant has, during these proceedings, insisted I do not have trade secrets, and has taken every opportunity to submit improper, abusive, harassing, irrelevant and specious claims rather than argue the merits or the law. She is using her claim to justify her refusal to respond to my interrogatories. She has employed the strategy of obfuscating and spinning to avoid proper responses.

6. I also respectfully remind the court that I already have a judgement against this defendant in a Florida court and she has actively attempted to conceal her whereabouts in order to prevent me from collecting on that judgement, she does not think the rules apply to her.

7. I also respectfully remind the court that this defendant has submitted documents to this court that she did not draft nor sign, as described in my motion [660], and has been deceptive and evasive in her participation in this case.

8. I also respectfully remind the court that this defendant has disregarded the decorum of court proceedings necessitating the court's admonishment.

9. Given the defendant's non-cooperative posture regarding her improper responses to discovery, and her pattern of discovery abuse, I anticipate that she will be equally uncooperative during any scheduled deposition, and she will engage in deposition abuse. Even if the court were to award my costs and fees for any deposition abuse, the defendant would not pay it. I do not want to waste my limited resources on travel and costs to be confronted by her opposition, obfuscation or outright refusal to properly respond to any request.

10. Given the defendant's propensity to engage in obstructive conduct associated with this case, I anticipate that she will engage in further abuses intended to increase my expenses and to thwart my discovery efforts in order to improperly influence the outcome of this case in her favor.

      **Wherefore,** I respectfully request this court to order that the plaintiff's deposition of

defendant Swallow be conducted at the U.S. District Courthouse in Denver, Colorado, at a date and time to be scheduled by the plaintiff, and that defendant Swallow be ordered to be responsible for all of her own travel expenses to appear at said deposition.

Respectfully Submitted  July 25, 2012

/s/ Suzanne Shell

Suzanne Shell
14053 Eastonville Rd.
Elbert, CO 80106
dsshell@gmail.com
719-749-1303

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the attached documents **PLAINTIFF'S MOTION TO COMPEL DEFENDANT SWALLOW TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** and attachments were served via email on July 25, 2012

| | |
|---|---|
| Brenda Swallow<br>breakingfear2u2004@yahoo.com | Leonard Henderson<br>leonard@familyrights.us |
| Randall Blair<br>via Court's ECF system | Daniel Slater<br>attorney for AFRA via Court's ECF system |

/s/ Suzanne Shell  July 25, 2012