IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

    Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION,
LEONARD HENDERSON,
FAMILIES AT RISK DEFENSE ALLIANCE,
FRANCINE RENEE CYGAN,
MARK CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
GEORGIA FAMILY RIGHTS, INC.,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
CONNECTICUT DCF WATCH,
BRENDA SWALLOW,
RANDALL BLAIR, and
UNKNOWN DEFENDANTS DOE 1-15,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on review of Defendant Henderson's "Answer Shell Complaint" (Doc. No. 748, filed July 31, 2012). The court has not ruled on Defendant Henderson's previously-filed "Motion to File an Amended Answer" (Doc. No. 727). Moreover, pursuant to Fed. R. Civ. P. 15(a)(2), Defendant Henderson must obtain Plaintiff's written consent or the court's leave to file an amended answer at this stage of the case. Therefore, Defendant Henderson's "Answer Shell Complaint" (Doc. No. 748) is STRICKEN. Defendant must await ruling on his motion before he may file an amended answer. Plaintiff's Motion to Strike (Doc. No. 758) is DENIED as moot.

Dated: August 2, 2012