ACKNOWLEDGEMENT AND AGREEMENT TO PROTECTIVE ORDER REGARDING CONFIDENTIAL MATERIALS PRODUCED IN SHELL v. AMERICAN FAMILY RIGHTS ASSOCIATION, ET AL, CASE NO. 09-cv-309-MSK-KMT

I understand that certain documents and information produced during discovery in this case have been designated "CONFIDENTIAL" and are subject to a Protective Order. In the event that such Protected Materials are made available to me so that I can discharge essential functions, I hereby certify as follows:

1. I have read the Protective Order. I understand the Order and will abide by its terms.

2. I will not disclose any Protected Material to any person not authorized by the Order to receive disclosure nor will I use or disclose any Protected Material for any use other than the conduct of this case.

3. I understand that the unauthorized disclosure of Protected Material may constitute contempt of court.

4. I agree that the United States District Court for the District of Colorado has jurisdiction to enforce the terms of the Order, and I consent to the personal jurisdiction in that Court for purposes of enforcement of the Order.

Signature: _J. Leonard Henderson_

Printed Name: _J. Leonard Henderson_

Date _8-19-2012_

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 21 2012

GREGORY C. LANGHAM
CLERK

## Certificate of Service

I hereby certify that on the 20th day of August 2012, I caused a true and correct copy of **SIGNED PROTECTIVE ORDER AGREEMENT** to be served upon the court by Pacer

./s/ Leonard Henderson

Leonard Henderson, Pro Se
4773 Salmon River Hwy Otis, OR 97368
Phone 503-925-5389 or 541-663-4164

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: _____8-20-2012_____

2. Name of attorney or *pro se* party making the transmission: **Leonard Henderson, Pro Se**

Facsimile number: __(503) 339-2967_____ Telephone number: __503-925-5389_____

3. Case number, caption, and title of pleading or paper: _____

**Civil Action No. 09 CV 00309 MSK-KMT SUZANNE SHELL, Plaintiff v. AFRA et al,**

## SIGNED PROTECTIVE ORDER AGREEMENT

### Per court order Doc 788

4. Number of pages being transmitted, including the facsimile cover sheet: _____3_____

Instructions, if any: ___

(Rev. (12/08)