IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00309-MSK-KMT

SUZANNE SHELL,

        Plaintiff,

v.

AMERICAN FAMILY RIGHTS ASSOCIATION;
WILLIAM O. TOWER;
ANN TOWER;
LEONARD HENDERSON;
SUSAN ADAMS JACKSON, a/k/a Susan Wolverton;
CLETUS KIEFER;
FAMILIES AT RISK DEFENSE ALLIANCE;
FRANCINE RENEE CYGAN;
ILLINOIS FAMILY ADVOCACY COALITION;
DOROTHY KERNAGHAN-BAEZ;
GEORGIA FAMILY RIGHTS, INC.;
NATIONAL ASSOCIATION OF FAMILY ADVOCATES;
AIMEE DUTKIEWICZ;
THOMAS DUTKIEWICA;
CONNECTICUT DCF WATCH;
WILLIAM WISEMAN;
WISEMAN STUDIOS;
BRENDA SWALLOW;
DEE CONTRERAS;
RANDALL BLAIR;
RINGO KAMENS;
CHERYL BARNES;
CPSWATCH, INC.;
SARAH THOMPSON;
UNKNOWN DEFENDANTS DOE 1-15,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Motion to Dismiss (Motion) **(#927)**

filed December 17, 2012.  The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims against Defendant Mark Cygan are hereby dismissed, without prejudice.  All future captions shall omit the name Mark Cygan.

DATED this 18th day of December, 2012.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge