IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

    Plaintiff,

v.

LEONARD HENDERSON,
FAMILIES AT RISK DEFENSE ALLIANCE,
FRANCINE RENEE CYGAN,
MARK CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
GEORGIA FAMILY RIGHTS, INC.,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
CONNECTICUT DCF WATCH,
BRENDA SWALLOW, and
RANDALL BLAIR,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Verified Motion for Sanctions or in the Alternative Motion for Order to Show Cause" (Doc. No. 921, filed December 17, 2012) is DENIED. Plaintiff has provided no specific evidence that any of the defendants violated the terms of the Protective Order or that the now-dismissed Defendant, William Wiseman, is in possession of any protected documents. Moreover, the comments made by Mr. Wiseman do not specifically reveal information or documents provided to the other defendants by Plaintiff.

Dated: January 28, 2013