IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

    Plaintiff,

v.

LEONARD HENDERSON,
FAMILIES AT RISK DEFENSE ALLIANCE,
FRANCINE RENEE CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
GEORGIA FAMILY RIGHTS, INC.,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
CONNECTICUT DCF WATCH,
BRENDA SWALLOW, and
RANDALL BLAIR,

    Defendants.

**ORDER**

This matter is before the court on Plaintiff's Renewed Motions [928] for Sanctions Against Defendant Swallow for Failur (sic) to Obey a Court Order ]910] (sic) and [952] Motion to Deem Matters as Admitted as to Defendant Henderson" [Doc No. 1072]. The issues raised in this motion have been dealt with repeatedly by this court and have been the subject of several rulings during hearings. Accordingly,

"Plaintiff's Renewed Motions [928] for Sanctions Against Defendant Swallow for Failur (sic) to Obey a Court Order ]910] (sic) and [952] Motion to Deem Matters as Admitted as to Defendant Henderson" [Doc No. 1072] is **DENIED**.

Dated this 28th day of February, 2013.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge