IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

    Plaintiff,

v.

LEONARD HENDERSON,
FAMILIES AT RISK DEFENSE ALLIANCE,
FRANCINE RENEE CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
GEORGIA FAMILY RIGHTS, INC.,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
CONNECTICUT DCF WATCH,
BRENDA SWALLOW, and
RANDALL BLAIR,

    Defendants.

**ORDER**

    This matter is before the court on "Plaintiff's Motion to Correct the Court Order [1068]" [Doc. No. 1069, filed February 24, 2013]. It was the intent of the court that Plaintiff be allowed to submit one additional interrogatory and one additional request for production of documents for <u>each</u> affirmative defense asserted by any of the three remaining defendants. The additional discovery may be directed only to the Defendant who asserted the particular affirmative defense. To the extent the minutes of the February 12, 2013 hearing [Doc. No. 1068] are unclear, this Order will supplement the same.

Therefore, it is **ORDERED**

"Plaintiff's Motion to Correct the Court Order [1068]" [Doc. No. 1069, is **GRANTED**.

Dated this 28th day of February, 2013.

BY THE COURT:

*Kathleen M. Tafoya* (signature)

Kathleen M. Tafoya
United States Magistrate Judge