IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00309-MSK-KMT

SUZANNE SHELL,

    Plaintiff,

v.

LEONARD HENDERSON,
FAMILIES AT RISK DEFENSE ALLIANCE,
FRANCINE RENEE CYGAN,
MARK CYGAN,
ILLINOIS FAMILY ADVOCACY COALITION,
GEORGIA FAMILY RIGHTS, INC.,
NATIONAL ASSOCIATION OF FAMILY ADVOCATES,
CONNECTICUT DCF WATCH,
BRENDA SWALLOW, and
RANDALL BLAIR,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant Blair's "Motion for the Court to Intervene" (Doc. No. 1113, filed March 13, 2013) is DENIED. The discovery period is nearly over, with the with the exception of the deposition of Defendant Swallow and possibly a continued deposition of Defendant Henderson. Defendant Blair has failed to comply with D.C.COLO.LCivR 7.2B, and there is no basis on which to seal the entire case. To the extent Defendant Blair proposes that the court force Plaintiff to obtain an attorney before she files any documents, the court has previously denied a similar request by Defendant Swallow.

Dated: March 14, 2013