IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 09-cv-00309-MSK-KMT

SUZANNE SHELL,

       Plaintiff,

v.

BRENDA SWALLOW,

       Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #1275**) filed on January 15, 2016, Denying Default Judgment it is

ORDERED that Judgment is entered in favor of Ms. Swallow and against Ms. Shell on all claims.

The case will be closed.

Dated this 15th day January, 2016.

                              ENTERED FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              s/Patricia Glover
                                Deputy Clerk